IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. FELDER, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0910 (CKK) |
| ) | |
| MIKE JOHANNS, ) | |
| Secretary, Department of Agriculture, ) | |
| ) | |
|    Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT
OF TIME WITHIN WHICH TO
<u>ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT</u>**

Defendant respectfully moves this Court for an enlargement of time, through and including September 8, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. The United States Attorney's Office was served with a copy of the Complaint on June 12, 2006. Consequently, defendant's answer, motion or other response is currently due on August 11, 2006.

2. Defendant needs additional time to prepare a response to the Complaint. This additional time is needed, in large part, because defendant's counsel's extended absence from the office in the latter part of July and early part of August for the birth of a child.

3. Defendant therefore requests an enlargement of time within which to answer, move or otherwise respond to the Complaint, through and including September 8, 2006.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5.  This is the first enlargement of time sought in this matter by defendant.

6.  Pursuant to Local Rule 7.1(m), counsel for defendant has consulted with counsel for plaintiff.  Counsel for plaintiff has graciously given consent to the relief requested.

For these reasons, defendant requests that the Court grant his Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is attached.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: August 4, 2006