# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. FELDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0910 (CKK) |
| ) | |
| MIKE JOHANNS, ) | |
| Secretary, Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter comes before the Court on defendant's Consent Motion for Extension of Time Within Which to Answer, Move or Otherwise Respond to the Complaint. Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that defendant shall answer, move or otherwise respond to the Complaint on or before September 8, 2006.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE