IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA K. FELDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0910 (CKK) |
| | ) | |
| MIKE JOHANNS, | ) | |
| Secretary, Department of Agriculture, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RULE 7(h) STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Defendant Mike Johanns hereby files the following statement of material facts as to which defendant contends there is no genuine issue, with references to the part of the record relief on to support the statement.  See LCvR 7(h).

1. Marvin Felder, an African American male, was an employee of the Department of Agriculture/Animal and Plant Health Inspection Service ("APHIS") from 1978 through his death in March 2005.  See Complaint ("Comp.") at ¶ 6.

2. In July 1999, Mr. Felder and another Department of Agriculture employee, Alester Van Simmons, filed a civil action under Title VII of the Civil Rights Act on 1964, captioned Felder v. Glickman, Civ. A. No. 99-1890 (GK) ("1999 Case"), alleging that they were discriminated against on the basis of race when they were not selected for Foreign Service management vacancies in 1997.  Id. at ¶ 7.

3. The 1999 Case was tried to a jury, and the jury returned a verdict in favor of Mr. Felder and Mr. Simmons.  See id. at ¶ 8.

4. By Order of February 4, 2002, the District Court awarded Mr. Felder and Mr.

Simmons equitable relief, including "instatement to the first opening or vacancy which becomes available in IS." See February 4, 2002 Order at 2 (Ex. 1).

5.  The February 4, 2002 Order did not order a promotion for either plaintiff. See Feb. 4 Order (Ex. 1); May 11, 2004 Affidavit of Marvin Felder (Ex. 2).

6.  Pursuant to the February 4, 2002 Order, in January 2003 the agency assigned Mr. Felder to the position of APHIS area director in Seoul, South Korea. See January 15, 2003 letter from John H. Wyss to Marvin Felder (Ex. 3).

7.  Mr. Felder's position was classified as an agriculturalist, FP 401-2, equivalent to a GS-14 in the civil service. See id. Through the assignment, Mr. Felder was converted into the Foreign Service at the FP-2 level. See id.

8.  Mr. Simmons was selected to fill the position of Plant Protection and Quarantine Officer in Charge, in Kingston, Jamaica. See February 27, 2003 letter from John H. Wyss to Alester Van Simmons (Ex. 4).

9.  Mr. Simmons' position was classified as a Plant Protection and Quarantine Officer, FP-463-3 (GS-13 equivalent). See id. Through the assignment, Mr. Simmons was converted into the Foreign Service at the FP-3 level.

10. To comply with Judge Kessler's equitable relief Order, the agency had to determine what FP level the two plaintiffs would likely be occupying in 2003 had they been selected back in 1997. See Affidavit of John Wyss ("Wyss Aff") at 3 (Ex. 7).

11. Mr. Felder and Mr. Simmons were at different GS levels at the time they applied for the positions that were the subject of the 1997 lawsuit, and thus were on the selection rosters at different levels. See Affidavit of Freida Skaggs ("Skaggs Aff.") at 3-4 (Ex. 13).

12. At the time Mr. Simmons applied for the 1997 position that was the subject of the

1999 lawsuit, he was on the FS-436-4 (GS-12) roster. See Skaggs Aff. at 4 (Ex. 13).

13. Since a comparitor to Mr. Simmons received a promotion through the Foreign Service Board Process in the ensuing 5 year period, the agency concluded that Mr. Simmons had to be brought in at the FP-3 level. See Skaggs Aff. at 4 (Ex. 13), Wyss Aff. at 3 (Ex. 7).

14. Mr. Fedler was on the FS-436-3 (GS-13) level roster when he applied to the Foreign Service in 1997. See Skaggs Aff. at 4 (Ex. 13).

15. Since 1994, APHIS had operated under an internal policy of bringing individuals into the Foreign Service career system at a level no higher than the FP-3 (GS-13) level. See Skaggs Aff. at 2 (Ex. 13).

16. Despite this internal policy, the determination was made to bring Mr. Felder into the system at the FP-2 level, one level higher that the typical entry level. See Skaggs Aff, at 2-3 (Ex. 13); see also Campbell Lett. at 2 (Ex. 5).

17. The agency determined that a person first entering onto duty in the Foreign Service in 1997 at the FP-2 level would not likely have obtained an FP-1 position by 2002. See Affidavit of Nicholas Gutierrez ("Gutierrez Aff.") at 4 (Ex. 14); Skaggs Aff. at 3-8 (Ex. 13); Wyss Aff. at 3 (Ex. 7); Campbell Lett at 2 (Ex. 5).

18. Those individuals who did receive promotions from the FP-2 to the FP-1 level between 1997 and 2003 had greater than the five years of foreign service experience that Mr. Felder would be credited with (presuming service by Felder from 1997 to 2002). See Wyss Aff. at 3-5 (Ex. 7) (going through each of the alleged comparitors and providing information as to their length of service).

19. When making promotion determinations, Foreign Service employees are grouped by occupational series and compete against persons in their series for promotions. See Skaggs Aff.

at 5 (Ex. 13).

20. Very few employees are promoted from the FP-2 to the FP-1 level each year. In 1997 there were three promotions from the FP-2 to FP-1 level out of a total of 23 employees; one out of 17 in 1998; three out of 19 in 1999; three out of 18 in 2002 and three out of 22 in 2003. See Skaggs Dec. at 5-8.

21. Mr. Felder, through counsel, raised issues concerning his FP level a in letter dated January 31, 2003. See January 31, 2003 letter from Kim Mann to Assistant United States Attorney Marina Utgoff Braswell (Ex. 12).

22. The January 31 letter from Mr. Mann to AUSA Braswell characterized Mr. Felder's FP level as one among a "'checklist' of unconcluded items" that was part of concluding the process of transferring Mr. Felder to IS. See Jan 31 Letter (Ex. 12).

22. Mr. Felder contacted an EEO counselor on November 4, 2003. See Comp. at ¶ 15.

    Respectfully submitted,

    _____/s/_____
    KENNETH L. WAINSTEIN #451058
    United States Attorney

    _____/s/_____
    RUDOLPH CONTRERAS, #434122
    Assistant United States Attorney

    /s/
    PETER D. BLUMBERG, Bar # 463247
    Assistant United States Attorney
    United States Attorneys Office
    Judiciary Center Building
    555 4th Street, N.W., 10th Floor
    Washington, D.C. 20530
    (202) 514-7157

Dated: September 8, 2006