

January 15, 2003

**United States
Department of
Agriculture**

Animal and Plant
Health Inspection
Service

International
Services

Administrative
Services

4700 River Rd.
Unit 65
Riverdale, MD
20737

Mr. Alester V. Simmons

Dear Mr. Simmons:

This is a change of assignment for you. This change is based on the probability that your previous assignment, the position in Bermuda, may be transferred to the Department of Homeland Security at some point in the future.

Pursuant to the court's order dated February 4, 2002, this constitutes your new assignment to the Animal and Plant Health Inspection Service (APHIS), International Services (IS), Foreign Service. You have been selected to fill the position of Plant Protection and Quarantine, Officer-in-Charge, Kingston, Jamaica. The position is classified as a Plant Protection and Quarantine Officer, FP-436-4 (GS-12 equivalent). At the time of your conversion to the Foreign Service you will be placed in the FP Class 4 Step 10 with a base salary of $59,101.

The effective date of your transfer will be set between you, your current supervisor, and the IS Regional Director for Screwworm, Central America, and the Caribbean Region, once you receive your medical clearance from the Department of State and security clearance from the Office of Human Resources Management, USDA. Upon arrival at post you will become a Career Foreign Service Specialist.

Once we receive your clearances, you will be contacted by your Personnel Specialist, Tracy Cohen (301) 734-7624, to begin the transfer process. Your contact for travel and shipment of household effects will be Susan Ritchie (301) 734-5253.

Please acknowledge in writing your acceptance of this assignment so that we can proceed with processing your transfer.

If you have any questions regarding this assignment, please feel free to contact me at (301) 734-5257 or John.H.Wyss@usda.gov.

Sincerely,

John H. Wyss
Assistant Deputy Administrator



APHIS - Protecting American Agriculture
An Equal Opportunity Employer

112

