

United States
Department of
Agriculture

Office of the
General
Counsel

Washington,
D.C.
20250-1400

May 9, 2003

Kim Mann
1850 M Street, N.W.
Suite 280
Washington, D.C. 20036-5804

**VIA FACSIMILE TO (202) 783-9230; ORIGINAL TO FOLLOW BY MAIL**

Re:  **Felder/Simmons v. USDA**

Dear Mr. Mann:

The United States Department of Agriculture (USDA) is requesting that the Plaintiffs accept or deny the offered positions in the Animal Plant Health and Inspection Service (APHIS), International Services (IS) unequivocally in writing no later than May 30, 2003. USDA made offers to the Plaintiffs pursuant to the Feb. 4, 2002 Order in this case. See Attached Offer Letters. If an acceptance or denial letter is not received by May 30, 2003, USDA will assume that the positions have been denied.

Furthermore, it is extremely important that the Plaintiffs refrain from contacting the embassy in securing housing until an acceptance letter has been submitted. IS officials have been notified that Mr. Simmons has reserved housing through the embassy. Because Mr. Simmons has not submitted a written acceptance pursuant to the Foreign Affairs Manual, 3 FAM 2424.1 (1995), nor been given an official assignment through IS with a cable to the embassy, his requests to the embassy are premature and inappropriate.

USDA must follow proper procedures in making housing and other arrangements through the embassy as USDA's relationship with the embassies is key in maintaining sound, professional working relationships with foreign countries. Until an official appointment has been made, IS officials will notify the embassy that housing and any other arrangements should not be made without official confirmation of the appointment and assignment of your clients.

According to your letter dated April 14, 2003 and Plaintiff Marvin Felder's email dated April 22, 2003, Mr. Felder and Mr. Simmons are requesting that certain questions be answered before accepting or denying these positions. USDA's final statement on these matters are stated in this letter.

The Plaintiffs made the following requests:



Letter to Kim Mann
Page 2

**PLAINTIFF'S REQUESTS:**

1. Meeting with Accord and Iwamoto before final signature. (Felder)
2. FP-1 upon entry or a non-competitive promotion after one year of successful performance. (Felder)
3. Tenure.
4. Career appointment.
5. Cash award in hand before entry.
6. Proof of retroactive retirement and other benefits before entry. What is the time frame?.
7. Statement in writing, no discrimination of any kind upon entry.
8. All conditions must be in writing before entry.
9. Assurance of promotion potential in the 436 series. (Simmons)

The Agency responds as follows:

**AGENCY'S RESPONSE:**

**Meeting with IS officials.** The United States District Court Judge's Feb. 4, 2002 Order required USDA to place Plaintiffs in IS positions. USDA has identified two positions and provided the offers. IS is providing an orientation for the Plaintiffs upon their acceptance of the IS positions. Once Plaintiffs submit acceptance letters as required by statute, they will travel to Washington, D.C. for orientation. This orientation will include meetings with various IS officials to explain about foreign service activities overseas and their entitlements. The orientation will also include a comprehensive program focusing on roles and responsibilities as Foreign Service Officers, trade-related matters pertaining to their country assignments and other issues as appropriate. Please note that no prior meetings will be scheduled. At any time, Plaintiffs have the right to withdraw from foreign service and request to be reinstated in civil service.

**Promotion to FP-1.** The Agency has agreed to place Mr. Felder into a FP-2 position equivalent to his current salary. The record is clear that most individuals working in IS in 1997 at the FP-3 level remain at the FP-2 level today. Therefore, the Agency has offered Mr. Felder a FP-2 position. Mr. Felder will be eligible for promotion to the FP-1 level and will be subject to IS promotion rules and regulations. USDA is unable to give Mr. Felder preferential treatment with regard to promotion to the FP-1 level after one year of service.

**Tenure.** The Plaintiffs will enter IS as tenured employees.

**Career appointment.** The assignments to IS are career appointments pursuant to 3 FAM 2234.2. (2000).

**Cash award in hand before entry.** The paperwork was submitted for payment to the Plaintiffs

Letter to Kim Mann
Page 3



and attorney Kim Mann in April.

**Retroactive retirement.** The Department of State has determined that retroactive retirement is required under the Back Pay Act. To make the transition from civil service to foreign service, the Department of State has provided direction to the Agency. The transition can only be made upon receipt of written acceptance of these positions.

**Statement in writing, no discrimination of any kind upon entry.** The Feb. 4, 2002 Order stated that "there is no evidence that these two Plaintiffs need broad injunctive relief to vindicate their individual rights." See Order at 11. The APHIS Civil Rights Policy Statement states: "We must – and we will – offer every APHIS employee – regardless of age, race, national origin, gender, sexual orientation, disability, religion, political beliefs, and marital or family status – the opportunity to make a living and make a difference." No additional statement is required.

**Promotion Potential in 436 Series.** Mr. Simmons will have the same promotion potential as other IS employees in the 436 series. A new policy will be issued in the next quarter that will clarify promotion potential in the 436 series.

**Conditions in writing.** The attached offer letters and the orientation package that Plaintiffs received in December 2002 inform them of the conditions of employment.

Please note that security clearances are completed for the Plaintiffs. However, there is a delay in the medical clearances because additional information is required of the Plaintiffs. Please respond to the offer letters no later than May 30, 2003. If you have any additional questions or concerns, please feel free to call me at 202-720-3990.

Sincerely,

*Ayoka Campbell*

AYOKA A. CAMPBELL, Esq.
Attorney-Advisor
United States Department of Agriculture
Office of the General Counsel
Civil Rights Division, Room 3312
1400 Independence Avenue, SW
Washington, D.C. 20250-1400
Telephone: (202) 720-3990
Fax: (202) 720-4089

cc:   Marina Braswell
      Plaintiffs Marvin Felder and Alester Vann Simmons

Exhibit 12b
Page 4 of 15