**Marvin Felder**
Sent by: Evelyn Scott
09/25/03 02:33 PM

To: Ralph H Iwamoto/INTL/APHIS/USDA@USDA
cc:
Subject: Resolution of Issues

Mr. Ralph Iwamoto
Deputy Administrator
Room 324 - E, Jamie Whitten Federal Building
1400 Independence AVE., S. W.
Washington, D.C. 20250 -3432

Re: Resolution Of Issues

Dear Mr. Iwamoto :

In view of the history of my case, I would like to meet with you and Mr. Acord when I arrive for my orientation between October 21-31, 2003, to resolve the following issues:

1. Effected date of my Retroactive Entry, Service Computation, Retirement and Tenure.

2. Difference in handling the particulars of my case in comparison with the handling of Mr. Simmons case (promotion).

3. State Department Foreign Affairs Manuals (FAM's) were not followed with regard to Retroactive Step Increases, etc.

4. Inconsistencies between APHIS, IS and State Department in following Court Ruling on Retroactivity.

I would like to enter IS on a positive note; therefore, I appreciate your help in putting these issues to rest.

Thank you for your understanding and cooperation.

Marvin Felder
State Plant Health Director
USDA-APHIS-PPQ
9600 Two Notch Road, Suite 10
Columbia, SC 29223
Telephone: 803-788-0506
Fax: 803-788-7980
e-mail: marvin.felder@aphis.usda.gov

