## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. FELDER, | ) |
|     Plaintiff, | ) |
| v. | )    Civil Action No. 06-0910 (CKK) |
| MIKE JOHANNS,<br>Secretary, Department of Agriculture, | ) |
|     Defendant. | ) |

**ORDER**

This matter comes before the Court on defendant's Motion to Dismiss or for Summary Judgment. Upon consideration of the Motion, the opposition thereto, the relevant law and the entire record herein it is this ___ day of _____, 2006 hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the above captioned matter is DISMISSED.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE