IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. FELDER,<br><br>      Plaintiff,<br><br>v.<br><br>MIKE JOHANNS,<br>Secretary, Department of Agriculture<br><br>      Defendant. | Civil Action No.<br>06-0910 (CKK) |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Plaintiff Barbara K. Felder respectfully moves the Court for an enlargement of time, through and including October 6, 2006, within which to prepare her Memorandum of Points and Authorities In Opposition to Defendant's Motion to Dismiss or for Summary Judgment ("Opposition Memorandum"). Good cause exists to grant this motion:

**1.** Plaintiff's counsel was served with Defendant's Motion to Dismiss or for Summary Judgment, dated September 8, 2006, on September 11, 2006 through the Court's Electronic Case Management/Electronic Case Filing System. Accordingly, pursuant to Local Rule 7(b), Plaintiff's Opposition Memorandum is currently due September 22, 2006.

**2.** Plaintiff needs additional time to prepare the Opposition Memorandum. This additional time is needed because Plaintiff's counsel has been

-2-

and will again be out of the office during a significant portion of the 11-day allotted response time, has encountered logistical problems communicating with his client, located in rural South Carolina, and must conduct extensive research and cull through boxes of old files in order adequately to address Defendant's dual Motion to Dismiss or For Summary Judgment.

      **3.**    Plaintiff therefore requests an enlargement of time within which to prepare the Opposition Memorandum, through and including October 6, 2006.

      **4.**    Granting this two-week enlargement will not require rescheduling of any pretrial or trial dates or any other in-court matters.

      **5.**    This is the first enlargement of time Plaintiff has sought in this matter.

      **6.**    Counsel for Plaintiff has consulted with counsel for Defendant concerning this Motion for Extension of Time. Counsel for Defendant has graciously consented to the relief requested.

For these reasons, Plaintiff requests the Court grant this Consent Motion for Extension of Time to File Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss or For Summary Judgment. A proposed order is attached.

-3-

Respectfully submitted,

_____/s/_____
KIM D. MANN, D.C. Bar # 81471
SCOPELITIS, GARVIN, LIGHT & HANSON, P.C.
1850 M Street, N.W., Suite 280
Washington, DC 20036-5804
(202) 783-9222
(202) 783-9230 (fax)

**Attorney for Plaintiff
Barbara K. Felder**

Dated and Filed:
September 13, 2006