**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARBARA K. FELDER,             ) | |
|           Plaintiff,        ) | |
| v.                        ) | **Civil Action No.** |
|                              ) | **06-0910 (CKK)** |
| MIKE JOHANNS,         ) | |
| Secretary, Department of Agriculture    ) | |
|                              ) | |
|           Defendant.       ) | |

**ORDER**

This matter comes before the Court on Plaintiff's Consent Motion for Extension of Time to Submit Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss or for Summary Judgment. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Plaintiff shall file her Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss or for Summary Judgment on or before October 6, 2006.

SO ORDERED.

 

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE