

United States
Department of
Agriculture

Marketing and
Regulatory
Programs

Animal and Plant
Health Inspection
Service

International
Services

Administrative
Services

4700 River Rd.
Riverdale, MD
20737

December 5, 2003

Mr. Marvin Felder
122 Olde Springs Road
Columbia, SC 29223

Dear Mr. Felder:

This is to reconfirm that pursuant to Judge Gladys Kessler's February 4, 2002, Order, you are assigned to the Animal and Plant Health Inspection Service (APHIS), International Services, Foreign Service. Your position is that of APHIS Area Director, Seoul, South Korea. The position is classified as an Agriculturalist, FP-401-2 (GS-14 equivalent).

On December 28, 2003, at the beginning of Pay Period 26, you will be converted retroactively into the APHIS Foreign Service at the FP-2 level (GS-14 equivalent), effective February 14, 1997. Please be aware that such a retroactive conversion is a complex process. For example, our administrative staff, working through the National Finance Center's data base, must cancel old information in your file, and input the new information for each pay period beginning in February 1997. We will make every effort to complete this task efficiently; however, you may notice occasional salary discrepancies. Please be assured that once the process is complete, your records will reflect the retroactive effective date of February 14, 1997, and any salary discrepancies will have been resolved.

At the time of your conversion to the Foreign Service, you will be an FP-2, Step 9, with an annual base salary of $87,392. Please note that as a member of the Foreign Service, you will be subject to all applicable Foreign Service regulations and APHIS Directives. These can be found on the U.S. Department of State and U.S. Department of Agriculture, and APHIS web sites. In addition, your Regional Director and International Services Administrative Services staff is available to assist you in this area.

Your reporting date is January 6, 2004. We expect you to arrive in Seoul, South Korea on that date. In that regard, we note that you expressed your willingness to report on that date in a November 24, 2003, e-mail to several APHIS management officials. Accordingly, we will notify the U.S. Embassy in Seoul by State Cable of your January 6, 2004, reporting date. On arrival, you are expected to go through normal U.S. Embassy check in procedures, orientations, and briefings.



*Safeguarding American Agriculture*
APHIS is an agency of USDA's Marketing and Regulatory Program

An Equal Opportunity Provider and Employer

Mr. Marvin Felder                                                                                                               2

APHIS, International Services Administrative Services is addressing the other items in your e-mail dated November 20, 2003, and will be working with you to facilitate your successful foreign transfer.

If you have any questions regarding this assignment, please feel free to contact me at (301) 734-5257 or John.H.Wyss@usda.gov.

Sincerely,

John H. Wyss
Assistant Deputy Administrator

Mr. Marvin Felder