

United States Department of Agriculture

Animal and Plant Health Inspection Service

Plant Protection and Quarantine

9600 Two Notch Road
Suite 10
Columbia, SC 29223

Phone: (803) 788-0506
Fax: (803) 788-7980

Federal Relay Service
(Voice/TTY/ASCII/Spanish)
1-800-877-8339

January 17, 2003

Dr. John H. Wyss
USDA-APHIS-IS
Stop 3432
1400 Independence Avenue, S.W.
Washington, D.C. 20250-3432

Dear Dr. Wyss:

After careful consideration, I accept this position with International Services (IS), Foreign Services as APHIS Area Director, Seoul Korea, pending all issues being resolved pursuant to the court order dated February 4, 2002.

If you have any questions, please contact me at (803) 788-4610 or marvin.felder@aphis.usda.gov.

Sincerely,

Marvin Felder
State Plant Health Director

Cc: Kim D. Mann, Esquire.