

February 27, 2003

**United States Department of Agriculture**

Animal and Plant Health Inspection Service

International Services

Administrative Services

4700 River Rd.
Unit 65
Riverdale, MD
20737

Mr. Alester V. Simmons
Apt. 3407
8104 Webb
Riverdale, GA  30274

Dear Mr. Simmons:

Pursuant to the court's order dated February 4, 2002, this constitutes your new assignment to the Animal and Plant Health Inspection Service (APHIS), International Services (IS), Foreign Service. You have been selected to fill the position of Plant Protection and Quarantine, Officer-in-Charge, Kingston, Jamaica. The position is classified as a Plant Protection and Quarantine Officer, FP-436-3 (GS-13 equivalent). At the time of your conversion to the Foreign Service you will be placed in the FP Class 3 Step 6 with a base salary of $64,805.

The effective date of your transfer will be set between you, your current supervisor, and the IS Regional Director for Screwworm, Central America, and the Caribbean Region, once you receive your medical clearance from the Department of State and security clearance from the Office of Human Resources Management, USDA. Upon arrival at post you will become a Career Foreign Service Specialist.

Once we receive your clearances, you will be contacted by your Personnel Specialist, Tracy Cohen (301) 734-7624, to begin the transfer process. Your contact for travel and shipment of household effects will be Susan Ritchie (301) 734-5253.

Please acknowledge in writing your acceptance of this assignment so that we can proceed with processing your transfer.

If you have any questions regarding this assignment, please feel free to contact me at (301) 734-5257 or John.H.Wyss@usda.gov.

Sincerely,

John H. Wyss
Assistant Deputy Administrator

APHIS - Protecting American Agriculture
An Equal Opportunity Employer