

| INDIANAPOLIS | | | CHICAGO | WASHINGTON, D.C. |
|---|---|---|---|---|
| Norman R. Garvin | Karla Cooper-Boggs | | Gerald F. Cooper, Jr. | Daniel R. Barney |
| Andrew K. Light | Jeffrey S. Toole | | William D. Brejcha | Kim D. Mann |
| James H. Hanson | W. Todd Metzger | | Victor P. Shane | |
| Lynne D. Lidke | Christopher R. Whitten | | Dennis J. Duffy | SAN FRANCISCO |
| Thomas E. Farrell* | Craig J. Helmreich | | Stephen A. Oakley | Of Counsel |
| Gregory M. Feary | A. Jack Finklea | | | James Attridge |
| Robert L. Browning | | | Of Counsel | |
| Steven A. Pletcher | Of Counsel | | Robert C. Rubin | KANSAS CITY |
| Timothy W. Wiseman | Alki E. Scopelitis* | | Maria E. Portela | Of Counsel |
| Jay D. Robinson, Jr. | David D. Robinson | | | James T. Graves* |
| Michael B. Langford | Richard A. Clark | | | |
| Angela S. Cash | | | | |
| Carla R. Hounshel | *Certified Mediator | | | |

## SCOPELITIS, GARVIN, LIGHT & HANSON
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

INDIANAPOLIS
CHICAGO • WASHINGTON, D.C. • SAN FRANCISCO • KANSAS CITY
1850 M Street, N.W., Suite 280   Washington, D.C. 20036-5804
phone (202) 783-9222   fax (202) 783-9230
www.scopelitis.com

KIM D. MANN
Direct Number
202.296.5003
kmann@scopelitis.com

April 14, 2003

**VIA TELECOPIER**
(202) 720-4089

Ayoka A. Campbell, Esquire
U.S. Department of Agriculture
Office of General Counsel
Civil Rights Division
South Building, Room 3312-S
1400 Independence Avenue, S.W.
Washington, DC 20250

　　　　Re:　*Felder/Simmons v. Veneman,*
　　　　　　*Final Transition Issues*

Dear Ayoka:

　　Insofar as Marvin Felder is concerned, two hurdles remain in the way of his accepting the offered position in IS. One is related to the other.

　　First, Marvin Felder feels very strongly that he is entitled to a within-grade increase for the year 2002, placing him at the FP-2, Step 10 level upon his acceptance into IS. According to State Department policy and practice, reflected in current State Department documents, initial salary and salary increases in IS are governed by the following principles:

> Entry level salary for current or former Federal civilian employees will be set at the rate, within the Foreign Service grade to which they are appointed, that is nearest to the base salary of their previous grade provided the work performed at the previous grade is relevant to the FMO activities.

> In general, employees with good performance will receive a within-grade increase annually up through Step 10 and biennially from Step 10 through Step 14 of the Foreign Service salary schedule.

SCOPELITIS, GARVIN, LIGHT & HANSON