**Marvin Felder**
04/22/03 12:12 PM

To: AYOKA CAMPBELL-OGC.OGC1@gw@USDA
cc:
Subject: LAST EFFORT SETTLEMENT QUESTIONS

1. Meeting with Acord and Iwamoto before final signature
2. FP-1 upon entry or a none competitive promotion after one year of successful performance.
3. Tenure
4. Career appointment
5. Cash award in hand before entry
6. Proof of retroactive retirement and other benefits before entry. What is the time frame?
7. Statement in writing, no discrimination of any kind upon entry
8. Observation: was not given the opportunity to meet with the promotion review board for six years because of APHIS- IS discriminatory
 practices.
9. All conditions must be in writing before entry
10. Need an answer as soon as possible (2 weeks).


Marvin Felder
State Plant Health Director
USDA-APHIS-PPQ
9600 Two Notch Road, Suite 10
Columbia, SC 29223
Telephone: 803-788-0506
Fax: 803-788-7980
e-mail: marvin.felder@aphis.usda.gov