INDIANAPOLIS
Norman R. Garvin
Andrew K. Light
James H. Hanson
Lynne D. Lidke
Thomas E. Farrell*
Gregory M. Feary
Robert L. Browning
Steven A. Pletcher
Timothy W. Wiseman
Jay D. Robinson, Jr.
Michael B. Langford
Angela S. Cash
Carla R. Hounshel

Karla Cooper-Boggs
Jeffrey S. Tuttle
W. Todd Metzger
Christopher R. Whitten
Craig J. Helmreich
A. Jack Finklea

Of Counsel
Alex E. Scopelitis*
David D. Robinson
Richard A. Clark

*Certified Mediator

## SCOPELITIS, GARVIN, LIGHT & HANSON
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

INDIANAPOLIS
CHICAGO • WASHINGTON, D.C. • SAN FRANCISCO • KANSAS CITY
1850 M Street, N.W., Suite 280  Washington, D.C. 20036-5801
phone (202) 783-9222   fax (202) 783-9230
www.scopelitis.com

CHICAGO
Gerald F. Cooper, Jr.
William D. Bierman
Victor P. Stasio
Dennis J. Duffy
Stephen A. Oakley

Of Counsel
Robert C. Rubin
Maria E. Parsala

WASHINGTON, D.C.
Daniel R. Barney
Kim D. Mann

SAN FRANCISCO
Of Counsel
James Amargo

KANSAS CITY
Of Counsel
James T. Graves*

KIM D. MANN
Direct Number
202.296.5003
kmann@scopelitis.com

May 19, 2003

<u>BY FACSIMILE</u> (202) 720-4089

Ayoka A. Campbell, Esq.
U.S. Department of Agriculture
Office of General Counsel
Civil Rights Division
South Building, Room 3312-S
1400 Independence Avenue, S.W.
Washington, DC 20250

    Re:    *Felder/Simmons v. Veneman,*
           *Acceptance of Offer of Employment*

Dear Ms. Campbell:

    In response to the Agency's ultimatum given Messrs. Felder and Simmons in your letter dated May 9, 2003, I have been authorized by my clients to express their acceptance of the offers of employment in International Services.

    By their acceptance, they do not waive their right to review their SF-50 (or functional equivalent) forms, when issued, to ensure they accurately reflect their FP positions and steps as outlined in your letter and are otherwise in full accordance with applicable law. Nor do they waive their right to continue to pursue a face-to-face meeting with Mr. Bobby Acord and/or Mr. Ralph Iwamoto to discuss transitional issues.

    I thank you for your cooperation in these matters.

                                            Sincerely,

                                           Kim D. Mann

cc:    Mr. Marvin Felder
       Mr. Alester Van Simmons

KDM/gsb