

**Stacey Newton**
09/29/03 02:42 PM

To: Donald R Wimmer/INTL/APHIS/USDA@USDA, Helena Gomez/INTL/APHIS/USDA@USDA, Marvin Felder/SC/APHIS/USDA@USDA, donald4.wimmer@aphis.usda.gov
cc: Tom R Ashley/MD/APHIS/USDA@USDA, Lynn Alfalla/MD/APHIS/USDA@USDA, Eric S Nichols/MD/APHIS/USDA@USDA, Jocelyn C White/MD/APHIS/USDA@USDA, Ralph H Iwamoto/INTL/APHIS/USDA@USDA, Keynisha M Key/MD/APHIS/USDA@USDA, Nicholas Gutierrez/INTL/APHIS/USDA@USDA
Subject: Your SPS Orientation in D.C.-- October 20-31, 2003

**SPS Orientation for Marvin Felder, Helena Gomez, Don Wimmer, October 20-31, 2003**

I am working with Training Specialist Mary Ellen Keyes on finalizing the agenda(s) for your SPS orientations in Washington, DC, October 20-31, 2003. (Arrival date: October 20; Departure October 31.)

First Week: You have been assigned to the Trade Support Team (TST) staff members, Lynn Alfalla and Eric Nichols who will oversee your TST orientaton and cover key issues associated with the countries to which you are assigned.

Second Week: Visits with various staffs in Riverdale, Maryland, **and a working lunch with Deputy Administrator Ralph Iwamoto and Associate Deputy Nick Gutierrez.** The working lunch is tentatively set for Thursday, October 30.

I estimate that an agenda will be emailed to you by the end of this week. Please let me or Mary Ellen (734-6513) know if you have questions.

Sincerely,


Stacey Newton
Program Assistant (International Services)
Training & Development Branch
USDA-APHIS
4700 River Road, Unit 24
Riverdale, MD 20737
Telephone: (301) 734-3817
FAX: (301) 734-3153
Email: stacey.newton@aphis.usda.gov