#240016

# COMPLAINT OF EMPLOYMENT DISCRIMINATION

USDA-OCR-ECD
1400 Independence Ave. SW, Stop 9440
Washington, D.C. 20250

202-720-7467

1. Name    (First)  (MI)  (Last)

(x)Mr. ( )Mrs. __Marvin Felder__    (x)(USDA Employee ( )USDA Applicant

2. Address

__122 Olde Springs Road__
  (Street)
__Columbia__        __South Carolina  29223__
  (City)              (State)       (Zip)

3. Telephone Number
Work (x)  803-788-0506
Home (x)  803-736-3556

4. Name of Agency which you believe discriminated against you:

_____
(Office)

_____
(City)        (State)          (Zip)

5. Basis of discrimination on which you were counseled (do not include basis for which you did not receive counseling.) The basis are age, race, color, national origin, religion, sex, physical or mental disability, marital status, sexual orientation, and reprisal. Be specific in your identification of basis (i.e., age (55), sex (female), race (white).

__Reprisal - please see attachment__

6. Issue(s) on which you were counseled (do not include issues or allegations for which you did not receive counseling. Provide, if you deem necessary additional details on reverse side.) Be specific with exact issue and the date of the issue. (i.e.: Non-selection to vacancy announcement USDA-96-174, Secretary, GS-318-9 on March 1, 1996, or two-day suspension for misconduct on January 29 & 30, 1996.) You do not need to elaborate on why you feel this was discriminatory, you will be given the opportunity to support you complaint during the investigation process.

7. Representative, if any:
__Mr. Kim D. Mann__                                  (x) __202-296-5003__
  (Name)                                             (Telephone Number)
__1850 M Street, N.W. Suite 280, Washington, DC  20036-5804__
  (Street)           (City)              (State)        (Zip)

8. Name of EEO Counselor contacted  __Mr. Harold M. Countee__

9. Requested corrective action: __Promotion to FP-1, same pay and all attorneys' fees paid__

10. Signature _/s/ Marvin Felder_    Date

__2003__          __December__         __15__
(Year)            (Month)             (Day)

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

USDA-OCR-ECD                                                                                      202-720-7467
1400 Independence Ave. SW, Stop 9440
Washington, D.C. 20250

1. Name        (First)   (MI)   (Last)

( )Mr. ( )Mrs. _____ ( )(USDA Employee  ( )USDA Applicant

2. Address
                                                                  3. Telephone Number
_____              Work ( )_____
        (Street)

_____              Home ( )_____
   (City)         (State)         (Zip)

4. Name of Agency which you believe discriminated against you:

_____
                    (Office)

_____
   (City)         (State)                (Zip)

5. Basis of discrimination on which you were counseled (do not include basis for which you did not receive counseling.) The basis are age, race, color, national origin, religion, sex, physical or mental disability, marital status, sexual orientation, and reprisal. Be specific in your identification of basis (i.e., age (55), sex (female), race (white).

6. Issue(s) on which you were counseled (do not include issues or allegations for which you did not receive counseling. Provide, if you deem necessary additional details on reverse side.) Be specific with exact issue and the date of the issue. (i.e.: Non-selection to vacancy announcement USDA-96-174, Secretary, GS-318-9 on March 1, 1996, or two-day suspension for misconduct on January 29 & 30, 1996.) You do not need to elaborate on why you feel this was discriminatory, you will be given the opportunity to support you complaint during the investigation process.

7. Representative, if any:

_____          ( )_____
        (Name)                                                          (Telephone Number)

_____
   (Street)    (City)    (State)    (Zip)

8. Name of EEO Counselor contacted

9. Requested corrective action:

10. Signature _____            Date
        (Year)                                                          (Month)         (Day)

**ATTACHMENT**

Complaint of Employment Discrimination

On October 30, 2003, I met with Misters Ralph Iwamoto, Nichols Gutierrez, Craig Fedchock and Dr. John Wyss to discuss my entry into IS. I told them I could not myself that was blatant reprisal for filing my previous complaint.

I also discussed the fact that Mr. Simmons was given a promotion and I was not. Mr. Iwamoto told me that he was told I received a promotion, in fact I did not. They all agreed that they thought I should have received all the rights and privileges of my position since January 1994.