IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. FELDER, as Personal Representative of the Estate of Marvin Felder, Deceased<br><br>Plaintiff,<br><br>v.<br><br>MIKE JOHANNS,<br>Secretary, Department of Agriculture<br><br>Defendant. | Civil Action No.<br>06-0910 (CKK) |

**RULE 56(f) AFFIDAVIT OF PLAINTIFF, BARBARA K. FELDER,
IN SUPPORT OF MOTION FOR CONTINUANCE TO OBTAIN DISCOVERY**

1. I, Barbara K. Felder, am currently employed with the Dorchester County (South Carolina) Election Commission. I am the widow of Marvin Felder, a former employee of the U.S. Department of Agriculture. Mr. Felder and I were married for 33 years. He passed away on March 10, 2005 while working for the International Services unit of USDA in Seoul, Korea.

2. Mr. Felder and I frequently discussed his employment at the U.S. Department of Agriculture and the obstacles he encountered and frustration he felt in attempting to transfer from USDA's Animal and Plant Health Inspection Service ("APHIS") to International Services ("IS"). We also discussed the terms and conditions IS offered for his instatement in IS following his successful lawsuit against USDA in 2001. I am personally familiar with the final terms and conditions of his transition from USDA's APHIS to IS. I accompanied my husband to Seoul, Korea when he first

reported to work at IS on January 3, 2004 and remained with him during his tenure in Seoul.

3. My legal counsel advises me that in the current lawsuit I filed in the U.S. District Court on behalf of my husband against USDA, the Agency has filed a Motion to Dismiss and for Summary Judgment ("Motion"). I am further advised that the Defendant Agency has attached to its Motion a number of affidavits from IS employees that it contends support the relief it requests. I have had the opportunity to review that Motion and those attached affidavits.

4. Upon advice of counsel and pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, I respectfully request an opportunity, through counsel, to engage in limited discovery of IS personnel. I believe the affidavits attached to Defendant's Motion do not accurately or fully describe the facts associated with the refusal of IS to provide my husband the same promotion it offered Mr. Alester Van Simmons, co-plaintiff, along with my husband, in the first lawsuit he filed against USDA, heard by Judge Kessler.

5. In order for me to rebut many of the factual allegations contained in the affidavits relied upon in the Motion, I am advised by counsel that we need to take the depositions of John Wyss, Freida Skaggs, and Nicholas Guitierrez as well as the depositions of other IS management personnel who have personal knowledge of the promotions given in IS and the promotion policies and procedures implemented at IS between 1997 and 2004. I respectfully request the Court allow me, through counsel, to take the depositions of the IS employees identified above and determine through interrogatories the identity of others with knowledge relevant to the issues in my case.

6.  I believe that, without access to the information from discovery and the opportunity to present that evidence to the Court, I will be severely handicapped in demonstrating to the Court that there are indeed issues of material fact in dispute that require denying Defendant's Motion to Dismiss and for Summary Judgment.

I solemnly affirm, under penalty of perjury, that the contents of the foregoing affidavit are true and correct to the best of my personal knowledge, information, and belief.

10-3-06
Date

Barbara S. Felder

State of South Carolina:
Dorchester County

Subscribed and sworn to before me, by Barbara K. Felder, this 3rd day of October, 2006 before the undersigned officer.

Brenda Nix
Notary Public