August 15, 2003

To:            All APHIS Foreign Service Employees

Subject:       2003 Intermediate Foreign Service Board Promotion Process

When APHIS first converted to the Foreign Service Personnel System, all of the effected positions were classified by specific occupational series and employees occupied positions based on their basic qualifications: Plant Protection and Quarantine Series (436), Entomologist Series (414), and Veterinary Medical Science Series (701). In other words, placement of Foreign Service Officers/Specialists was "series specific" based on the classification of the position and qualifications of the individual. However, over time placing individuals in "series specific" positions became more and more difficult especially when filling some Regional and Area Director positions where both 436 and 701 occupational areas were required in the position. Therefore, in order to fill these positions with the best qualified person and not be limited by specific basic qualification factors, we needed a series that provided this flexibility. The Agriculturist 401 occupational series allows this flexibility and because it can be occupied by individuals qualified in any of the specific disciplines.

Positions where the preponderance of the work weighs heavier on either the plant or animal side still exists in the APHIS Foreign Service, and filling the position with someone without the specific expertise would be detrimental to the agency. I am aware that there has been concern from incumbents of these positions that these series were capped for promotions. None of our three predominant series in IS are capped. Positions in the Foreign Service are based on the same classification principles and policies as civil service positions and are governed by the Handbook of Occupational Groups and Series. This handbook provides guidelines on determining the proper title, series and grade level for the position. When a promotion opportunity is not available for individuals who occupy a certain series specific position, the lack of promotion opportunity relates to the grade level of the position and not the series.

This memo is to advise that this year all employees will be reviewed within their perspective occupational series by the Intermediate Foreign Service Board. What this means is that those individuals currently occupying Agriculturist 401 series will compete in their functional occupational series (436, 414, 701). We will not have a competing group consisting only of 401's. Other classified series such as Administrative Officers, (341), Biological Technician, (404), and other technical series have always competed within their respective series.

The attachment taken from the Handbook of Occupational Groups and Series shows the basic requirement for each series.

**ATTACHMENT:**

**Entomology Series – 414:**

A. Degree: entomology; or a related discipline of the biological or physical sciences that included at least 16 semester hours in entomology.

**OR**

B. Combination of education and experience – courses equivalent to a major that included course work as shown in A above, plus appropriate experience or additional education.

**Plant Protection & Quarantine Series – 436:**

A. Degree: Major in biological science, agriculture, or a closely related field appropriate to the position that included at least 20 semester hours in such course work as agronomy, cell biology, botany, entomology, forestry, horticulture, mycology, nematology, plant pathology, soil science, or other closely related courses.

**OR**

B. Combination of education and experience – courses equivalent to a major in biological science, agriculture, or a closely related field, including at least 20 semester hours of course work as described in A above, plus appropriate experience or additional education.

**Veterinary Medicine Science Series – 701:**

Degree: Doctor of Veterinary Medicine or equivalent degree at a school approved or accredited by (a) the American Veterinary Medical Association (AVMA), (b) a State department of education, or (c) a State Board of Veterinary Medical Examiners.

If you have any questions regarding the above, please do not hesitate to contact Freida Skaggs, Director, Personnel and Travel.


/s/


Ralph Iwamoto
Deputy Administrator
International Services


Attachment:



| | |
|---|---|
| **United States Department of Agriculture** | October 2, 2003 |

Animal and Plant Health Inspection Service

International Services

Administrative Services

4700 River Rd. Unit 65

Riverdale, MD 20737

Mr. Alester V. Simmons
Apt. 3407
8104 Webb Road
Riverdale, GA 30274

Dear Mr. Simmons:

This is in response to your memorandum to Mr. Ralph H. Iwamoto, Deputy Administrator, International Services dated September 15, 2003, concerning position clarification. Mr. Iwamoto asked that I respond to your questions.

1. Will the Screwworm program be added to my job/position description?

   No, even though this position is organizationally located under the Screwworm Program, Central America, and the Caribbean, the duties fall under plant health activities and do not incorporate the animal health aspects of the screwworm program.

2. I was promoted to a FP-3 step 6 in 2001. Did you include the 2 step- that comes with the promotion, as listed in State Dept. FAM.? You show me listed to come in as a FP-3 step 6 to Jamaica. How did you arrive at this grade/step?

   In a December meeting, we gave you and your attorney, Kim Mann information on how we determined your class and step. The computation was based on the time frame as if you would have entered IS on the February 14, 1997, and the number of promotions and step increases a similarly-situated individual was given during that time period. The conversion salary is then based on the basic salary table and not the locality salary table. The hypothetical computation we used was as follows:

   The FP-3 step 6 was a hypothetical computation based on conversion to the Foreign Service 2/14/97 to an FP-4/9 $47,780; WCI 2/14/98 FP-4/10 - $50,346; WCI 2/14/00 FP-4/11- $55,493; and promotion 11/18/01 to FP-3/6 - $60,856. Based on your current civil service level of GS-12/6, you will convert to FP-3 step 6 - $64,805. The class and step level are computed as follows: Current – GS-12 step 6 –$60,093 plus two steps to GS-12 step 8 -$ 63,527 converts to FP-3 step 6 - $64,805.

3. Will I get my step increase in 2002 and 2003 as listed in State Department's. FAM.?



APHIS - Protecting American Agriculture
An Equal Opportunity Employer

Your WCI anniversary will be determined by your conversion date. You will be entitled to a within class increase 1 year from that date.

4. When will the retroactive-retirement start, as per letter from Ms. Campbell dated May 9, 2003.

The Department of State is still working on this information with USDA. USDA will get all paperwork to the Department of State by October 30, 2003. USDA will then give you a contact number at the Department of State so that you may consult with them about the process. When you convert to the Foreign Service your retroactive retirement date will be February 14, 1997.

5. 436-series vs. 401- series. How can I get to the 401 level? DHS-CBP Agriculture Specialists are 401's and lower grade level.

The position you will occupy in Jamaica has been classified in the 436 series since the nature of the work is predominantly plant health. The 401 series positions in International Services are normally occupied by the Regional and Area Directors who are responsible for both animal and plant health issues. The 401 positions can be filled by employees that are in the 414, 436, or 701 series. All projected Foreign Service vacancies in IS are announced to the Foreign Service Cadre. All employees of the proper class and occupational series may bid on the projected vacancies. The Assignment Committee makes assignments after reviews all bidders and all other qualified FSO/S. Being in the 436 series does not hurt your chances for promotion, please see the attached letter to all FS Specialist entitled "2003 Intermediate Foreign Service Board Promotion Process".

6. What date did my tenure begin?

Your tenure began February 2000. When you convert to the Foreign Service Personnel system at the time of your assignment to Jamaica, you will be a fully tenured career Foreign Service Specialist.

7. Did my service computation date change?

No, your service computation date (SCD) will not change. Conversion to another pay plan does not have any effect on your SCD.

8. Based on retroactive what date did I come into IS.?

The date we are using is February 14, 1997, for your retroactive date based on your first selection off the APHIS Foreign Service roster. This is the date being used for retroactive Foreign Service retirement also.

3

9. I filed a complaint on hostile work environment; the E-mail written by former Regional Director to Area Director and sent out to the whole region. I would like this issue to be addressed before I go out!

Your complaint is being processed under the normal procedures of the EEO process under 29 C.F.R. § 1614. It is the policy of International Service to respond immediately to complaints of a hostile work environment. As you may be aware, the Regional director has retired. You are being assigned to a different Regional organization than the one referred to in your letter. Any other questions regarding your complaint should be directed to the Office of Civil Rights.

10. I requested to extend my out date; DHS-CBP said it is OK.

As you have been advised, the post you are being reassigned to has been vacant for some time due to retirement of the former incumbent. We have been filling the post with TDY's which is an expensive endeavor. It is our desire that you report to post as scheduled on or about the week of October 19, 2003. However, we are willing to delay your change of post until November 30, 2003.

If you have any further questions regarding this assignment, please feel free to contact me at (301) 734-5257 or John.H.Wyss@usda.gov.

Sincerely,

*John H. Wyss*

John H. Wyss
Assistant Deputy Administrator