IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBARA K. FELDER, as Personal )
   Representative of the Estate of Marvin )
   Felder, Deceased )
)
       Plaintiff, )
) Civil Action No.
v. ) 06-0910 (CKK)
)
MIKE JOHANNS, Secretary, )
U.S. Department of Agriculture )
)
       Defendant. )
)

**ORDER**

This matter comes before the Court on Defendant's Motion to Dismiss or for Summary Judgment. Upon consideration of the Motion, the opposition thereto including Plaintiff's Motion For Continuance, the relevant law, and the entire record herein, it is this _____ day of _____, 2006 hereby

    ORDERED that the Motion is DENIED.

    SO ORDERED.

                              _____
                              COLLEEN COLLAR-KOTELLY
                              UNITED STATES DISTRICT JUDGE