IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. FELDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0910 (CKK) |
| ) | |
| MIKE JOHANNS, ) | |
| Secretary, Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR AN
ENLARGEMENT OF TIME WITHIN WHICH TO FILE REPLY MEMORANDUM**

Defendant respectfully moves this Court for an enlargement of time, through and including November 7, 2006, within which to file his reply to plaintiff's opposition to defendant's Motion to Dismiss or for Summary Judgment ("Reply"). Good cause exists to grant this motion:

1. Plaintiff filed her opposition to defendant's Motion on October 6, 2006. Defendant's Reply is therefore due October 19, 2006.

2. Defendant needs additional time to prepare his Reply. This time is principally needed due to a large number of other contemporaneous filing deadlines, including an appellate brief in Taylor v. FAA; a motion for summary judgment in Neal v. EOUSA, and a response to a Complaint in Roane v. Gonzales, a constitutional and APA challenge to the lethal injection protocol used by the federal government in carrying out death sentences.

3. Defendant therefore requests an enlargement of time within which to file his Reply, through and including November 7, 2006.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. This is the first enlargement of time sought for the Reply deadline.

6. Pursuant to Local Rule 7.1(m), counsel for defendant has consulted with counsel for plaintiff. Counsel for plaintiff has graciously given consent to the relief requested.

For these reasons, defendant requests that the Court grant his Consent Motion for Enlargement of Time Within Which to file Reply Memorandum. A proposed order is attached.

                Respectfully submitted,

                /s/
                JEFFREY A. TAYLOR, D.C. Bar #498610
                United States Attorney

                /s/
                RUDOLPH CONTRERAS, D.C. Bar #434122
                Assistant United States Attorney

                /s/
                PETER D. BLUMBERG, D.C. Bar # 463247
                Assistant United States Attorney
                United States Attorneys Office
                Judiciary Center Building
                555 4th Street, N.W., 10th Floor
                Washington, D.C. 20530
                (202) 514-7157

Dated: October 16, 2006