IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. FELDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0910 (CKK) |
| ) | |
| MIKE JOHANNS, ) | |
| Secretary, Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on defendant's Consent Motion for Extension of Time to File Reply Memorandum. Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that defendant shall file his Reply on or before November 7, 2006.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE