**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARBARA K. FELDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0910 (CKK) |
| ) | |
| MIKE JOHANNS, ) | |
| Secretary, Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR AN**
**ENLARGEMENT OF TIME WITHIN WHICH TO FILE REPLY MEMORANDUM**

Defendant respectfully moves this Court for an enlargement of time, through and including November 17, 2006, within which to file his reply to plaintiff's opposition to defendant's Motion to Dismiss or for Summary Judgment, and a opposition to plaintiff's Rule 56(f) Motion ("Reply/Opposition"). Good cause exists to grant this motion:

1. Defendant's Reply/Opposition is currently due November 7, 2006.

2. Defendant needs additional time to prepare his Reply/Opposition. This time is principally needed because completion of the other matters referenced in defendant's prior extension motion, most particularly the appellate brief in Taylor v. FAA, took substantially longer than anticipated. In addition, counsel for defendant had an emergency subpoena issue in Lofton v. USAID, 06-MS-0444 (GK), which also compromised some of the time counsel expected to be able to work on the Reply/Opposition in this matter.

3. Defendant therefore requests an enlargement of time within which to file his Reply/Opposition, through and including November 17, 2006. An extension of this length is being sought because of the Veteran's day holiday and counsel's expected absence from the office on

November 13 and 14, 2006.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. This is the second enlargement of time sought for the Reply deadline.

6. Pursuant to Local Rule 7.1(m), counsel for defendant has consulted with counsel for plaintiff. Counsel for plaintiff has graciously given consent to the relief requested, and has requested that if the court grants this motion that plaintiff be given until December 1, 2006 to file a reply in support of the 56(f) motion, so that the reply deadline does not interfere with the Thanksgiving holiday period. Defendant has reflected this request in the attached proposed order.

7. Defendant acknowledges that it this Court's practice that motions to extend time should be filed within four days of the deadline sought to be extended. In this instance, defendant had expected to be able to complete the Reply/Opposition by the November 7 deadline, but only this day realized that it would not be possible to complete the Reply/Opposition given the other deadlines faced by counsel this week.

For these reasons, defendant requests that the Court grant his Consent Motion for Enlargement of Time Within Which to file Reply Memorandum. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

                                                                   /s/
_____   _____
                                            PETER D. BLUMBERG, D.C. Bar # 463247
                                            Assistant United States Attorney
                                            United States Attorneys Office
                                            Judiciary Center Building
                                            555 4th Street, N.W., 10th Floor
                                            Washington, D.C. 20530
                                            (202) 514-7157

Dated: November 6, 2006