IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. FELDER, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, )<br>Secretary, Department of Agriculture, )<br>)<br>   Defendant. ) | Civil Action No. 06-0910 (CKK) |

### ORDER

This matter comes before the Court on defendant's Consent Motion for Extension of Time to File Reply Memorandum. Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that defendant shall file his reply in support of his Motion to Dismiss or for Summary Judgment and opposition to plaintiff's Rule 56(f) Motion on or before November 17, 2006; and it is further

ORDERED that plaintiff's reply to defendant's opposition to plaintiff's Rule 56(f) Motion shall be due on or before December 1, 2006.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE