IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. FELDER,              ) | |
|                                   ) | |
|     Plaintiff,            ) | |
|                                   ) | |
| v.                                         ) | Civil Action No. 06-0910 (CKK) |
|                                   ) | |
| MIKE JOHANNS,                  ) | |
| Secretary, Department of Agriculture,  ) | |
|                                   ) | |
|     Defendant.          ) | |

**DEFENDANT'S CONSENT MOTION FOR AN
ENLARGEMENT OF TIME WITHIN WHICH TO FILE REPLY MEMORANDUM**

Defendant respectfully moves this Court for an enlargement of time, through and including November 21, 2006, within which to file his reply to plaintiff's opposition to defendant's Motion to Dismiss or for Summary Judgment, and a opposition to plaintiff's Rule 56(f) Motion ("Reply/Opposition"). Good cause exists to grant this motion:

    1. Defendant's Reply/Opposition is currently due November 17, 2006.

    2. Defendant needs additional time to prepare his Reply/Opposition. This time is principally needed because, as explained in defendant's prior motion, counsel for defendant was out of the office in the earlier part of this week. While defendant has been diligently working on the Reply/Opposition, completing the brief in this case has been more time-consuming than anticipated, as has a motion for summary judgment in another case handled by undersigned counsel, <u>Neal v. Executive Office of United States Attorneys</u>, which is also due November 17.

    3. Therefore, defendant requests an brief extension of time of two business days, to November 21, 2006, within which to complete the reply memorandum in this matter.

    4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any

other in-court matters.

5. Pursuant to Local Rule 7.1(m), counsel for defendant has consulted with counsel for plaintiff. Counsel for plaintiff has graciously given consent to the relief requested; the attached proposed order reflects a corresponding adjustment to plaintiffs' reply deadline.

6. Defendant is aware that motions for extension of time should generally be filed within four days of the date to be enlarged. Defendant had expected to be able to complete preparation of the Reply/Opposition as well as the summary judgment motion in Neal on the same date, but now recognizes that this will not be possible.

For these reasons, defendant requests that the Court grant his Consent Motion for Enlargement of Time Within Which to file Reply Memorandum. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: November 16, 2006