UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA FELDER, as Personal Representative of the Estate of Marvin Felder, deceased,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MIKE JOHANNS, Secretary, United States Department of Agriculture<br><br>　　Defendant. | Civil Action No. 06–910 (CKK) |

**ORDER**
(May 25, 2007)

As set forth in the accompanying Memorandum Opinion, it is this 25th day of May, 2007, hereby

**ORDERED** that [4] Defendant's Motion to Dismiss or for Summary Judgment is DENIED insofar as it argues that Plaintiff's Complaint must be brought as an action before Judge Kessler relating to her February 4, 2002 Order; it is further

**ORDERED** that [4] Defendant's Motion to Dismiss is DENIED WITHOUT PREJUDICE insofar as it argues that Plaintiff has failed to exhaust her administrative remedies; it is further

**ORDERED** that [5] Defendant's Motion for Summary Judgment is DENIED WITHOUT PREJUDICE; it is further

**ORDERED** that [8] Plaintiff's Motion Pursuant to Rule 56(f) for Continuance to Obtain Discovery is GRANTED; it is further

**ORDERED** that an Initial Scheduling Conference shall be held in this matter at 10:15 a.m. on Thursday, June 21, 2007 in Courtroom 28A of the Sixth Floor of the Courthouse Annex.

**SO ORDERED.**

                                                                  */s/*
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge