IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. FELDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0910 (CKK) |
| ) | |
| MIKE JOHANNS, ) | |
| Secretary, Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alexander D. Shoaibi as counsel for defendant in the above-captioned case.

                                                /s/
                                       ALEXANDER D. SHOAIBI
                                       D.C. BAR #423587
                                       Assistant United States Attorney
                                       555 4th St., N.W., Room E4218
                                       Washington, D.C.  20530
                                       (202)514-7236

_____