**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **BARBARA K. FELDER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-0910 (CKK)** |
| | ) | |
| **MIKE JOHANNS,** | ) | |
| **Secretary, Department of Agriculture,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant, by counsel, moves for a three week extension of time to June 29, 2007 in which to file its Answer to plaintiff's Complaint. The requested extension of time is merited for the following reasons:

1. Undersigned counsel entered his appearance today after learning that the Court had denied defendant's motion to dismiss or for summary judgment.

2. Undersigned counsel was under the mistaken impression that his appearance had been entered previously in this case subsequent to its transfer to him from the original Assistant U.S. Attorney representing defendant.

3. Because his notice of appearance was not filed due to administrative error, undersigned counsel was not aware of the Court's May 25, 2007 denial of defendant's dispositive motion, and thus did not file an Answer on or before June 8, 2007 as required.

4. Undersigned counsel has spoken with counsel for plaintiff regarding this request for an extension of time to file an Answer, and counsel for plaintiff consents to the extension of time requested by defendant.

5. The additional time requested by defendant will allow undersigned counsel to contact agency counsel and prepare an Answer to the Complaint.

6. Plaintiff will not be prejudiced by the requested extension of time, and granting the requested extension would be in the interests of justice.

Wherefore, defendant requests a three week extension of time to June 29, 2007 to file its Answer to the Complaint.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236