IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARBARA FELDER, as Personal Representative of the estate of Marvin Felder, deceased )<br><br>Plaintiff, )<br><br>v. )<br><br>MIKE JOHANNS, )<br>Secretary of the United States )<br>Department of Agriculture, )<br><br>Defendant. ) | C.A. No. 06-910 CKK/AK |

**JOINT DISCOVERY PLAN**

Plaintiff Barbara Felder and defendant Department of Agriculture, by counsel, hereby provide this joint discovery report in accordance with this Court's instructions at the initial scheduling conference. The parties have conferred and agreed to the following:

1. Initial written discovery must be served on or before July 13, 2007.

2. Designation of experts and expert reports must be provided on or before July 20, 2007. Designation of rebuttal experts and rebuttal expert reports must be provided on or before August 10, 2007.

3. Notices of Depositions must be served on or before August 31, 2007.

4. Discovery will be controlled by a protective order, which will be filed jointly by the parties on or before July 9, 2007.

5. All discovery will be concluded on or before September 28, 2007.

6. The period for mediation will commence on September 1, 2007 and conclude on

October 19, 2007. An initial mediation session is scheduled to take place on September 20, 2007 at 2:00 in the chambers of Magistrate Judge Kay.

    7. A status conference is scheduled for October 24, 2007 at 9:00 a.m.

        Respectfully submitted,

        \_\_\_/s\_/_____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        \_\_/s/_____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        \_\_/s/_____
        ALEXANDER D. SHOAIBI, D.C. BAR #423587
        Assistant United States Attorney
        501 Third Street, N.W., Rm E-4218
        Washington, D.C. 20530
        (202) 514-7236

        Counsel for Defendant

      \_\_\_\_\_/s/_____
        KIM D. MANN, D.C. BAR #81471
        Scopelitis, Garvin, Light & Hanson, P.C.
        1850 M Street, N.W.
        Suite 280
        Washington, D.C. 20036
        202-783-9222 office
        202-551.9025 direct
        202-783-9230 fax
        kmann@scopelitis.com
        www.scopelitis.com

        Counsel for Plaintiff

i.