IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARBARA K. FELDER, as Personal Representative of the Estate of Marvin Felder, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, Secretary, UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 06-0910 (CKK) |

**PARTIES' JOINT MOTION FOR ENLARGEMENT
OF TIME TO COMPLETE DISCOVERY**

By docket entry dated June 29, 2007, an order was entered in the captioned proceeding adopting a Joint Discovery Plan and setting September 28, 2007 as the date for the parties to complete discovery. Plaintiff Barbara Felder and Defendant Mike Johanns, Secretary, U.S. Department of Agriculture, jointly respectfully request the Court to extend the discovery cut-off date to November 15, 2007 for the reasons explained below.

The parties have been cooperating during the discovery process and are engaged in on-going settlement discussions. Completion of discovery by the current cut-off date has proven impossible for a number of reasons. This case involves events occurring, for the most part, five or more years ago. Several key Agency employees are no longer with the Agency, and Defendant has

encountered difficulty locating them. Two of the employees whose depositions Plaintiff believes are essential have retired and are living outside the Continental United States. One currently resides in Austria but has been in Africa without access to facilities even for a telephonic deposition. Defendant understands this individual will be returning to Austria early next month. The parties expect to take his deposition by telephone at that time.

In addition to the logistical problems described above, the parties are trying to resolve a discovery dispute involving an assertion of attorney-client privilege and a claim by the other party that such privilege has been waived. If the parties are unable to resolve this issue, it may be necessary to bring the matter before the Court pursuant to a motion to compel.

Mediation in the captioned proceeding has been postponed in order to allow the parties more time to complete the majority of the discovery and to allow settlement discussions to progress. The mediator, Judge Kay, has agreed to accommodate the parties, rescheduling the required mediation to November 19, 2007.

For the foregoing reasons, both parties believe the 45-day extension of the discovery completion deadline will allow for a more orderly disposition of this case.

Respectfully submitted,

_____/s/_____
Kim D. Mann
Scopelitis, Garvin, Light, Hanson & Feary
1850 M Street, N.W., Suite 280
Washington, DC 20036-5804
(202) 551-9025
(202) 783-9230 (fax)

**Counsel for Plaintiff**
**Barbara Felder**


_____/s/_____
Alexander Shoaibi
Assistant U.S. Attorney
501 Third Street, N.W., Rm E-4218
Washington, DC 20530
(202) 514-7236
(202) 514-8780 - Fax

**Counsel for Defendant**
**Mike Johanns, Secretary,**
**U.S. Department of Agriculture**