IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARBARA FELDER, as Personal Representative of the estate of Marvin Felder, deceased )<br><br>Plaintiff, )<br><br>v. )<br><br>MIKE JOHANNS, )<br>Secretary of the United States<br>Department of Agriculture, )<br><br>Defendant. ) | C.A. No. 06-910 CKK/AK |

**JOINT STATUS REPORT AS TO DISCOVERY PLAN**

Plaintiff Barbara Felder and defendant Department of Agriculture, by counsel, hereby provide this Joint Status Report as to Discovery Plan. In accordance with the Court's recent order, the parties set forth the following plan ensuring that discovery is complete, and all issues resolved, prior to December 28, 2007:

1. Plaintiff has noticed the depositions of John Wyss, Ralph Iwamoto, and Beverly Barber for November 29, 2007, and Defendant has confirmed their availability for that date. Mr. Wyss and Mr. Iwamoto are former employees of defendant.

2. November 29, 2007 is the first date all of these witnesses are available for deposition.

3. It is anticipated that these depositions will conclude discovery in this matter.

Respectfully submitted,

_____//_____       _____//_____
KIM MANN                                                         JEFFREY TAYLOR, D.C. Bar #498610
Scopelitis, Garvin, Light, Hanson &          United States Attorney
    Feary                                           _____//_____
1850 M Street, NW, Suite 280                    RUDOLPH CONTRERAS, D.C. Bar #434122
Washington, D.C. 20036                           Chief, Civil Division
(202)783-9222

Counsel for Plaintiff

                                                                          _____//_____
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
Civil Division
555 4th Street, NW
Room 4218E
Washington, DC 20530
(202) 514-7236

Counsel for Defendant