IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. FELDER, as Personal Representative of the Estate of Marvin Felder, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, Secretary, UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 06-0910 (CKK) |

## CONSENT MOTION TO EXTEND TIME FOR AND TO RESCHEDULE STATUS CONFERENCE

By order entered October 17, 2007, the Court rescheduled the Status Conference originally set for October 10, 2007. The order rescheduled it for January 18, 2008. For the reasons explained below, Plaintiff respectfully requests that the date for the Status Conference be extended and rescheduled.

The undersigned counsel for Plaintiff is General Counsel of a trade association, the Glazing Industry Code Committee ("GICC"), that acts as liaison between the architectural glass and glazing industry and the nation's model building code community. Months ago, the Board of Directors of GICC scheduled its winter meeting of the Board of Directors and of the GICC membership for January 16 through January 18, 2008 in New Orleans. As General Counsel, the undersigned must be in attendance at the Board of

Directors meeting and thus would be unavailable for the scheduled Status Conference on January 18, 2008.

Counsel for Defendant has been apprised of the scheduling conflict and has authorized Plaintiff to represent that Defendant has no objection to postponement and rescheduling of the January 18, 2008 Status Conference in the captioned proceeding. The parties also have conferred regarding open dates for rescheduling the Status Conference. Counsel for both parties have the weeks of January 21 and January 28 open and would be amenable to participating in a Status Conference at any time during that two-week period.

For the foregoing reasons, Plaintiff respectfully requests the Status Conference currently scheduled for January 18, 2008 be rescheduled some time during the weeks of either January 21 or January 28, 2008.

Respectfully submitted,

_____/s/_____
Kim D. Mann
Scopelitis, Garvin, Light, Hanson & Feary
1850 M Street, N.W., Suite 280
Washington, DC 20036-5804
(202) 551-9025
(202) 783-9230 (fax)

**Counsel for Plaintiff**
**Barbara Felder**