IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. FELDER, as Personal Representative of the Estate of Marvin Felder, Deceased<br><br>Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, Secretary, U.S. Department of Agriculture<br><br>Defendant. | Civil Action No. 06-0910 (CKK) |

## ORDER

This matter comes before the Court on Plaintiff's Consent Motion To Extend Time For and To Reschedule Status Conference. Upon reconsideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is GRATNED, and it is further

ORDERED that the Status Conference, scheduled for January 18, 2008, be and it is hereby canceled and is rescheduled for _____ ____, 2008.

SO ORDERED.

_____
COLLEEN COLLAR-KOTELLY
nUNITED STATES DISTRICT JUDGE