IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BARBARA K. FELDER,** )<br>)<br>  **Plaintiff,** )<br>)<br>v. )<br>)<br>**MIKE JOHANNS,** )<br>**Secretary, Department of Agriculture,** )<br>)<br>  **Defendant.** ) | Civil Action No. 06-0910 (CKK) |

**CONSENT MOTION FOR TWO BUSINESS DAY EXTENSION OF TIME**

Defendant, by counsel, moves for a two business day extension of time to March 18, 2008 in which to file its dispositive motion. The requested extension of time is merited for the following reasons:

1. Undersigned counsel had been working diligently on defendant's dispositive motion, but conflicting personal and professional responsibilities in other matters will prevent him from having this motion ready for filing by the present deadline of March 14, 2008.

2. As part of this motion, defendant requests that plaintiff also be given a two business day extension of time in which to file her opposition to defendant's motion, thus making plaintiff's opposition due on April 16, 2008 instead of April 14, 2008.

3. Defendant does not request an extension of the April 28, 2008 deadline for the filing of defendant's reply, so the requested extensions of time for the dispositive motion and the opposition should not effect the Court's ability to consider the fully briefed motion according to its original schedule.

4. Undersigned counsel has spoken with counsel for plaintiff regarding this request for an

extension of time to file its dispositive motion, and counsel for plaintiff consents to the extension of time requested by defendant.

5. Plaintiff will not be prejudiced by the requested extension of time, and granting the requested extension would be in the interests of justice.

Wherefore, defendant requests a two business day extension of time to March 18, 2008 to file its dispositive motion, and a two business day extension of time to April 16, 2008 for plaintiff to file her opposition.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served through the ECF system on plaintiff's counsel on this 11th day of March, 2008.

_____//_____
ASSISTANT UNITED STATES ATTORNEY