UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BARBARA FELDER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-910 (CKK) |
| | ) | |
| **MIKE JOHANNS, Secretary, United States** | ) | |
| Department of Agriculture. | ) | |
| | ) | |
| Defendant. | | |

## ORDER

**UPON CONSIDERATION** of Defendant's consent motion for two business day enlargement of time to file its dispositive motion, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall file its dispositive motion on or before March 18, 2008; Plaintiff shall file her opposition on or before April 16; and Defendant's reply shall be filed on or before April 28, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.