UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARVIN FELDER and

ALESTER VAN SIMMONS,

    Plaintiffs,

    v.

DANIEL R. GLICKMAN,

    Defendant.

Civil Action No. 99-1860 (GK)

FILED

FEB 0 4 2002

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

O R D E R

This matter is before the Court on Defendant's Renewed Motion For Judgment As A Matter Of Law, Or, In The Alternative, For A New Trial, Or For Remittitur Of The Verdict [#69], Plaintiffs' Motion for Equitable Relief [#71], and Plaintiffs' Motion for Attorneys' Fees and Expenses [#70]. Upon consideration of all pleadings, the lengthy trial record, and the applicable law, for the reasons stated in the accompanying Memorandum Opinion, it is this 31st day of January 2002 hereby

ORDERED, that Defendant's Renewed Motion For Judgment As A Matter Of Law, Or, In The Alternative, For A New Trial, or For Remittitur Of The Verdict is denied as to the Renewed Motion For Judgment As A Matter Of Law, denied as to the Motion For A New


GOVERNMENT EXHIBIT 1

Trial, and granted as to the Motion For Remittitur Of The Verdict; and it is further

ORDERED that Plaintiffs' Motion for Equitable Relief is granted in part and denied in part in that Plaintiffs are awarded instatement to the first opening or vacancy which becomes available in IS, back pay to the dates on which the first and second vacancies in IS were filled after creation of the roster on which each Plaintiff was placed (without regard to whether selections were made from those rosters and without regard to whether selections were made from within or without IS), and front pay; and that Plaintiffs are denied housing allowances, subsistence allowances, lost home leave, lost overtime, lost sick leave, and entry of a broad injunction affecting future hiring and selection practices to fill vacancies in IS; and it is further

ORDERED, that Plaintiffs' Motion for Attorneys' Fees and Expenses is granted, in that Plaintiffs are awarded $179,478.75 in attorneys' fees and $3,434.08 in expenses.

Gladys Kessler
United States District Judge

Copies to:

Kim D. Mann
SHAWN MANN, L.L.P.
1850 M Street, NW; Suite 280
Washington, DC 20036

Marina Utgoff Braswell
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20001

79

Exhibit 12a
Page 16 of 17
TOTAL P.16