# AFFIDAVIT

STATE OF SOUTH CAROLINA
COUNTY OF RICHLAND

I, __Marvin Felder__ (African American, black, with EEO activity), Area Director, Agriculture Attaché, International Services (IS), Animal and Plant Health Inspection Service (APHIS), United Stated Department of Agriculture, make the following statement freely and voluntarily to Jeny Walker-Hughes, who has identified herself to me as a Contract Investigator for the USDA, investigating a complaint of discrimination filed by Marvin Felder, knowing this statement may be used in evidence. I understand this statement is not confidential and that it may be shown to any interested party (those with a right to know). I hereby solemnly swear or affirm:

**1. Please outline your EEO complaint.**

I was a State Plant Health Director, GS-14, employee of the Plant Protection and Quarantine (PPQ) branch of the USDA. In 1997 I applied for an FP-3 position with the International Services (IS) branch of APHIS. I was not selected. I filed an EEO complaint which led to a lawsuit. In a jury trial the Agency was found to be guilty of race discrimination in the nonselection of Alester Simmons (African American, black, with EEO activity) and me. The remedy was that I was to be instated to the first available position equivalent to a GS-14 (at comparable pay), be paid back pay to 1997 and retroactive retirement contributions. A promotion was not ordered.

Gary Greene (African American, black and no EEO known activity), Regional Director, Asia Pacific Region, located in China, is my immediate supervisor of record.

The FP salary system is similar to the GS pay system in that several classes (grades) contain similar salary ranges in steps, however, in the FP system the higher classes are indicated by lower numbers. I believe IS completed the minimum required in that they


GOVERNMENT EXHIBIT

assigned me to an FP-2 step 9 salary rather than put me at an FP-1 step 2 salary to match my GS-14 salary at PPQ. (My then current GS-14 salary had a salary equivalent in IS only at the FP-2 and FP-1 levels, steps 9 and 2 respectively.) Also, my new salary was not based on my former base pay with locality pay. In the case of Alester Simmons, he was awarded an FP-3 instead of an FP-4 and his new salary is equivalent to his former base pay with locality pay included. They chose to promote him to the FP-3 level although the salary they gave him at the FP-3 level had a comparable salary at the FP-4 level.

2. **Please explain the course of events leading to your "instatement" on January 5, 2004, with special emphasis on why you feel you deserve an FP-1.**

In the EEO Counseling Report, it is stated that the Agency chose to place me at the lower class because when they attempted to track comparatives, i.e., others who entered at FP-3 and moved to an FP-1 since 1997, there were none. The Agency has stated that there are no automatic promotions. It was shown in my lawsuit that IS has not hired many external candidates, certainly not black ones. The career ladder for my position goes from FP-3 to FP-1. There are internal employees who, since 1997, were promoted from an FP-2 to an FP-1, including some who moved from FP-3 to FP-1 based on a written assessment from supervisors. (I have provided this list.). Also, there were no step increases included as appropriate and required for someone instated in IS in 1997 as an FP-3.



I believe the State Department has a policy concerning matching an employee's salary when moving from one salary system to another.

3. **What reason was given for not instating you to an FP-1 level? By whom?**

I wrote a letter (which I have provided) and asked that IS management meet with me to discuss the conditions of my instatement. In November of 2003, I met with Nicholas Gutierrez (Hispanic, white, EEO activity unknown), Associate Deputy, John Wyss (White, EEO activity unknown), Assistant Deputy Administrator, Ralph Iwamoto (Asian, EEO activity unknown), Deputy Administrator, and Craig Fitchek (now retired). After I had an opportunity to address issues including my retirement benefits and salary issues, I was told that they were going to turn the issue over to the Agency's attorney. I was not given a conclusion. My retirement issues were resolved. I have not received any documentation or satisfactory response concerning my salary issue.

4. **Why do you feel your treatment is due to your race, color and in reprisal for your EEO activity when Alester Simmons received more favorable treatment than you, yet he is African American and also involved in the EEO complaint process?**

Because as the Court carefully noted in its opinion, I was primarily responsible for initiating and pursuing the EEO court case against USDA/APHIS and because I am perceived by IS management as the ring-leader.

I have read the above statement consisting of 4 pages and it is true and correct to the best of my knowledge and recollection. I have been given an opportunity to review the statement and make any changes, corrections, additions, or deletions. I have initialed each page and signed the statement below.

I declare, certify, verify or state under penalty of perjury that the foregoing is true and correct. Executed on May 11, 2004.

_____
Signature of Affiant

SUBSCRIBED AND SWORN BEFORE ME AT:
(Columbia, Richland County, South Carolina) ON THIS 11th DAY OF May 2004.

_____      My Commission Expires
Signature of Witness                                  June 10, 2012