| | |
|---|---|
| From: | AYOKA CAMPBELL |
| To: | Skaggs, Freida |
| Date: | 10/31/02 12:22PM |
| Subject: | Response to Oct. 9 Letter |

Freda,

As we discussed on Oct. 10, we will need the following from you in order to respond to the Oct. 9 letter:

Computing pay:

1. Using the OPF files, please track Felder & Simmons as to where they were in 1997 and would possibly be today if in IS.

To do this, please include the following:

a. Please count the number of step increases for Nagata and one other person and their promotions.

b. Please compute the difference between Felder and Simmons step increases and promotions to what they possibly would have received had they been Nagata or this other person.

2. What are the salary differentials for a FP-3 and a GS-14 and the FP-4 and GS-12.

3. Please have Barbara Barber redo the estimate based on the actual information of Felder and Simmons based on the OPF.

Please call me if you have any additional questions at 202-720-3990.

Thanks,

Ayoka A. Campbell

AYOKA A. CAMPBELL
Attorney-Advisor
USDA/OFFICE OF THE GENERAL COUNSEL
CIVIL RIGHTS DIVISION
202-720-3990
202-720-4089 (fax)
AYOKA.CAMPBELL@USDA.GOV

