```
 1          IN THE UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF COLUMBIA

 3

 4   BARBARA K. FELDER, AS PERSONAL

 5   REPRESENTATIVE FOR THE ESTATE

 6   OF MARVIN FELDER, DECEASED,

 7             Plaintiff           Civil Action No.

 8   vs.                           06-0910(CKK)

 9   MIKE JOHANNS, SECRETARY, UNITED

10   STATES DEPARTMENT OF

11   AGRICULTURE

12             Defendant

13   _____/

14

15          The deposition of FREIDA SKAGGS was held on

16   Thursday, October 11, 2007, commencing at 10:04 a.m.,

17   at the Law Offices of Scopelitis, Garvin, Light &

18   Hanson, 1850 M Street, NW, Suite 280, Washington, D.C.

19   20036-5804, before Heather Avalos, a Notary Public.

20

21   REPORTED BY:  Heather Avalos
```

GOVERNMENT EXHIBIT 5

Page 40

1   your view of comparatives in term of assessing

2   Mr. Felder's entitlement to promotion?

3           MR. SHOAIBI:  Based on her definition of

4   comparatives?

5           MR. MANN:  Correct.

6           MR. SHOAIBI:  A word that she got from the

7   question.

8           THE WITNESS:  I guess I would have to use

9   as an example Mr. Simmons.  And we can call it parallel

10  or we can call it comparatives.  And the reason why

11  Mr. Simmons was promoted before he went in is because

12  we looked at an individual that came into the system

13  who was taken from the roster, was selected from the

14  roster in around January of 1988, I believe it was.

15  Because for some while we did not even use our rosters.

16  We just were not filling positions, period.  Around

17  1998, we selected an individual that came into the

18  Foreign Service system from the roster who was a grade

19  five -- an FP-5, which is an equivalent eleven.

20  Mr. Simmons, at the time, was a GS-12.  We looked at

21  that individual and over that year's period he was

1   promoted.  We felt that was a close enough comparison
2   to Mr. Simmons to use him as parallel giving the reason
3   why Mr. Simmons -- I mean -- was promoted.
4       Q    Tell me what the factors were that led you
5   to believe that that was a close enough parallel with
6   respect to this individual.
7       A    Well, we were asked I'm sure -- I don't see
8   it in the affidavit, but I do know that -- oh, okay.
9   Wait a minute.  Here it is.  Okay.  Here it is on page
10  three.  It says my answer there was we were requested
11  by the Office of the General Counsel to determine if
12  any individual had been converted to the FS system
13  during the designated time period.  And that's how we
14  ended up with the guy that we paralleled.
15      Q    The designated time period, for
16  clarification, is what?
17      A    During this period, June 9, '97 through
18  December 9, 1998.
19      Q    So you're looking for someone -- if I
20  understand the jargon, you're looking for someone who
21  came into IS --

Page 42

| | | |
|---|---|---|
| 1 | A | From the roster. |
| 2 | Q | -- from the roster between June, 1997 and when? |
| 4 | A | It says here December, 1998. |
| 5 | Q | And why was that relevant, that selecting just that time frame and looking just at individuals who came in then? |
| 8 | A | Because the roster that Mr. Simmons was on, I believe, was a 1998 roster or 1997 roster. I can't remember the date. But it was a roster that he was on during that period of time. |
| 12 | Q | So if there were no -- if nobody came into the agency during that period of time, then there would be no promotion for anybody. Is that your understanding? |
| 16 | A | Well, I don't know about a promotion for anybody, but probably not. If we were looking for an individual that came in around that time, you're probably right. There wouldn't have been anyone to parallel him with. |
| 21 | | MR. SHOAIBI: I need to take a break. |

Towson Reporting Co.  
410-828-4148

GORE BROTHERS  
410-837-3027

Whitman Reporting - Rockville  
301-279-7599

1        MR. MANN: That's fine.

2        (There was a break in the proceedings.)

3    Q    Mrs. Skaggs, if I understood what you were
4  saying, if we could not -- or if the agency could not
5  find an employee who entered IS between June, 1997 and
6  December, 1998, essentially the look for a comparator
7  came to an end, correct?

8    A    Because there was someone, someone did
9  exist.

10   Q    I'm sorry?

11   A    Someone did exist that came in.

12   Q    But if there were nobody, then that would
13  be the end of the search, correct?

14   A    I don't know.

15   Q    Well, is that a disqualifying factor if --
16  let's go to Mr. Felder's case. Was there any
17  individual who entered IS between June, 1997 and
18  December of 1998 who fell within the management level
19  that he was involved in entering IS?

20   A    The only individual that entered IS was
21  that individual that was identified. As I said, for

Page 44

1  several years we were not placing individuals into the
2  Foreign Service. We had no positions.
3    Q    And that individual that -- the one
4  individual you're talking about is who?
5    A    Ken Nagada.
6    Q    He was the one that was used in connection
7  with Mr. Simmons' promotion as a comparator?
8    A    We were asked to identify someone that came
9  in and that's the information -- that's the person that
10 we identified.
11    Q    And who informed you that you could only
12 look for as a comparator people who came in between
13 June, 1997 and December, 1998?
14    A    That was the request.
15    Q    Who did it come from?
16    A    The OGC or whatever.
17    Q    When you say "OGC," are you talking about
18 Ms. Campbell?
19    A    Yes.
20    Q    Is she still with the agency?
21    A    I don't believe so.

Towson Reporting Co.  
410-828-4148

GORE BROTHERS  
410-837-3027

Whitman Reporting - Rockville  
301-279-7599