```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLUMBIA

 3

 4    BARBARA FELDER, as Personal

 5    Representative of the

 6    estate of Marvin Felder,

 7    deceased

 8              Plaintiff,        C.A. No. 06-910 CKK

 9         vs.

10    MIKE JOHANNS, Secretary of

11    the United States

12    Department of Agriculture,

13              Defendant.

14    _____/

15              The de bene esse telephonic deposition of

16    JOHN WYSS was held on Thursday, November 29, 2007,

17    commencing at 2:00 p.m. at the Law Offices of Scopelitis,

18    Garvin, Light & Hanson, 1850 M Street, N.W., Suite 280,

19    Washington, D.C. 20036, before Steven Poulakos, Notary Public in

20    and for the District of Columbia.

21    REPORTED BY:   Steven Poulakos
```

GOVERNMENT EXHIBIT 7

1       BY MR. MANN:

2       Q    This would be Exhibit 2.

3            Do you have page 3 of your affidavit?

4       A    Yes.

5       Q    Is the last line of page 3 on your

6  affidavit, I do not know for sure when Dr. Tanoca

7  (Asian yellow no EEO activity) came into the FS?

8       A    Yes.

9       Q    The line above that in my affidavit, or the

10 copy I have states, there were no comparatives of

11 equivalent employees who came in in 1997.

12           Is that what you have?

13      A    Yes.

14      Q    What did you mean when you say there were

15 no comparatives?

16      A    Essentially we were looking for people who

17 came in the same class as Mr. Felder and what happened

18 to them after that.

19      Q    I'm sorry, came in on the same class and

20 what?

21      A    There were no employees, or there was no

Page 28

```
 1    employees that came in at the same time, same series as
 2    Mr. Felder.
 3              MR. SHOAIBI:  We have that page 2 if you
 4    want us to make a copy of it?
 5              MR. MANN:  You do?
 6              MR. SHOAIBI:  Do you want to do it before
 7    you question him anymore?
 8              MR. MANN:  I do.
 9              BY MR. MANN:
10         Q    When you say that they came in at the same
11    time, what timeframe did you consider to be the same
12    time?
13         A    I believe we were looking at a 1997 date.
14         Q    So they would have had to come in in 1997
15    to be considered a comparative?
16         A    Or around that time.
17         Q    What do you mean by around that time,
18    please?
19         A    I imagine if there was a year or two before
20    or a year or two after they would have been considered.
21         Q    So between 1995 and 1999 would have been
```

Towson Reporting Co.  
410-828-4148

GORE BROTHERS  
410-837-3027

Whitman Reporting - Rockville  
301-279-7599