**USDA**

December 19, 2002

**United States
Department of
Agriculture**

Animal and Plant
Health Inspection
Service

International
Services

Administrative
Services

4700 River Rd.
Unit 65
Riverdale, MD
20737

Mr. Marvin Felder
122 Olde Springs Road
Columbia, SC 29223

Dear Mr. Felder:

Pursuant to the court's order dated February 4, 2002, this constitutes your assignment to the Animal and Plant Health Inspection Service (APHIS), International Services (IS), Foreign Service. You have been selected to fill the position of APHIS Area Director, Seoul, Korea. The position is classified as an Agriculturalist, FP-401-2 (GS-14 equivalent). You will be converted into the Foreign Service at the FP-2 (GS-14 equivalent).

The effective date of your transfer will be set between you, your current supervisor, and the IS Regional Director for Asia/Pacific Region, once you receive your medical clearance from the Department of State and security clearance from the Office of Human Resources Management, USDA. Upon arrival at post you will become a Career Foreign Service Specialist.

Once we receive your clearances, you will be contacted by your Personnel Specialist, Jennifer Graham (301) 734-7043, to begin the transfer process. Your contact for travel and shipment of household effects will be Eleanora Lassiter, (301) 734-4909.

Please acknowledge in writing your acceptance of this assignment so that we can proceed with processing your transfer.

If you have any questions regarding this assignment, please feel free to contact me at (301) 734-5257 or John.H.Wyss@usda.gov.

Sincerely,

John H. Wyss
Assistant Deputy Administrator



APHIS - Protecting American Agriculture
An Equal Opportunity Employer



GOVERNMENT
EXHIBIT
9