Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3

 4    BARBARA FELDER, as Personal

 5    Representative of the

 6    estate of Marvin Felder,

 7    deceased

 8            Plaintiff,           C.A. No. 06-910 CKK

 9       vs.

10    MIKE JOHANNS, Secretary of

11    the United States

12    Department of Agriculture,

13            Defendant.

14    _____/

15            The de bene esse telephonic deposition of

16    JOHN WYSS was held on Thursday, November 29, 2007,

17    commencing at 2:00 p.m. at the Law Offices of Scopelitis,

18    Garvin, Light & Hanson, 1850 M Street, N.W., Suite 280,

19    Washington, D.C. 20036, before Steven Poulakos, Notary Public in

20    and for the District of Columbia.

21    REPORTED BY:  Steven Poulakos
```

GOVERNMENT EXHIBIT 13

```
 1      A      Myself.

 2      Q      Who else?

 3      A      Consultation with the OGC lawyers.

 4      Q      And it was based on the fact that you could

 5   not find someone else who was a comparator who was an

 6   FP1; is that correct?

 7             MR. SHOAIBI:  Objection to the form of the

 8   question.

 9             You can answer it.

10             THE WITNESS:  What's the question?

11             BY MR. MANN:

12      Q      You made the decision not to place

13   Mr. Felder in an FP1 position but in an FP2 position

14   because you could not find a comparator or a

15   comparative who was an FP1; is that correct?

16             MR. SHOAIBI:  Again, for the record, object

17   to the form of the question, and asked and answered.

18             You can answer it.

19             THE WITNESS:  I said no to that question.

20   As I mentioned before, we tried to determine the

21   appropriate position for Mr. Felder.  We did not make a
```

Page 32

1  decision not to put him in an FP1 position.

2           BY MR. MANN:

3     Q    What tools did you use to make that
4  decision?

5           MR. SHOAIBI:  Objection, asked and
6  answered.

7           You can answer it.

8           THE WITNESS:  What we tried to do was, you
9  know, using foreign service policy, using the court
10 order, using information we could develop from other
11 employees, tried to come up with the best equitable
12 level for Mr. Felder in the foreign service.

13    Q    What role did these tables play then in
14 your decision or in the decision?

15    A    For information that was used?

16    Q    I'm sorry?

17    A    They were information which was used.

18    Q    And the other information you used you said
19 was policy.  What policy was it that you used?

20    A    U.S. Department of State, Foreign Service
21 Policy.

1   Q   What was the policy specifically that
2   applied to Mr. Felder's case that you used?
3   A   The policy didn't specifically apply to
4   Mr. Felder's case. It applied to all energy employees
5   in the foreign service.
6   Q   Was there any particular policy that you
7   did apply to Mr. Felder in making the decision to place
8   him in the FP2 role?
9   A   Mr. Felder had entered in 1997 at an FP3
10  level, and based on that the time he entered I expect
11  that he could have been an FP2.
12  Q   Could you repeat the last part of what you
13  just said?
14  A   Based on if he had entered in 1997 as an
15  FP3, later date we assumed that he could have been
16  promoted to an FP2.
17  Q   You assumed that he could have been based
18  on what?
19  A   The history of other people.
20  Q   But don't you know for a fact that he
21  actually entered as an FP2 in 1997, according to the

Towson Reporting Co.
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting - Rockville
301-279-7599

Page 34

1  records in this case?

2  A    He entered as an FP2. I would say he was
3  kind of given the benefit of the doubt and went
4  retroactive from the day he entered.

5  Q    How did this U.S. Department policy that
6  you mentioned play into that particular decision to
7  give him the benefit of the doubt and place him in an
8  FP2 position?

9  A    That policy did not enter into that
10 decision. That was due to the fact that this was a
11 court ordered decision which has --

12 Q    It was a court ordered -- could you repeat
13 that? The reporter did not get it.

14 A    The state department policy did not enter
15 into this. He was given the benefit of the doubt
16 because of the court ordered decision.

17 Q    And what is your understanding as to that
18 court ordered decision with regard to any promotion for
19 Mr. Felder?

20      MR. SHOAIBI: Objection to the form of the
21 question.

Towson Reporting Co.  
410-828-4148

GORE BROTHERS  
410-837-3027

Whitman Reporting - Rockville  
301-279-7599