Jul 25 04 07:51a    Jeny Walker-Hughes         919-847-0241              p.2



# WITNESS' AFFIDAVIT

I, Nicholas E. Gutierrez am an employee of the U.S. Department of Agriculture

(Agency) Animal & Plant Health Inspection Service

(Office) 1400 Independence Avenue, Jamie Whitten Building – Room 324-E

(Division) International Services

Located in: Washington, D.C.

In the capacity of: Associate Deputy Administrator

My telephone number during working hours is:

I HAVE BEEN ADVISED OF THE FOLLOWING:

I am required by Federal regulations and Department of Agriculture policy to cooperate fully and promptly with the investigator who has been assigned to conduct a thorough and impartial investigation into a complaint of discrimination against the Department of Agriculture. I must provide a statement for the investigative report which is true and complete to the best of my knowledge and which discloses all of my firsthand knowledge having a bearing on the merits of the complaint. My statement is provided under oath (or affirmation), without a pledge of confidentiality, in accordance with Equal Employment Opportunity Commission rules and regulations and Department of Agriculture policy. This means that any employee(s) whom I accuse of discrimination or other acts of impropriety may be shown relevant portions of my affidavit and be provided an opportunity to respond for the record. In addition, the complainant and the appropriate Departmental officials involved in the EO complaint process will receive the entire investigative file. I have the right to review my statement prior to signing it and may make initialized corrections if it is incomplete or inaccurate. I have the right to receive a copy of the signed statement.

Having been advised of the above information about my role as a witness in the investigative process, I solemnly swear __X____ affirm _____ the statement which follows is true and complete to the best of my knowledge and belief, and addresses the issues and concerns raised by the investigator.

Page 1 of 4 Pages                                                         Initials: _NG_

37



# WITNESS AFFIDAVIT

I, Nicholas E. Gutierrez (Hispanic origin, brown in color and have not filed any EEO complaint with USDA or the U.S Government), am an employee of the U.S. Department of Agriculture, APHIS, International Services, located in Washington, D.C., in the capacity of Associate Deputy Administrator (Grade is FP-1, 401 Job Series), from September 2002 to the present. My telephone number during working hours is (202) 720-7593.

HAVE BEEN ADVISED OF THE FOLLOWING:

I am required by Federal regulations and Department of Labor policy to cooperate fully and promptly with the investigator who has been assigned to conduct a thorough and impartial investigation into a complaint of discrimination against the Department of Agriculture. I must provide a statement for the investigative report which is true and complete to the best of my knowledge and which discloses all of my firsthand knowledge having a bearing on the merits of the complaint. My statement is provided under oath (or affirmation), without a pledge of confidentiality, in accordance with Equal Employment Opportunity Commission rules and regulations. This means that any employees whom I accuse of discrimination or other acts of impropriety may be shown relevant portions of my affidavit and be provided an opportunity to respond for the record. In addition, the Complainant and the appropriate Departmental officials involved in the EEO complaint process will receive the entire investigative file. I have the right to review my statement prior to signing it and make initialized corrections if it is incomplete or inaccurate. I have the right to receive a copy of the signed statement.

I am entitled to representation by a person of my choice during my participation in the EEO process, so long as my choice does not result in a conflict of interest. I have not chosen a personal representative at this time.

EEO regulations specifically protect participants in the EEO complaint process from any acts of reprisal, discrimination, coercion, harassment, restraint, or interference as a result of their participation in the complaint process.

Having been advised of the above information about my role as a witness in the investigative process, I solemnly _x_ swear or ___ affirm that the statement which follows is true and complete to the best of my knowledge and belief, and fully addresses the issues and allegations raised with me by the investigator.

I understand Mr. Felder has filed a formal EEO complaint which was acknowledged but not formally accepted (no date).
Whether the agency subjected the Complainant to discrimination based on race (African American), color (Black) and reprisal (unspecified), when it failed to:
  1. Instate him at the FP-1 level before his transfer on January 5, 2004; and,
  2. Grant him step increases retroactive with the instatement.

Specifically, Mr. Felder claims that he should have been instated, effective February 14, 1997, to salary grade FP-1/02 rather than FP-2/09. He also contends he was not given salary step increases he would have received since that date.

Please briefly list the responsibilities of your position.

**I am the Associate Deputy Administrator for APHIS' International Services unit which is responsible for protecting US agriculture resources from the introduction and establishment of foreign pests and diseases including the safe movement of agricultural products involved with international trade. International Services has approximately 65 Foreign Service Officers based in some 26 countries abroad.**

Were you involved in decisions regarding Complainant's salary? In what way? Who was responsible for making the final decision regarding his salary?

**After my arrival in 2002, I (and other APHIS officials) worked in coordination with our Office of General Council (OGC) and the US Attorney's office in providing information to meet the court ordered decision involving Mr. Felder's case. Because of the special circumstances concerning Mr. Felder's complaint, all the critical issues and subjects (including his salary concerns) were discussed and negotiated directly between the US Attorney, OGC and Mr. Felder's legal representation. However, the final decisions were agreed upon between the US Attorney's Office, OGC and Mr. Felder's lawyer.**



What policy did IS follow with regards to salary for candidates entering IS in 1997?

**We follow the policies and regulations established by the US Dept of State and the USDA/Foreign Agricultural Service. This question is generic in nature but APHIS civil service officers coming into IS as Foreign Service Officers cannot be promoted upon entering our Foreign Service. I would refer you to Freida Skaggs our Personnel Specialist in Riverdale, MD at (301) 734-7550 for more specific information.**

Complainant contends the State Department Foreign Affairs policy should have been followed. Is this your understanding?

**We did follow State Department regulations.**

Complainant contends that a comparative, Alester Simmons, received the equivalent of his base salary and locality pay upon entry into IS. Is this correct? Can you provide documentation (SF-52) to show his salary conversion from the GS to FP pay plan? Was this salary conversion calculated per policy?

**I do not know the details and would refer to Ms. Skaggs at (301) 734-7550.**

Complainant claims that because of discrimination, at no time during the period February 14, 1997 (instatement) until December 3, 2003, was he allowed to meet with the Promotion Review Board in order to submit his accomplishments and receive consideration for promotion. Please explain the policy and practice for promotion from FP-2 to FP-1. Were all employees promoted at that level promoted as a result of submitting accomplishments and meeting with the Promotion Review Board?

**None of the IS Foreign Service Officers are allowed to meet with the Promotion Board. The Promotion Board makes their recommendations for promotion, awards, etc. based on a standardized written accomplishment narrative written by the employee with a follow-up supervisory rating narrative that is provided to the board during the annual rating period (May 1 through April 30 the following year).**



The Promotion Board meets every September. For a promotion to take place to an FP-1 level, the employee is literally "competing" against his colleagues at the FP-2 level for any FP-1 level position(s) that would be available. Many times, there is no opportunity for a promotion. I would refer to Ms. Skaggs for a more thorough explanation.

Complainant claims IS has stated there were no comparatives, i.e., no employees who received a promotion from FP-2 to FP-1 in 2001, however, he claims four employees were promoted from FP-2 to FP-1 in 2001: J.         , D.      E.       and R.        Is this correct?

I do not know and would refer to Ms. Skaggs.

Are these employees similarly situated to Complainant? Does it matter that these employees were in a different series than Complainant?

I do not know and would refer to Ms. Skaggs.

Complainant claims in 1997 J.       , C.        and P.        were promoted from FP-2 to FP-1. Is this correct?

I do not know and would refer to Ms. Skaggs.

Please explain each promotion, whether the promotion was a result of submitting accomplishments and meeting with the Promotion Review Board, the race, color and EEO status of each. Were these employees in the same series/job classification as Complainant?

I do not know and would refer to Ms. Skaggs. I do know that all promotions would be based on accomplishment narrative via the Promotion Board.

Complainant claims in 1998 N.        was promoted from PF-2 to FP-1. Is this correct?

I believe that I was promoted to an FP-1 in 1999 but would refer to Ms. Skaggs for confirmation.

Page 4 of 6

41

_____ Initials

Exhibit 8
Page 5 of 7



Please explain the promotion, whether the promotion was a result of submitting accomplishments and meeting with the Promotion Review Board, the race, color and EEO status of Mr.

**Yes, my promotion was based on accomplishments via the Performance Board.**

Was this employee in the same series/job classification as Complainant?

**I am a 401 series and do not know what Mr. Felder's job series was at that time.**

Complainant claims in 1999, D.          and G.          were promoted from FP-2 to FP-1. Is this correct?

**I do not know and would refer to Ms. Skaggs.**

Please explain each promotion, whether the promotion was a result of submitting accomplishments and meeting with the Promotion Review Board, the race, color and EEO status of each.

**Any promotions were made via the Promotion Board based on accomplishments.**

Were these employees in the same series/job classification as Complainant?

**I do not know and would refer to Ms. Skaggs.**

Complainant claims in 2002, S.          E.          and K.          were promoted from FP-2 to FP-1. Is this correct?

**I do not know and would refer to Ms. Skaggs.**

Please explain each promotion, whether the promotion was a result of submitting accomplishments and meeting with the Promotion Review Board, the race, color and EEO status of each.

**All promotions were made via the Performance Board based on accomplishments.**

Were these employees in the same series/job classification as Complainant?

**I do not know and would refer to Ms. Skaggs.**

Complainant claims in 2003, G.          D.          and H.          were promoted from FP-2 to FP-1. Is this correct?

**I do not know and would refer to Ms. Skaggs.**



Please explain each promotion, whether the promotion was a result of submitting accomplishments and meeting with the Promotion Review Board, the race, color and EEO status of each.

All promotions were made via the Performance Board based on accomplishments.

Were these employees in the same series/job classification as Complainant?
I do not know and would refer to Ms. Skaggs.

Complainant claims in 2003, G.         , D.         , and H.         were promoted from FP-2 to FP-1. Is this correct?

I do not know and would refer to Ms. Skaggs.

Please explain each promotion, whether the promotion was a result of submitting accomplishments and meeting with the Promotion Review Board, the race, color and EEO status of each.
All promotions are made via the Promotion Board based on accomplishments.

Were these employees in the same series/job classification as Complainant? I do not know and would refer to Ms. Skaggs.

I have reviewed this statement, which consists of __5_ pages, and hereby solemnly _x_ swear ___ affirm that this is true and complete to the best of my knowledge and belief. I understand that the information I have given will not be held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

_____        _____
Signature of Deponent                                Date

Signed before me at (Street and City) _1400 Independence Ave, Washington, DC_
on this /_2 day of __Feb__, 2004.

_____
Signature of Witness

43 _____ Initials

Exhibit __8__
Page __1__ of __1__

Page 5 of 5