Page 1

```
1        IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF COLUMBIA

3

4   BARBARA K. FELDER, AS PERSONAL

5   REPRESENTATIVE FOR THE ESTATE

6   OF MARVIN FELDER, DECEASED,

7              Plaintiff              Civil Action No.

8   vs.                               06-0910(CKK)

9   MIKE JOHANNS, SECRETARY, UNITED

10  STATES DEPARTMENT OF

11  AGRICULTURE

12             Defendant

13  _____/

14

15         The deposition of FREIDA SKAGGS was held on

16  Thursday, October 11, 2007, commencing at 10:04 a.m.,

17  at the Law Offices of Scopelitis, Garvin, Light &

18  Hanson, 1850 M Street, NW, Suite 280, Washington, D.C.

19  20036-5804, before Heather Avalos, a Notary Public.

20

21  REPORTED BY:  Heather Avalos
```

GOVERNMENT EXHIBIT 16

Page 36

1  different series. It was my understanding that we were
2  looking at individuals that were in the 436 or plant
3  protection and quarantine officer series.
4    Q    Where did you get that understanding?
5    A    Because that's the series that Mr. Felder
6  came into the system at. That's the series he was in
7  at the time that he was placed into the Foreign
8  Service.
9    Q    Why -- what is the basis for your
10  understanding that that's even relevant that he was in
11  a 436 series?
12    A    Because that's how our promotions are
13  distributed, by series.
14    Q    Are you saying then that if you are -- if
15  you come in as a GS-436, which is a series, right,
16  that's a separate series?
17    A    That's an occupational series.
18    Q    That you can only get a promotion into a
19  GS-436 series, the same series?
20    A    That's correct.
21    Q    Where did you get that understanding?

Page 37

```
 1      A      That's an internal policy of the way we run
 2   our boards.
 3      Q      In writing?
 4      A      It probably is.
 5      Q      Do you know what format writing takes?
 6      A      That would probably have to go back to a
 7   very early document, maybe 1983 or '82.
 8      Q      Is that the current policy?
 9      A      No.
10      Q      When did that policy change?
11      A      That policy changed when we had a
12   classification review of all of our positions.  And now
13   the promotions are -- we have a total number of FP-1s
14   or -2s or -3s.  And the positions are distributed
15   within the series.
16      Q      And when did this policy change take place?
17      A      I believe our classification review was
18   done by the Department of State -- well, not by the
19   Department of State.  It was an employee who had worked
20   for the Department of State.  We hired him on a
21   contract to look at all of our positions and do a
```

Page 38

1  classification review. And the way he -- what he did
2  was he -- we actually looked at the countries and the
3  complexities of the different countries. And we came
4  up with total numbers of FP-1s or -2s or -3s. So now
5  they're just distributed. They're just a number. So
6  any series -- all series compete.
7     Q    My question is, when did this policy
8  change?
9     A    I'm going to say 2006.
10    Q    It's just changed then?
11    A    It just changed.
12    Q    And so this 1983 policy that you described
13 that you had to be in the same series remained in
14 existence until this change in 2006. Is that correct?
15    A    That's correct.
16        MR. SHOAIBI: I don't think she said it was
17 1983.
18        MR. MANN: I didn't mean to
19 mischaracterize.
20    Q    You said it was around 1983, correct?
21    A    Yeah.