

INDIANAPOLIS
Norman R. Garvin
Andrew K. Light
James H. Hanson
Lynne D. Lidke
Thomas E. Farrell*
Gregory M. Feary
Robert L. Browning
Steven A. Pletcher
Timothy W. Wiseman
Jay D. Robinson, Jr
Michael B. Langford
Angela S. Cash
Carla R. Houlihan

Karla Cooper-Boggs
Jeffrey S. Toole
W. Todd Metzger
Christopher R. Whitten
Craig J. Helmreich
A. Jack Finklea

Of Counsel
Alex E. Scopelitis*
David D. Robinson
Richard A. Clark

*Certified Mediator

## SCOPELITIS, GARVIN, LIGHT & HANSON
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

INDIANAPOLIS
CHICAGO • WASHINGTON, D.C. • SAN FRANCISCO • KANSAS CITY
1850 M Street, N.W., Suite 280   Washington, D.C. 20036-5804
phone (202) 783-9222   fax (202) 783-9230
www.scopelitis.com

CHICAGO
Gerald R. Cooper, Jr
William D. Brejcha
Victor P. Stilwell
Dennis J. Duffy
Stephen A. Oakley

Of Counsel
Robert C. Rubin
Maria E. Portela

WASHINGTON, D.C.
Daniel R. Barney
Kim D. Mann

SAN FRANCISCO
Of Counsel
James Armstrong

KANSAS CITY
Of Counsel
James T. Graves

KIM D. MANN
Direct Number
202 296 5003
kmann@scopelitis.com

April 14, 2003

**VIA TELECOPIER**
(202) 720-4089

Ayoka A. Campbell, Esquire
U.S. Department of Agriculture
Office of General Counsel
Civil Rights Division
South Building, Room 3312-S
1400 Independence Avenue, S.W.
Washington, DC 20250

   Re: *Felder/Simmons v. Veneman,*
      *Final Transition Issues*

Dear Ayoka:

  Insofar as Marvin Felder is concerned, two hurdles remain in the way of his accepting the offered position in IS. One is related to the other.

  First, Marvin Felder feels very strongly that he is entitled to a within-grade increase for the year 2002, placing him at the FP-2, Step 10 level upon his acceptance into IS. According to State Department policy and practice, reflected in current State Department documents, initial salary and salary increases in IS are governed by the following principles:

> Entry level salary for current or former Federal civilian employees will be set at the rate, within the Foreign Service grade to which they are appointed, that is nearest to the base salary of their previous grade provided the work performed at the previous grade is relevant to the FMO activities.

> In general, employees with good performance will receive a within-grade increase annually up through Step 10 and biennially from Step 10 through Step 14 of the Foreign Service salary schedule.



GOVERNMENT EXHIBIT 17

Ayoka A. Campbell
April 14, 2003
Page 2

Assuming Mr. Felder was "promoted" from an FP-3, Step 14 to an FP-2, Step 9 as late as February 2001 -- as IS indicated Mr. Simmons was -- then in February 2002 Mr. Felder should have received the next annual within-grade step increase. This increase, to an FP-2, Step 10, is mandatory under State Department policy absent evidence of poor performance, something that can not be nor should be assumed in this case.

Second, Mr. Felder wishes to meet in person with Mr. Bobby Acord and Mr. Ralph Iwamoto, IS Deputy Administrator, before officially accepting the position offered in IS. He plans to discuss with them three matters: (1) IS's policy regarding the grade, step, and salary at which IS appoints federal employees to positions within IS; (2) Mr. Felder's own promotion potential within IS; and (3) the extent to which notions of fairness and equity control promotions and assignments within IS under current IS policy.

Sincerely,

Kim D. Mann

cc: Marvin Felder

KDM/snp

SCOPELITIS, GARVIN, LIGHT & HANSON