INDIANAPOLIS
Nurenah E. Curun
Andrew E. Light
James H. Hanson
Lynne D. Lidke
Thomas E. Eckert
Gregory M. Feary
Robert L. Browning
Steven A. Pletcher
Timothy W. Wiseman
Jay D. Robinson, Jr.
Michael B. Langford
Angela S. Cash
Carla R. Hanshaw

Kara Cooper-Boggs
Jeffrey S. Teale
W. Todd Metzger
Christopher R. Whitten
Craig J. Helmreich
A. Jack Finklea

Of Counsel
Alan E. Scopelitis
David D. Robinson
Richard M. Clark

*Certified Mediator

## SCOPELITIS, GARVIN, LIGHT & HANSON
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

INDIANAPOLIS
CHICAGO • WASHINGTON, D.C. • SAN FRANCISCO • KANSAS CITY
1550 M Street, N.W., Suite 280    Washington, D.C. 20036-5504
phone (202) 783-9222    fax (202) 783-9230
www.scopelitis.com

CHICAGO                WASHINGTON, D.C.
Gerald F. Cooper, Jr    Daniel R. Barney
William G. Bryant       Kim D. Mann
Victor P. Shaw
Donna J. Duffy          SAN FRANCISCO
Suzanne A. Oakley       Of Counsel
                        James Antrim
Of Counsel
Robert C. Butler        KANSAS CITY
Maria E. Portela        Of Counsel
                        James F. Crowe

**KIM D. MANN**
Direct Number
202 296 5003
kmann@scopelitis.com

May 19, 2003

<u>**BY FACSIMILE (202) 720-4089**</u>

Ayoka A. Campbell, Esq.
U.S. Department of Agriculture
Office of General Counsel
Civil Rights Division
South Building, Room 3312-S
1400 Independence Avenue, S.W.
Washington, DC 20250

     *Re:*   *Felder/Simmons v. Veneman,*
              *Acceptance of Offer of Employment*

Dear Ms. Campbell:

    In response to the Agency's ultimatum given Messrs. Felder and Simmons in your letter dated May 9, 2003, I have been authorized by my clients to express their acceptance of the offers of employment in International Services.

    By their acceptance, they do not waive their right to review their SF-50 (or functional equivalent) forms, when issued, to ensure they accurately reflect their FP positions and steps as outlined in your letter and are otherwise in full accordance with applicable law. Nor do they waive their right to continue to pursue a face-to-face meeting with Mr. Bobby Acord and/or Mr. Ralph Iwamoto to discuss transitional issues.

    I thank you for your cooperation in these matters.

                      Sincerely,

                      Kim D. Mann

cc:   Mr. Marvin Felder
      Mr. Alester Van Simmons

KDM/gsb



GOVERNMENT
EXHIBIT
19