# Braswell, Marina

| | |
|---|---|
| **From:** | Braswell, Marina |
| **Sent:** | Thursday, June 05, 2003 5:48 PM |
| **To:** | 'KMANN@scopelitis.com' |
| **Subject:** | RE: Felder & Simmons |

Kim:

Sounds good -- I'm going to close the case then. I appreciate your kind words and want to thank you especially for your patience throughout. You were most understanding of my scheduling problems and our working relationship throughout this case has demonstrated what I have always believed -- that disputes between clients do not have to entail their lawyers being unpleasant with each other. It was a pleasure to have you as an "adversary" and congratulations again on your win. Having had a most contentious 2-week jury trial last January (which fortunately I did win), I was reminded then that our trial experience was challenging but not unpleasant at all -- the way it should be.

I wish you the best and let's hope our respective clients can move forward in a positive vein.

Take care,

Marina

-----Original Message-----
From: KMANN@scopelitis.com [mailto:KMANN@scopelitis.com]
Sent: Wednesday, June 04, 2003 8:32 PM
To: Braswell, Marina
Subject: Re: Felder & Simmons


Mariana - -

After some back-and-forth, Messrs. Felder and Simmons did accept positions in IS unequivocally. They are not particularly satisfied with their FP- and grade levels and, in Mr. Simmons's case, the promotion potential of the position, but decided to accept the offers. Mr. Felder will continue to seek a meeting with the head of IS to discuss his future in IS.

In any event, I wish to express my gratitude for your professionalism throughout. I have understood that the demands of your job made it difficult for you to be as responsive as we would have liked on occasion, but overall we can in fairness have no complaints, only appreciatation for your attentiveness to the matters in this case as they arose.

Regards, Kim

>>> "Marina.Braswell@usdoj.gov" <Marina.Braswell@usdoj.gov> 06/02/03 09:37AM >>>
Hi Kim:

I was just checking to see where we were in wrapping up this case, now that the checks have been issued. Could you please let me know from your perspective? Thanks!

Hope all is going well.

Marina



1