## TABLE OF AUTHORITIES

## FEDERAL CASES

Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986). .................................................. 11

Barbour v. Merrill, 48 F.3d 1270 (D.C. Cir. 1995).......................................................... 19

Bell Atlantic Corp. v. Twombly, 127 S. Ct. 1955 (2007)................................................. 10

Brown v. Brody, 199 F.3d 446, 452 (D.C. Cir. 1999). ..................................................... 21

Celotex Corp. v. Catrett, 477 U.S. 317 (1986). .......................................................... 11, 12

Chappell-Johnson v. Powell, 440 F.3d 484 (D.C. Cir. 2006)........................................... 21

Cones v. Shalala, 945 F. Supp. 342 (D.D.C. 1996) , rev'd on other grounds,
    199 F.3d 512 (D.C. Cir. 2000). .................................................................................. 12

Conley v. Gibson, 355 U.S. 41 (1957).............................................................................. 10

Delaware State College v. Ricks, 449 U.S. 250 (1980). ............................................ 13, 15

Dickerson v. Secteck, Inc., 238 F. Supp. 2d 66 (D.D.C.2002). ........................................ 21

Felty v. Graves-Humphreys Co., 785 F.2d 516 (4th Cir.1986)........................................ 15

Holbrook v. Reno, 196 F.3d 255 (D.C. Cir.1999). ........................................................... 21

J.D. Hamilton v. First Source Bank, 928 F.2d 86 (4th Cir. 1990). .................................. 15

Jarrell v. U.S. Postal Serv., 753 F.2d 1088 (D.C. Cir. 1985)........................................... 12

Kizas v. Webster, 707 F.2d 524 (D.C. Cir. 1983)............................................................. 12

Krishnan v. Mineta, 150 F. Supp. 2d 31 (D.D.C. 2001). ................................................. 15

Laningham v. United States Navy, 813 F.2d 1236 (D.C. Cir. 1987). .............................. 11

Little v. Liquid Air Corp., 37 F.3d 1069 (5th Cir. 1994)................................................. 12

Matsushita Electric Industrial Co. v. Zenith Radio, 475 U.S. 574 (1986). ................ 11, 12

McCants v. Glickman, 180 F. Supp. 2d 35 (D.D.C. 2001)............................................... 14

Mungin v. Katten Muchin & Zavis, 116 F.3d 1549 (D.C. Cir. 1997). ............................ 21

Neuren v Aducci, Mastriani, Meeks & Schill, 43 F.3d 1507 (D.C. Cir. 1995). .............. 21

Park v. Howard University, 71 F.3d 904 (D.C. Cir. 1995). ..................................... 12, 13

Pierce v. Commonwealth Life Insurance Co., 40 F.3d 796 (6th Cir.1994). .................... 21

Scheuer v. Rhodes, 416 U.S. 232 (1974), overruled on other grounds,
    Harlow v. Fitzgerald, 457 U.S. 800 (1982)................................................................. 10

In re Sealed Case, 494 F.3d 139 (D.C. Cir. 2007). .......................................................... 10

Stella v. Mineta, 284 F.3d 135 (D.C. Cir. 2002).............................................................. 21

Tao v. Freeh, 27 F.3d 635 (D.C. Cir. 1994)..................................................................... 11

U.S. ex. rel. Harris, 275 F. Supp. 2d 1 (D.D.C. 2003)..................................................... 10

## DOCKETED CASES

*Felder v. Glickman*, Civ. A. No. 99-1860 (GK). ................................................................ 1

*Felder v. Glickman*, Civ. A. No. 99-1890 (GK). ................................................................ 3

## FEDERAL RULES OF CIVIL PROCEDURE

Fed. R. Civ. P. 1............................................................................................................... 12

Fed. R. Civ. P. 12(b)(6)................................................................................................... 10

Fed. R. Civ. P. 56............................................................................................................ 11

Fed. R. Civ. P. 56(e). ...................................................................................................... 11

## FEDERAL REGULATIONS

29 C.F.R. § 1614.105(a)(1). ........................................................................................ 1, 13

29 C.F.R. § 1614.105(b). ................................................................................................ 14