IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARBARA K. FELDER, as Personal Representative of the Estate of Marvin Felder, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, Secretary, UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 06-0910 (CKK) |

### CONSENT MOTION FOR TWO-WEEK EXTENSION OF TIME

Plaintiff, by counsel, moves for a two-week extension of time, to April 30, 2008, in which to file her opposition to Defendant's renewed motion to dismiss and for summary judgment. The requested extension of time is merited for the following reasons:

1. Counsel for Plaintiff has been working diligently on preparation of the opposition to Defendant's renewed dispositive motion, but conflicting personal and professional responsibilities in other matters, including an emergency court filing, will prevent him from completing this opposition in time for filing by the present deadline of April 16, 2008.

2. As part of this motion and after consulting with Defendant's counsel, Plaintiff requests that Defendant also be given a two-week extension of time in which to file its reply to Plaintiff's opposition, thus making Defendant's

reply due on May 12, 2008, instead of April 28, 2008. This additional two weeks should not materially effect the Court's ability to consider the fully briefed motion according to its original schedule.

3.  Undersigned counsel for Plaintiff has spoken with counsel for Defendant regarding this request for an extension of time to file her opposition to Defendant's dispositive motion, and counsel for Defendant consents to the extension of time that Plaintiff requests.

4.  Defendant will not be prejudiced by the requested extension of time, and granting the requested extension would be in the interests of justice.

WHEREFORE, Defendant requests a two-week extension of time to April 30, 2008 to file her opposition to Defendant's renewed motion to dismiss and for summary judgment, and a two-week extension of time to May 12, 2008 for Defendant to file its reply.

Respectfully submitted,

_____/s/_____
Kim D. Mann
Scopelitis, Garvin, Light, Hanson & Feary
1850 M Street, N.W., Suite 280
Washington, DC 20036-5804
(202) 551-9025
(202) 783-9230 (fax)

**Counsel for Plaintiff
Barbara Felder**

-3-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served through the ECF system on Defendant's counsel on this 10th day of April, 2008.

_____/s/_____
Kim D. Mann