IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. FELDER, as Personal Representative of the Estate of Marvin Felder, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, Secretary, UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 06-0910 (CKK) |

### ORDER

UPON CONSIDERATION of Plaintiff's consent motion for a two-week enlargement of time to file her opposition to Defendant's renewed dispositive motion, it is hereby **ORDERED** that the motion is **GRANTED**. Plaintiff shall file her opposition to Defendant's renewed dispositive motion on or before April 30, 2008; and Defendant's reply shall be filed on or before May 12, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008