

September 26, 2002

**ed States**
**L_partment of**
**Agriculture**

Animal and Plant
Health Inspection
Service

International
Services

Administrative
Services

4700 River Rd.
Unit 65
Riverdale, MD
20737

Mr. Marvin Felder
122 Olde Springs Road
Columbia, SC 29223

Dear Mr. Felder:

Pursuant to the court's order dated February 4, 2992, this constitutes your assignment to the Animal and Plant Health Inspection Service (APHIS), International Services (IS), Foreign Service. You have been selected to fill the position of APHIS Area Director, Seoul, Korea. The position is classified as an Agriculturalist, FP-401-2 (GS-14 equivalent). However, you will be converted at APHIS' maximum lateral entry into the Foreign Service, which is the FP-3 (GS-13 equivalent). Your current salary will be matched.

The effective date of your transfer will be set between you, your current supervisor, and the IS Regional Director for Asia/Pacific Region, once you receive your medical clearance from the Department of State and security clearance from the Office of Human Resources Management, USDA.

Once we receive your clearances, you will be contacted by your Personnel Specialist, Jennifer Graham (301) 734-7043, to begin the transfer process. Your contact for travel and shipment of household effects will be Eleanora Lassiter, (301) 734-4909.

Please acknowledge in writing your acceptance of this assignment so that we can proceed with processing your transfer.

If you have any questions regarding this assignment, please feel free to contact me at (301) 734-5257 or John.H.Wyss@usda.gov.

Sincerely,

John H. Wyss
Assistant Deputy Administrator

APHIS - Protecting American Agriculture
An Equal Opportunity Employer



**United States Department of Agriculture**

Animal and Plant Health Inspection Service

International Services

Administrative Services

4700 River Rd.
Unit 65
Riverdale, MD
20737

September 26, 2002

Mr. Marvin Felder
122 Lode Springs Road
Columbia, SC 29223

Dear Mr. Felder:

Enclosed you will find paperwork for completing your medical examination for entry into the Foreign Service. Please follow the instructions located on the Authorization for Medical Exam Form DS-3069. Since the exam will need to be performed by a private physician, the U.S. Department of State will pay the fees for the service. For reimbursement for expenses please submit an itemized bill to:

> Ms. Freida Skaggs
> USDA, APHIS, ISAS
> 4700 River Road, Unit 65
> Riverdale, MD 20737-1233

If you have dependents that will also need to be medically cleared please let us know and we will forward the necessary paperwork. If you have any questions regarding the enclosed forms please let me know. I can be reached at (301) 734-5257 or John.H.Wyss@usda.gov.

Sincerely,

John H. Wyss
Assistant Deputy Administrator

Enclosures:

APHIS - Protecting American Agriculture
An Equal Opportunity Employer