**Exhibit H**



## SCOPELITIS, GARVIN, LIGHT & HANSON
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

INDIANAPOLIS
CHICAGO • WASHINGTON, D.C. • SAN FRANCISCO • KANSAS CITY
1850 M Street, N.W., Suite 280    Washington, D.C. 20036-5804
phone (202) 783-9222    fax (202) 783-9230
www.scopelitis.com

KIM D. MANN
Direct Number
202.296.5003
kmann@scopelitis.com

December 19, 2003

U.S. Department of Agriculture
Office of Civil Rights,
Enforcement and Compliance Division
300 7th Street S.W.
Room 618, Reporters Bldg.
Washington, DC 20024

Re:   *EEO Complaint of Marvin Felder*

Dear Madam or Sir:

Enclosed is an original and one copy of the EEO complaint of Mr. Marvin Felder. Mr. Felder is currently an employee of the Animal and Plant Health Inspection Service, Plant Protection and Quarantine unit. He will be transferred, effective January 5, 2004, to the International Services unit of APHIS and assigned to Seoul, Korea.

Please be advised that Mr. Felder has not previously filed either a grievance under a negotiated or administrative grievance procedure or an appeal to the Merit Systems Protection Board on the issues associated with this EEO complaint.

Also enclosed is a signed Notification of Representation form in which the undersigned agrees to represent Mr. Felder during the course of this EEO proceeding.

Please let us know if you have any questions or require additional information.

Sincerely,

Kim D. Mann
Attorney for Complainant
Marvin Felder

cc:   Mr. Marvin Felder

KDM/snp
Enclosure

# COMPLAINT OF EMPLOYMENT DISCRIMINATION

---

USDA-OCR-ECD                                          202-720-7467
1400 Independence Avenue, S.W. Stop 9440
Washington, DC 20250

---

1. Name          (First)        (Last)
   (X)Mr.  ( )Mrs.  __Marvin__   __Felder__          (X) USDA Employee   ( )USDA Applicant

---

2. Address*
                                          3. Telephone Number
   __122 Olde Springs Road__              Work __(803) 788-0506__
        (Street)

   __Columbia__    __SC__    __29223__    Home __(803) 736-3556__
     (City)       (State)    (Zip)

   * To be transferred and reassigned to Seoul, Korea, beginning January 5, 2004.

---

4. Name of Agency which you believe discriminated against you:

   __International Services Unit of USDA, Animal and Plant Health Inspection Service__
                              (Office)
   __Washington__                 __DC__                __20250__
     (City)                       (State)                (Zip)

---

5. Basis of discrimination on which you were counseled (do not include basis for which you did not receive counseling.) The basis are age, race, color, national origin, religion, sex, physical or mental disability, marital status, sexual orientation, and reprisal. Be specific in your identification of basis (i.e., age (55), sex (female), race (white)).

   __Race (African American) and Color (Black), and reprisal.__

5. Issue(s) on which you were counseled (do not include issues or allegations for which you did not receive counseling. Provide, if you deem necessary additional details on reverse side.) Be specific with exact issue and the date of the issue. (i.e.: Non-selection to vacancy announcement USDA-96-174, Secretary, GS-318-9 on March 1, 1996, or two-day suspension for misconduct on January 29 and 30, 1996.) You do not need to elaborate on why you feel this was discriminatory, you will be given the opportunity to support your complaint during the investigation process.

**Failure to be instated at the FP-1 level upon transfer from the Plant Protection and Quarantine Unit of APHIS to the International Services Unit and failure to receive all of the step increases associated with the retroactive instatement. Notification of this action was received at meeting on October 30, 2003, confirmed in subsequent correspondence, dated December 5, 2003, from Assistant Deputy Administrator John Wyss.**

---

7. Representative, if any:

   __Kim D. Mann__                        __202-783-9222__
        (Name)                            (Telephone Number)

   __1850 M Street N.W., Suite 280__   __Washington__   __DC__       __20036-5804__
        (Street)                          (City)      (State)          (Zip)

---

8. Name of EEO Counselor contacted

   __Harold M. Countee__

---

9. Requested corrective action:

   __Corrected instatement in IS to the FP-1 level with all appropriate steps plus reimbursement of attorney's fees.__

   _[signature: Marvin Felder]_              12/16/03
   ). Signature                                 Date

   __2003__                   __December__                __16__      JAN - 2 2004
   (Year)                      (Month)                    (Day)       15484