Nicholas Gutierrez
11/18/03 05:18 PM

To: Marvin.Felder@aphis.usda.gov
cc: John.H.Wyss@aphis.usda.gov
Subject: Assignment to Seoul/Korea

**Exhibit J**

Greetings Marvin,

Hope all is well with you in South Carolina. I wanted to advise you that we are getting increased pressure from the US Embassy and the USDA/Foreign Agricultural Service (FAS) in Seoul regarding APHIS filling the position in Korea as early as possible. However, before responding, I quickly wanted to touch base with you to reiterate our earlier subject discussion (along with John Wyss) while you were in DC last month for your IS/FSO orientation.

John and I understood that you were not willing to take the Korea assignment unless you were promoted from your current grade (GS-14 or equivalent FP-2) to an FP-1 (equivalent to a GS-15). Of course, we also understood that you would also be taking this issue directly to your attorney (who in turn will be in contact with ours to resolve). However, we risk losing the position if we do not fill in the immediate future. We would greatly appreciate if you could respond regarding the Korea position at the earliest.

I am currently in Mexico City but will return to the office in DC on Friday. Please do not hesitate to call me or John if you should have any questions. John's telephone number is (301) 734-7550 or I can be reached in MX at 011-(5255) 1997-1500.

Regards,

Nick Gutierrez