1       IN THE UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF COLUMBIA

**Exhibit L**

3

4   BARBARA K. FELDER, AS PERSONAL

5   REPRESENTATIVE FOR THE ESTATE

6   OF MARVIN FELDER, DECEASED,

7          Plaintiff        Civil Action No.

8   vs.                  06-0910(CKK)

9   MIKE JOHANNS, SECRETARY, UNITED

10  STATES DEPARTMENT OF

11  AGRICULTURE

12          Defendant

13  _____/

14

15       The deposition of FREIDA SKAGGS was held on

16  Thursday, October 11, 2007, commencing at 10:04 a.m.,

17  at the Law Offices of Scopelitis, Garvin, Light &

18  Hanson, 1850 M Street, NW, Suite 280, Washington, D.C.

19  20036-5804, before Heather Avalos, a Notary Public.

20

21  REPORTED BY:  Heather Avalos

Page 12

1        Q        Explain specifically during this period of

2    time what your duties were as they related to hiring

3    within IS and promotions within IS.

4        A        The only -- at that time, I was responsible

5    for actually issuing the job announcements to establish

6    a roster.  As far as the hiring or promotions, I really

7    did not have any direct involvement in that.  The

8    selections were made outside of the personnel division.

9        Q        So your tasks were limited to issuing the

10    job announcements for the rosters?

11        A        Yes.  And also establishing the roster.

12    And then if they needed to select someone, actually

13    issuing the roster to the selecting official.

14        Q        And these rosters were used to fill vacant

15    positions?

16        A        Yes.  That were located abroad.

17        Q        These rosters were not used in conjunction

18    with promotions in any way?

19        A        No.

20        Q        During the period of 1997 to 2002, the

21    management-level vacancies in IS were filled by the

Page 13

1    current Foreign Service officers, isn't that correct?

2        A    That's correct.

3        Q    Either by transfer, reassignment, or

4    promotion.  Is that right?

5        A    Well, not promotion.  Promotions are

6    handled differently in the Foreign Service.

7        Q    How were -- and these vacant positions were

8    filled by bidding.  Is that correct?

9        A    That's correct.

10        Q    And the requests for bids -- is that the

11    right word -- when there is an announcement going out,

12    is that called a request for bid?

13        A    Yes.  Its actually -- it's not -- yeah,

14    it's a bid announcement.  And that's to fill -- the

15    request for bids is an internal process.  And that's

16    the current Foreign Service officers.  When there are

17    vacancies existing, they actually would bid for the

18    vacancies.

19        Q    Now, you indicated earlier that you

20    testified for the agency in the Felder/Simmons trial,

21    correct?

Towson Reporting Co.
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting - Rockville
301-279-7599

Page 20

1    now.  Take Joe Smith.  What would you show with respect

2    to that one individual on this chart?

3        A    The name, the grade that they entered the

4    Foreign Service, and their current grade.

5        Q    That's it?

6        A    That's it.

7        Q    So it's clear, you -- according to what

8    you've just described, you would not have shown the

9    date that they entered, correct?

10       A    No.  I said that's what would have been

11   shown, the date that they entered the Foreign Service.

12       Q    I thought you said the grade that they

13   entered.

14       A    The date, the grade.

15       Q    Date and grade?

16       A    Date and grade.  Right.

17            And the current grade.  And their series

18   was on there also as well as their name.

19       Q    Anything else?

20       A    I believe that's all.

21       Q    So you would not have shown the dates on

1    which promotions were given?

2         A    No.  The only date for promotions were at

3    the FP-1 level.  And that was by year.

4         Q    So you would have shown, in addition to

5    what you just told me, the year in which they received

6    a promotion to an FP-1.  Is that correct?

7         A    No.

8         Q    Tell me --

9         A    What would have shown -- the only dates for

10   promotions that were shown on that chart because the --

11   apparently, the issue was around individuals and how

12   long individuals had been in the Foreign Service.  And

13   I guess the emphasis was on individuals that had been

14   promoted to the FP-1 level.  So those are the ones --

15   and I did it by year because our Foreign Service boards

16   meet on an annual basis.  So it would have been for,

17   like, say for instance, 1997 -- and I'm just throwing

18   this out.  1997, there may have been two individuals

19   perhaps that were -- was promoted from the FP-2 to the

20   FP-1 level.

21        Q    So you would show each year who had been

1      promoted that year to an FP-1?

2            A      That's correct.

3            Q      And with respect to that individual, you

4      had the name, the date and grade they entered, their

5      current grade, which of course was an FP-1 or maybe

6      retired because that's the only two possibilities,

7      correct?

8            A      That's correct.

9            Q      Or they left.

10                  And their series?

11           A      And their series.

12           Q      Anything else that would have been shown on

13     that chart?

14           A      I don't believe so.

15           Q      And for how many years did you prepare

16     these charts?

17           A      I think it went back to 1997.

18           Q      Up to what period?

19           A      I believe it was 2000, 2001.

20           Q      So you have these charts -- so you have a

21     chart for '97, '98, '99, 2000, 2001.  So you have about

Page 32

1          Q      Turn, if you would, to page three of that

2    document.  The question to which you have responded at

3    the top asks about State Department foreign affairs

4    policy.  And you state in your answer the APHIS

5    operates under the guidance provided to all Foreign

6    Affair Agencies by the Department of State in the

7    Foreign Affairs Manual.  Are you familiar with the

8    Foreign Affairs Manual?

9          A      Yes.

10         Q      What is that document?

11         A      It is a policy document that is issued by

12   the Department of State.

13         Q      Is that the name of it, Foreign Affairs

14   Manual?

15         A      Yes.

16         Q      And how is that manual used in connection

17   with promotions?

18         A      Within that document, there is a section

19   for the Foreign Service boards.  There is a document

20   entitled precips (phonetic) for the Foreign Service

21   board.  And that's the document that actually provides

1    the guidance for promotions.

2        Q    I thought you were not involved in

3    promotions.

4        A    Our office -- once a year on an annual

5    basis, our office convenes a Foreign Service board of

6    which we facilitate the panel.  The actual decisions

7    and recommendations -- it's an independent panel that

8    actually ranks the Foreign Service cadre.  But our

9    involvement in the boards is just facilitation.

10       Q    And your tasks in pulling together the

11   information from which you prepared these charts in

12   connection with Mr. Felder's claim, was that in any way

13   based upon the content of this Foreign Service precips

14   section of the manual?

15       A    No.  No.

16       Q    Go to the top of page two, if you would,

17   the very first paragraph.  You state in answer to --

18   hold on a second.

19            There is a statement there that

20   specifically Mr. Felder claims that he should have been

21   instated effective February 14, 1997 to salary grade

Towson Reporting Co.
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting - Rockville
301-279-7599

Page 34

1    FP-1, slash, 02 rather than FP-2, slash, 09.  Is that a

2    statement from you or is that from the person who

3    prepared this questionnaire?

4         A     The very first -- the paragraph that starts

5    with specifically?

6         Q     Yes.

7         A     I did not prepare that.

8         Q     Do you understand that that is Mr. Felder's

9    claim?

10        A     Yes.

11        Q     Where did you get that understanding?

12        A     Just in working with the office of the

13   inspector general and Dr. Wyss.

14        Q     And what do those numbers mean, FP-1,

15   slash, 02?

16        A     The one is equivalent to a GS-15 and the

17   02 would be the step within that grade.

18        Q     So it's your understanding that effective

19   February 14, 1997, Mr. Felder claimed that he should be

20   shown as an FP-1?

21        A     That's correct.

Towson Reporting Co.
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting - Rockville
301-279-7599

Page 35

1      Q      Now, if you would, go over to page five,

2   please.  The third paragraph down in light type.  It

3   says complainant claims IS stated there were no

4   comparatives; i.e., no employees who received a

5   promotion from FP-2 to FP-1 in 2002.  And then,

6   however, he claims four employees were promoted from an

7   FP-1 to -- an FP-2 to an FP-1 in 2001.  Is that a

8   correct statement that his claim is correct, that there

9   were four employees promoted from FP-2 to FP-1 in 2001?

10     A      Yeah.  That's what that means.

11            MR. SHOAIBI:  His question was, is that

12  true that that's what happened?  He's asking if you

13  have knowledge that that took place.  He's not asking

14  you to interpret language.  Do you understand?

15            THE WITNESS:  Yes.

16     Q      And your answer is yes?

17     A      I'm still going to say yes.

18     Q      Yes, that there were four employees

19  promoted from FP-2 to FP-1 in 2001?

20     A      Yes.  But also it says in a different

21  occupational series.  It doesn't say occupational but a

Page 36

1    different series.  It was my understanding that we were

2    looking at individuals that were in the 436 or plant

3    protection and quarantine officer series.

4         Q    Where did you get that understanding?

5         A    Because that's the series that Mr. Felder

6    came into the system at.  That's the series he was in

7    at the time that he was placed into the Foreign

8    Service.

9         Q    Why -- what is the basis for your

10   understanding that that's even relevant that he was in

11   a 436 series?

12        A    Because that's how our promotions are

13   distributed, by series.

14        Q    Are you saying then that if you are -- if

15   you come in as a GS-436, which is a series, right,

16   that's a separate series?

17        A    That's an occupational series.

18        Q    That you can only get a promotion into a

19   GS-436 series, the same series?

20        A    That's correct.

21        Q    Where did you get that understanding?

1      Q      Now, back on page five, you say that yes,

2   it matters that these comparatives were in a different

3   series.  And it matters because of this policy that you

4   were talking about that's been in existence since

5   around 1983?

6      A      Yes.

7      Q      And what do they mean by comparative?  Your

8   answer is comparatives.  What does that mean?

9      A      I believe it means that they were looking

10  for, I guess, a parallel of individuals that were

11  promoted and Mr. Felder.

12     Q      You used the word comparative.  I'm asking

13  you what you meant by it in that answer.

14            MR. SHOAIBI:  She just answered.

15            MR. MANN:  That isn't quite what she said.

16     Q      Is that what you --

17     A      That's how I understand comparatives is a

18  parallel.  I think I only repeated comparatives in my

19  answer because that's how it was mentioned in the

20  question.

21     Q      What factors would have to be included in

Towson Reporting Co.
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting - Rockville
301-279-7599

1    promoted.  We felt that was a close enough comparison

2    to Mr. Simmons to use him as parallel giving the reason

3    why Mr. Simmons -- I mean -- was promoted.

4         Q      Tell me what the factors were that led you

5    to believe that that was a close enough parallel with

6    respect to this individual.

7         A      Well, we were asked I'm sure -- I don't see

8    it in the affidavit, but I do know that -- oh, okay.

9    Wait a minute.  Here it is.  Okay.  Here it is on page

10   three.  It says my answer there was we were requested

11   by the Office of the General Counsel to determine if

12   any individual had been converted to the FS system

13   during the designated time period.  And that's how we

14   ended up with the guy that we paralleled.

15        Q      The designated time period, for

16   clarification, is what?

17        A      During this period, June 9, '97 through

18   December 9, 1998.

19        Q      So you're looking for someone -- if I

20   understand the jargon, you're looking for someone who

21   came into IS --

Towson Reporting Co.
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting - Rockville
301-279-7599

Page 42

1      A      From the roster.

2      Q      -- from the roster between June, 1997 and

3   when?

4      A      It says here December, 1998.

5      Q      And why was that relevant, that selecting

6   just that time frame and looking just at individuals

7   who came in then?

8      A      Because the roster that Mr. Simmons was on,

9   I believe, was a 1998 roster or 1997 roster.  I can't

10   remember the date.  But it was a roster that he was on

11   during that period of time.

12      Q      So if there were no -- if nobody came into

13   the agency during that period of time, then there would

14   be no promotion for anybody.  Is that your

15   understanding?

16      A      Well, I don't know about a promotion for

17   anybody, but probably not.  If we were looking for an

18   individual that came in around that time, you're

19   probably right.  There wouldn't have been anyone to

20   parallel him with.

21           MR. SHOAIBI:  I need to take a break.

Page 43

```
 1              MR. MANN:  That's fine.

 2              (There was a break in the proceedings.)

 3        Q    Mrs. Skaggs, if I understood what you were

 4   saying, if we could not -- or if the agency could not

 5   find an employee who entered IS between June, 1997 and

 6   December, 1998, essentially the look for a comparator

 7   came to an end, correct?

 8        A    Because there was someone, someone did

 9   exist.

10        Q    I'm sorry?

11        A    Someone did exist that came in.

12        Q    But if there were nobody, then that would

13   be the end of the search, correct?

14        A    I don't know.

15        Q    Well, is that a disqualifying factor if --

16   let's go to Mr. Felder's case.  Was there any

17   individual who entered IS between June, 1997 and

18   December of 1998 who fell within the management level

19   that he was involved in entering IS?

20        A    The only individual that entered IS was

21   that individual that was identified.  As I said, for
```

Page 44

1    several years we were not placing individuals into the

2    Foreign Service.   We had no positions.

3        Q     And that individual that -- the one

4    individual you're talking about is who?

5        A     Ken Nagada.

6        Q     He was the one that was used in connection

7    with Mr. Simmons' promotion as a comparator?

8        A     We were asked to identify someone that came

9    in and that's the information -- that's the person that

10   we identified.

11       Q     And who informed you that you could only

12   look for as a comparator people who came in between

13   June, 1997 and December, 1998?

14       A     That was the request.

15       Q     Who did it come from?

16       A     The OGC or whatever.

17       Q     When you say "OGC," are you talking about

18   Ms. Campbell?

19       A     Yes.

20       Q     Is she still with the agency?

21       A     I don't believe so.

Page 45

1    Q    Do you know where she is?

2    A    No.

3    Q    Do you know who she works for currently?

4    A    No.

5    Q    So in Mr. Felder's case, why was there even

6    an exercise at all looking for comparators since you

7    already knew there was only one individual who entered

8    all of IS between June, 1997 and December, 1998?

9    A    We identified that individual when we were

10   asked to identify someone that came into the system

11   during that period.  Ken Nagada is the only person that

12   we were able to identify.

13   Q    Why did you then prepare five charts, one

14   for each year of 1997 through 2001, that provided a

15   bunch of other information about the series of

16   individuals and their FP levels?

17   A    That was another request that came from

18   Ayoka.

19   Q    Ayoka is spelled, A-Y-O-K-A?

20   A    I believe so.

21        (Skaggs Deposition Exhibit Number 2 was

Page 48

1    document, attachment one to the discovery responses, is

2    what's referred to in that particular answer?

3          A     I don't know.

4          Q     You don't know?

5          A     No.

6                (Skaggs Deposition Exhibit Number 3 was

7    marked for purposes of identification.)

8          Q     Let me show you attachment four.

9    Attachment four is your Exhibit Number 3.  This is

10   attachment four to the discovery responses.  And I ask

11   you whether it is really this attachment that is the

12   basis for not retroactively promoting in addition to

13   communication with counsel.

14         A     Yeah.  It would be this document.

15         Q     And did you prepare this document?

16         A     Yes.

17         Q     When did you prepare it?

18         A     Looking at the last page -- because I

19   believe it was to be up to the current year.  So

20   apparently it was in 2002, because that's the last

21   year.

Page 49

1    Q    Is this the so-called chart that you have

2    been referring to or charts that you've been referring

3    to that you compiled?

4    A    Yes.

5    Q    And is this the document that you gave to

6    Mr. Wyss?

7    A    Yes.

8        MR. SHOAIBI:  Did you mark that?

9        MR. MANN:  It was Exhibit 3, I believe.  Is

10    that correct?  I believe this is your Exhibit 3.  I

11    apologize for taking them out of order.  I couldn't

12    anticipate.

13    Q    And this is the document that you gave to

14    Mr. Wyss, right?

15    A    Yes.

16    Q    When you say non promotions, I'm not sure

17    what that -- tell me what that section of page one

18    means.  You have a list of names under non promotions.

19    A    Okay.  These are individuals that in 1997

20    did not receive promotions through the Foreign Service

21    board.

Towson Reporting Co.
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting - Rockville
301-279-7599

Page 50

1        Q    Are these all people in IS at the time --

2   who were FP-2s at the time?

3        A    Yes.

4        Q    And is it your testimony that each and

5   every one of these actually applied for a promotion to

6   an FP-1 in 1997?

7        A    The board -- through the board process, you

8   do not apply.  You're automatically reviewed in

9   competing with your peers.  It's not an application

10  process.

11       Q    It's correct that this is the totality of

12  the people in IS who are FP-2s in the year 1997?

13       A    That's correct.

14       Q    And you cannot tell from this chart when

15  any of these individuals actually received their

16  promotion from an FP-3 to an FP-2.  Isn't that correct?

17       A    That's correct.

18       Q    Do you think that would be a relevant

19  factor in determining whether Mr. Felder would be

20  entitled to a promotion if you're looking at

21  comparators?

1       A     I don't know.

2              MR. MANN:  Mr. Shoaibi, who actually signed

3    for these interrogatories and stands by their accuracy?

4              MR. SHOAIBI:  This lady right here.

5              MR. MANN:  Is she willing to be deposed?

6              MR. SHOAIBI:  On what basis?

7              MR. MANN:  Somebody has to be responsible

8    in answer to the content of these interrogatories in

9    terms of their truthfulness and in terms of being able

10   to explain and testify about them.

11             MR. SHOAIBI:  You want an agency --

12             MR. MANN:  I want somebody that I can

13   depose as to the content of these interrogatories.  If

14   she's the person that has executed the -- I guess

15   the --

16             MRS. HEWITT:  You need a verification

17   sheet.  These are --

18             MR. MANN:  True and correct.

19             MR. SHOAIBI:  You didn't get a verification

20   sheet?  I sent you one.  I faxed you a copy and I sent

21   you a copy.  I definitely sent you a copy with a

1    earlier.  It's their guidance on how the boards are to

2    be run.  In fact, I just turned to page eleven.  They

3    got basis for promotion FP-1, basis for promotion FP-2s

4    and below.  This is just the entire governing document

5    for the boards.

6         Q       In that document, is there any reference in

7    terms of promotions to the relevancy of the series of

8    the employee?

9         A       No.

10         Q       Is there any reference in that document

11    anywhere to the longevity of the employee in the

12    agency?

13         A       No.

14         Q       Did Mr. Felder have an opportunity to go

15    before these -- what do you call -- promotion board or

16    review board?

17         A       After he came into the Foreign Service, he

18    did.

19         Q       Meaning after January of '04?

20         A       After -- yeah.  Whatever the date was that

21    he was actually placed, he did.

.

Page 60

1       Q       Yes.

2       A       I don't know how -- I'm not quite

3   understanding your question.

4       Q       Well, if he came in under your -- under

5   what you explained to me a minute ago, if he came in as

6   a 436, then he would have to report to work as a 401.

7   Isn't that correct?

8       A       No.

9       Q       He would have to report to work as a 436

10  under your explanation, right?

11      A       Not necessarily.

12      Q       Okay.  Explain what the possibilities are

13  then.

14      A       The possibilities could be because some of

15  our positions -- because some of our positions can be

16  occupied by either 436 or 701 or 414.  Rather than have

17  to change the series every time you place a person in

18  those positions -- for example, a position may be able

19  to be occupied by a 436 or a 701.  So the series very

20  possibly could be 401 so that it's interchangeable to

21  place a person in that position that actually has

Towson Reporting Co.
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting - Rockville
301-279-7599

1    occupied either series.  But in Mr. Felder's case, I

2    don't know.

3         Q    Now, remember this is styled Intermediate

4    Foreign Service Board Promotion Process.  This is not

5    about filling vacancies.  It's about promotions.

6         A    Well, I understand.  What I'm saying is

7    that I believe you're saying that if he were a 436 and

8    he -- when we actually placed him in the position, that

9    he would automatically occupy that position at a 401.

10   I don't know that to be the case.

11        Q    There is nothing that you know of that

12   would prevent him -- let's back up.  When he was with

13   the -- before he came to IS and he was with APHIS in

14   plant protection and quarantine, he was a GS-436

15   officer, wasn't he?

16        A    That's correct.

17        Q    Now, there is nothing that would prevent

18   the agency from putting him into any occupational

19   series it chose.  Isn't that correct?

20        A    That's correct.

21             Except for maybe a position that was a 701

Towson Reporting Co.
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting - Rockville
301-279-7599