## WITNESS AFFIDAVIT

I, Ralph H. Iwamoto, Jr., Asian American, and have not filed an EEO complaints, am an employee of the U.S. Department of Agriculture, APHIS, International Service, located in Washington, DC. In the capacity of Deputy Administrator for International Services, Series 436, Grade FE-2, from March 1, 2002 to the present. My telephone number during working hours is 202-720-7593.

I HAVE BEEN ADVISED OF THE FOLLOWING:

I am required by Federal regulations and Department of Labor policy to cooperate fully and promptly with the investigator who has been assigned to conduct a thorough and impartial investigation into a complaint of discrimination against the Department of Agriculture. I must provide a statement for the investigative report which is true and complete to the best of my knowledge and which discloses all of my firsthand knowledge having a bearing on the merits of the complaint. My statement is provided under oath (or affirmation), without a pledge of confidentiality, in accordance with Equal Employment Opportunity Commission rules and regulations. This means that any employees whom I accuse of discrimination or other acts of impropriety may be shown relevant portions of my affidavit and be provided an opportunity to respond for the record. In addition, the Complainant and the appropriate Departmental officials involved in the EEO complaint process will receive the entire investigative file. I have the right to review my statement prior to signing it and make initialized corrections if it is incomplete or inaccurate. I have the right to receive a copy of the signed statement.

I am entitled to representation by a person of my choice during my participation in the EEO process, so long as my choice does not result in a conflict of interest. I have not chosen a personal representative at this time.

EEO regulations specifically protect participants in the EEO complaint process from any acts of reprisal, discrimination, coercion, harassment, restraint, or interference as a result of their participation in the complaint process.

Having been advised of the above information about my role as a witness in the investigative process, I solemnly _x_ swear or ___ affirm that the statement which follows is true and complete to the best of my knowledge and belief, and fully addresses the issues and allegations raised with me by the investigator.

I understand Mr. Felder has filed a formal EEO complaint which was acknowledged but not formally accepted (no date).
Whether the agency subjected the Complainant to discrimination based on race (African American), color (Black) and reprisal (unspecified), when it failed to:
    1. Instate him at the FP-1 level before his transfer on January 5, 2004; and,
    2. Grant him step increases retroactive with the instatement.

Specifically, Mr. Felder claims that he should have been instated, effective February 14, 1997, to salary grade FP-1/02 rather than FP-2/09. He also contends he was not given salary step increases he would have received since that date.

Please briefly list the responsibilities of your position.

(I am the head of International Services serving approximately 65 Foreign Service officers and a number of Civil Service personnel in Riverdale, Maryland and Washington, DC.)

Were you involved in decisions regarding Complainant's salary? (No!) In what way? N/A! Who was responsible for making the final decision regarding his salary? (Our IS Administrative Services staff, specifically John Wyss, Director, and Freida Skaggs, Personnel Officer were.)

What policy did IS follow with regards to salary for candidates entering IS in 1997? (I was not in headquarters until December 2000, but from what I understand, basically, IS followed the State Department Foreign Affairs rules and regulations.)

Complainant contends the State Department Foreign Affairs policy should have been followed. Is this your understanding? (Yes!)

Complainant contends that a comparative, Alester Simmons, received the equivalent of his base salary and locality pay upon entry into IS. Is this correct? (Yes, this is what I understand!) Can you provide documentation (SF-52) to show his salary conversion from the GS to FP pay plan? (No, my IS Administrative Services staff has that information.) Was this salary conversion calculated per policy? (I would have to refer this question to the IS Administrative Services staff.)

Complainant claims that because of discrimination, at no time during the period February 14, 1997 (instatement) until December 3, 2003, was he allowed to meet with the Promotion Review Board in order to submit his accomplishments and receive consideration for promotion. (I believe that this is correct, because the complainant was not actually in the Foreign Service and he was not working in IS so he was not evalutated by the Foreign Service Review Board.) Please explain the policy and practice for promotion from FP-2 to FP-1. Were all employees promoted at that level promoted as a result of submitting accomplishments and meeting with the Promotion Review Board? (These questions should be answered by the IS Administrative Services staff.)

Complainant claims IS has stated there were no comparatives, i.e., no employees who received a promotion from FP-2 to FP-1 in 2001, however, he claims four employees were promoted from FP-2 to FP-1 in 2001: J. Mackley, D. Macki, E. Quinterio and R. Tanaka. Is this correct? Are these employees similarly situated to Complainant? Does it matter that these employees were in a different series than Complainant? (These questions must be answered by the IS Administrative Services staff.)

Complainant claims in 1997 J. Nichols, C. Castleton and P. Fernandesz were promoted from FP-2 to FP-1. Is this correct? Please explain each promotion, whether the promotion was a result of submitting accomplishments and meeting with the Promotion Review Board, the race, color and EEO status of each. Were these employees in the same series/job classification as Complainant? (These questions must be answered by the IS Administrative Services staff.)

Complainant claims in 1998 N. Gutierrez was promoted from PF-2 to FP-1. Is this correct? Please explain the promotion, whether the promotion was a result of submitting accomplishments and meeting with the Promotion Review Board, the race, color and EEO status of Mr. Gutierrez. Was this employee in the same series/job classification as Complainant? (In 1998, I was the Regional Director for Asia and Pacific region and was not aware of what happened in headquarters. These questions must be asked to the IS Administrative Services staff, although I know that the Promotion Review Board make their recommendations according to the accomplishments submitted by each Foreign Service employee and not by race, color and EEO status of any IS employee.)

Complainant claims in 1999, D. Bailey, S. Smith and G. Tween were promoted from FP-2 to FP-1. Is this correct? Please explain each promotion, whether the promotion was a result of submitting accomplishments and meeting with the Promotion Review Board, the race, color and EEO status of each. Were these employees in the same series/job classification as Complainant? (Again, I must refer these questions to the IS Administrative Services staff.)

Complainant claims in 2002, S. French, E. Hoffman and K. Sliter were promoted from FP-2 to FP-1. Is this correct? Please explain each promotion, whether the promotion was a result of submitting accomplishments and meeting with the Promotion Review Board, the race, color and EEO status of each. Were these employees in the same series/job classification as Complainant? (These questions must be answered by the IS Administrative Services staff, but I can vouch that the Promotion Review Board make recommendations for promotion according to the accomplishments of each employee and not by the race, color and EEO status of each.)

Complainant claims in 2003, G. Greene, D. Hannapel and H. Hofmann were promoted from FP-2 to FP-1. Is this correct? Please explain each promotion, whether the promotion was a result of submitting accomplishments and meeting with the Promotion Review Board, the race, color and EEO status of each. Were these employees in the same series/job classification as Complainant? (The details of these employees series and

job classification should be asked to the IS Administrative Services staff but I can attest to the fact that the Promotion Review Board makes recommendations for promotion according to the accomplishments submitted and not by the race, color or EEO status of each employee.)

I have reviewed this statement, which consists of 4 pages, and hereby solemnly _x_ swear ___ affirm that this is true and complete to the best of my knowledge and belief. I understand that the information I have given will not be held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

_[signature]_  7/13/04
Signature of Deponent                                Date

Signed before me at (Street and City) _1400 Independence Ave Wash. DC_
on this _13_ day of _July_, 2004.

_[signature]_
Signature of Witness

JWalkerH

| | |
|---|---|
| From: | Ralph.H.Iwamoto@aphis.usda.gov |
| ent: | Monday, July 19, 2004 9:22 AM |
| ': | Jeny.walker-hughes@jdgassociates.com |
| .c: | Frieda.skaggs@aphis.usda.gov; john.h.wyss@aphis.usda.govq; JWalkerH; nicholas.gutierrez@aphis.usda.gov; ralph.iwamoto@aphis.usda.gov |
| Subject: | Re: Felder EEO Complaint |

Jeny!

I don't remember the date of when I heard about this but it was after Mr. Felder filed. I heard it by word of mouth by our staff and by the EEO office.

Ralph

| | |
|---|---|
| <Jeny.walker-hughes@jdgassociates.com> Sent by: "JWalkerH" <jwalkerh@nc.rr.com> | To: <Frieda.skaggs@aphis.usda.gov>, <ralph.iwamoto@aphis.usda.gov>, <john.h.wyss@aphis.usda.govq>, <nicholas.gutierrez@aphis.usda.gov> |
| 07/19/2004 08:04 AM | cc: |
| | Subject: Felder EEO Complaint |

I need to know, when and how did you learn that Mr. Felder filed this (the current) complaint? Please email me a response asap. If you have questions, I'm on travel to DC so may not be available via cell phone until late afternoon.
Thank you for your continued cooperation.
Jeny Walker-Hughes, Investigator
TDG Associates, Inc.
712 Black Horse Run
Raleigh, NC 27613-7004

49

Exhibit 9
Page 6 of 7

JWalkerH

**From:** Ralph.H.Iwamoto@aphis.usda.gov
**Sent:** Monday, July 19, 2004 8:04 AM
**To:** Jeny.walker-hughes@jdgassociates.com
**Subject:** Re: quick question

Jeny!

I'm sorry, I thought that I had written in my affidavit. I am Asian American, so I guess my skin color is yellow!

Ralph

<Jeny.walker-hughes@jdgassociates.com>
<Ralph.H.Iwamoto@aphis.usda.gov>
Sent by: "JWalkerH"
<jwalkerh@nc.rr.com>

To:

cc:

Subject: quick question

07/19/2004 07:50 AM

Mr. Iwamoto,

I received your affidavit, thank you. I will note in the report that you were unable to schedule a follow-up interview. Because Mr. Felder has color as a basis in his complaint, I must ask, what is your color, as in skin color? Please send me a response as quickly as possible as I am in the final stages of writing my report.
Thank you for your cooperation.
Jeny Walker-Hughes, Investigator
JDG Associates, Inc.
1712 Black Horse Run
Raleigh, NC 27613-7004

50

Exhibit 9
Page 1 of 1