Page 1

ORIGINAL

1            IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF COLUMBIA

3

4    BARBARA FELDER, as Personal

5    Representative of the

6    estate of Marvin Felder,

7    deceased

8            Plaintiff,         C.A. No. 06-910 CKK

9       vs.

10   MIKE JOHANNS, Secretary of

11   the United States

12   Department of Agriculture,

13           Defendant.

14   _____/

15           The deposition of RALPH IWAMOTO was held

16   on Thursday, November 29, 2007, commencing at  3:42 p.m.

17   a.m. at the Law Offices of Scopelitis, Garvin, Light &

18   Hanson, 1850 M Street, N.W., Suite 280, Washington,

19   D.C. 20036, before Steven Poulakos, Notary Public in

20   and for the District of Columbia.

21   REPORTED BY:  Steven Poulakos

1    means.

2              THE WITNESS:  Are you both finished?

3              MR. MANN:  Yes.

4              MR. SHOAIBI:  Yes.

5              THE WITNESS:  It was some misunderstanding

6    among the employees about their grade and their series,

7    and this document was trying to clarify the policy that

8    each person coming in at a certain series would be

9    considered for the 401 agricultural position according

10   to whether we need an expertise in plant health or

11   animal health.

12             For instance, animal health veterinarians

13   were 701 series and plant health was 436 series.

14             BY MR. MANN:

15   Q     So is the policy that's stated here that

16   someone who is a plant health 436 person would be

17   eligible for a promotion in the 401 series?

18   A     Yes, a similarly with 701 and 414.

19   Q     Thank you.

20             And this document is intended to be a

21   clarification of existing policy; is that correct?

Page 24

```
 1      A      At that time, yes.
 2             MR. MANN:  I have no further questions, Mr.
 3      Iwamoto.  Mr. Shoaibi may have a question or an
 4      instruction here, but I'm through.  Thank you very
 5      much.
 6             THE WITNESS:  Thank you.
 7                          EXAMINATION
 8      BY MR. SHOAIBI:
 9      Q      My only question, Mr. Iwamoto, I just have
10      one regarding this exhibit, this August 15, 2003.  The
11      last question from Plaintiff's counsel was that:  Did
12      this basically state existing policy and you said --
13      your answer seemed to be qualified to some extent.
14             Is this existing policy?  Was this existing
15      policy in August 15, 2003, or was there some type of
16      change that was being announced with this memo?
17             MR. MANN:  Objection, leading.
18      BY MR. SHOAIBI:
19      Q      I guess I ask it specifically because it
20      says in the last long paragraph:  This memo is to
21      advise that this year all employees will be reviewed
```