August 15, 2003

To: All APHIS Foreign Service Employees

Subject: 2003 Intermediate Foreign Service Board Promotion Process

When APHIS first converted to the Foreign Service Personnel System, all of the effected positions were classified by specific occupational series and employees occupied positions based on their basic qualifications: Plant Protection and Quarantine Series (436), Entomologist Series (414), and Veterinary Medical Science Series (701). In other words, placement of Foreign Service Officers/Specialists was "series specific" based on the classification of the position and qualifications of the individual. However, over time placing individuals in "series specific" positions became more and more difficult especially when filling some Regional and Area Director positions where both 436 and 701 occupational areas were required in the position. Therefore, in order to fill these positions with the best qualified person and not be limited by specific basic qualification factors, we needed a series that provided this flexibility. The Agriculturist 401 occupational series allows this flexibility and because it can be occupied by individuals qualified in any of the specific disciplines.

Positions where the preponderance of the work weighs heavier on either the plant or animal side still exists in the APHIS Foreign Service, and filling the position with someone without the specific expertise would be detrimental to the agency. I am aware that there has been concern from incumbents of these positions that these series were capped for promotions. None of our three predominant series in IS are capped. Positions in the Foreign Service are based on the same classification principles and policies as civil service positions and are governed by the Handbook of Occupational Groups and Series. This handbook provides guidelines on determining the proper title, series and grade level for the position. When a promotion opportunity is not available for individuals who occupy a certain series specific position, the lack of promotion opportunity relates to the grade level of the position and not the series.

This memo is to advise that this year all employees will be reviewed within their perspective occupational series by the Intermediate Foreign Service Board. What this means is that those individuals currently occupying Agriculturist 401 series will compete in their functional occupational series (436, 414, 701). We will not have a competing group consisting only of 401's. Other classified series such as Administrative Officers, (341), Biological Technician, (404), and other technical series have always competed within their respective series.

The attachment taken from the Handbook of Occupational Groups and Series shows the basic requirement for each series.

**ATTACHMENT:**

**Entomology Series – 414:**

A. Degree: entomology; or a related discipline of the biological or physical sciences that included at least 16 semester hours in entomology.

**OR**

B. Combination of education and experience – courses equivalent to a major that included course work as shown in A above, plus appropriate experience or additional education.

**Plant Protection & Quarantine Series – 436:**

A. Degree: Major in biological science, agriculture, or a closely related field appropriate to the position that included at least 20 semester hours in such course work as agronomy, cell biology, botany, entomology, forestry, horticulture, mycology, nematology, plant pathology, soil science, or other closely related courses.

**OR**

B. Combination of education and experience – courses equivalent to a major in biological science, agriculture, or a closely related field, including at least 20 semester hours of course work as described in A above, plus appropriate experience or additional education.

**Veterinary Medicine Science Series – 701:**

Degree: Doctor of Veterinary Medicine or equivalent degree at a school approved or accredited by (a) the American Veterinary Medical Association (AVMA), (b) a State department of education, or (c) a State Board of Veterinary Medical Examiners.

If you have any questions regarding the above, please do not hesitate to contact Freida Skaggs, Director, Personnel and Travel.


/s/


Ralph Iwamoto
Deputy Administrator
International Services


Attachment: