```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3

 4   BARBARA FELDER, as Personal

 5   Representative of the

 6   estate of Marvin Felder,

 7   deceased

 8           Plaintiff,        C.A. No. 06-910 CKK

 9       vs.

10   MIKE JOHANNS, Secretary of

11   the United States

12   Department of Agriculture,

13           Defendant.

14   _____/

15           The de bene esse telephonic deposition of

16   JOHN WYSS was held on Thursday, November 29, 2007,

17   commencing at 2:00 p.m. at the Law Offices of Scopelitis,

18   Garvin, Light & Hanson, 1850 M Street, N.W., Suite 280,

19   Washington, D.C. 20036, before Steven Poulakos, Notary Public in

20   and for the District of Columbia.

21   REPORTED BY:  Steven Poulakos
```

Towson Reporting Co.
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting - Rockville
301-279-7599

Page 14

1          MR. SHOAIBI:  Objection to the form of the

2   question.

3          You can answer it.

4          THE WITNESS:  Would you repeat the

5   question?

6          BY MR. MANN:

7      Q     Yes.  What role did you play in the

8   agency's decision not to promote Mr. Felder to the FP1

9   position that is the subject of this lawsuit?

10         MR. SHOAIBI:  Same objection.

11         THE WITNESS:  I don't think there was any

12  role played, not promoting the F1 position.  All we did

13  was try to establish the correct position for him.

14         BY MR. MANN:

15     Q     You're aware that Mr. Felder claimed that

16  he was entitled to begin his service for IS in an FP1

17  position, didn't you?

18     A     Yes.

19     Q     A decision was made that he was not going

20  to be placed in an FP1 position; isn't that correct?

21     A     A decision was made to place him in an FP-2

1    position.

2         Q    What role did you play in that decision to

3    place him in an FP-2 position rather than an FP1

4    position?

5              MR. SHOAIBI:  Again, objection to the form

6    of the question.

7              THE WITNESS:  As I said, there was never

8    that we decided not to put him in the FP1.  We tried to

9    put him in the correct position for him.  I think we

10   did.

11             BY MR. MANN:

12        Q    What role did you have to play in that

13   decision?

14        A    With the director of personnel and travel

15   and I prepared information for, among other employees

16   pay, I reviewed that --

17        Q    I'm sorry, I didn't hear what you said.

18   You said along with the director of what?

19        A    Personnel and travel.

20        Q    Of personnel and travel?

21        A    Yes.

1        Q    And who was that?

2        A    Frieda Skaggs.

3        Q    S-K-A-G-G-S?

4        A    Yes.

5        Q    You said you and along with the director of

6 personnel and travel did what?

7        A    Frieda Skaggs reviewed the history of other

8 people working in IS, their careers, whether they were

9 promoted or not, and I reviewed that information.  That

10 information was supplied to the OGC lawyers.

11       Q    Did you indicate that Ms. Skaggs is the one

12 that prepared this employment history?

13       A    Ms. Skaggs and her personnel specialist

14 probably.

15       Q    Did you direct her to prepare that history?

16       A    No.  I think we both heard that at the same

17 time from the OGC lawyers.

18       Q    Who did you hear it from?

19       A    I do not remember the name of the person at

20 this time.

21       Q    Was it a female?

Towson Reporting Co.
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting - Rockville
301-279-7599

 1       A      Yes.

 2       Q      African-American?

 3       A      I don't believe so.

 4       Q      Was it an agency attorney or a United

 5    States attorney?

 6       A      I believe an agency attorney.

 7       Q      What did you hear from that attorney?

 8       A      Could you explain what you mean, what did I

 9    hear from the attorney?

10       Q      You said that you and Ms. Skaggs heard the

11    same thing from an agency attorney.  I'm trying to find

12    out what did you hear from this attorney.

13       A      We were just asked to develop this

14    information.

15       Q      Tell me precisely what you were asked to

16    develop please?

17              MR. SHOAIBI:  I'm going to object to

18    grounds of attorney/client communication.

19              BY MR. MANN:

20       Q      I will come back to that point in a few

21    minutes.

1           Regardless of what you were told,

2    Ms. Skaggs prepared -- what did she prepare exactly?

3           MR. SHOAIBI:  Objection, asked and

4    answered.

5           You can answer it, if you know.

6           THE WITNESS:  I don't know, but I think

7    they were like tables showing when people came into the

8    foreign service and see when they were promoted, things

9    of that source.

10           BY MR. MANN:

11      Q    Were you provided with a document that was

12   included in the agency responses to discovery in this

13   case entitled foreign service promotions and

14   nonpromotions, FP1 to -- I'm sorry, FP-2 to FP1 by

15   year?

16      A    No.

17      Q    Are you familiar with a multi-page document

18   which lists by year the IS employees who were promoted

19   to an FP1 position and those that were purportedly not

20   promoted to an FP1 position on a year-by-year basis?

21      A    That was one of the things we compared.  I

Page 19

1      probably seen it in the past.

2          Q     At the bottom it says, information provided

3      by Frieda Skaggs and Dr. John Wyss.  Is this the

4      document you're talking about?

5          A     I don't have the document in front of me.

6                MR. SHOAIBI:  Dr. Wyss, are you able to

7      receive facsimile transmission?

8                THE WITNESS:  No.

9                MR. SHOAIBI:  Can we just e-mail this to

10     him?

11               MR. MANN:  I can e-mail it to him.

12               BY MR. MANN:

13         Q     Are you able to receive an e-mail?

14         A     Yes.

15               MR. MANN:  Please hold a moment.

16               (A discussion was held off the record.)

17               BY MR. MANN:

18         Q     This table that you referred to was

19     prepared you said by Ms. Skaggs and/or her staff; is

20     that correct?

21         A     I would imagine her staff and her.

Page 20

1    Q    Did Ms. Skaggs provide that table or tables

2    to you when it was compiled?

3    A    Yes.

4    Q    Did you review those tables after she

5    provided it to you?

6    A    Yes.

7    Q    What did you do with those tables after you

8    reviewed it?

9    A    I believe they were submitted to the OGC

10   lawyers.

11   Q    Were you asked to -- strike that.

12        Did you draw any conclusions with

13   regards -- strike that as well.

14        When you reviewed the tables, for what

15   purpose were you reviewing them?

16   A    For accuracy.

17   Q    Did you draw any conclusions with regard to

18   the data that you saw on those tables?

19   A    I don't remember at this time if I did at

20   that time or not.

21   Q    Well, was there a subsequent date -- a

Page 27

```
 1              BY MR. MANN:

 2       Q     This would be Exhibit 2.

 3              Do you have page 3 of your affidavit?

 4       A     Yes.

 5       Q     Is the last line of page 3 on your

 6    affidavit, I do not know for sure when Dr. Tanoca

 7    (Asian yellow no EEO activity) came into the FS?

 8       A     Yes.

 9       Q     The line above that in my affidavit, or the

10    copy I have states, there were no comparatives of

11    equivalent employees who came in in 1997.

12              Is that what you have?

13       A     Yes.

14       Q     What did you mean when you say there were

15    no comparatives?

16       A     Essentially we were looking for people who

17    came in the same class as Mr. Felder and what happened

18    to them after that.

19       Q     I'm sorry, came in on the same class and

20    what?

21       A     There were no employees, or there was no
```

Page 28

```
 1    employees that came in at the same time, same series as

 2    Mr. Felder.

 3              MR. SHOAIBI:  We have that page 2 if you

 4    want us to make a copy of it?

 5              MR. MANN:  You do?

 6              MR. SHOAIBI:  Do you want to do it before

 7    you question him anymore?

 8              MR. MANN:  I do.

 9              BY MR. MANN:

10        Q    When you say that they came in at the same

11    time, what timeframe did you consider to be the same

12    time?

13        A    I believe we were looking at a 1997 date.

14        Q    So they would have had to come in in 1997

15    to be considered a comparative?

16        A    Or around that time.

17        Q    What do you mean by around that time,

18    please?

19        A    I imagine if there was a year or two before

20    or a year or two after they would have been considered.

21        Q    So between 1995 and 1999 would have been
```

1    around the same time as you defined it?

2        A    Roughly.

3        Q    You also said that it had to be in the same

4    job series?

5            Mr. Felder when he left the sister agency,

6    Plant Protection and Quarantine, was in the 436 series,

7    wasn't it?

8        A    I don't know.  I would believe so.

9            MR. SHOAIBI:  Please don't speculate,

10   Doctor.  Only what you remember.

11           THE WITNESS:  Okay.

12           I don't know for sure, but -- I don't know

13   for sure.

14           BY MR. MANN:

15       Q    And he was actually placed in the 401

16   series, wasn't he?

17       A    The job that he was selected for was a 401

18   series.

19       Q    I'm taking a moment.  Is it Dr. Wyss or Mr.

20   Wyss.  I don't mean to insult you.  If you're Dr. Wyss,

21   I want to call you that.

Page 30

1        A     Dr. Wyss.

2        Q     Dr. Wyss, give me a moment.  We now have

3    page 2 from your affidavit which I did not have until a

4    minute ago.  So I want to take a brief second to look

5    at it, please.

6              Have either of the e-mails showed up yet?

7        A     I'm having trouble with my e-mail

8    connection.  It looks like I'm getting it right now.

9        Q     Thank you.

10             Dr. Wyss, you indicated I think in answer

11   to a couple of questions that I asked about the

12   decision to place Mr. Felder in the FP2 job and you

13   said we, and who is the we that made this decision?

14       A     I think it was a joint decision between

15   deputy administrator, myself, personnel people.

16       Q     The personnel people would have been

17   Ms. Skaggs?

18       A     Yes.

19       Q     And Mr. Iwamoto?

20       A     Yes.

21       Q     Yourself?

Page 31

1          A      Myself.

2          Q      Who else?

3          A      Consultation with the OGC lawyers.

4          Q      And it was based on the fact that you could

5    not find someone else who was a comparator who was an

6    FP1; is that correct?

7                 MR. SHOAIBI:  Objection to the form of the

8    question.

9                 You can answer it.

10                THE WITNESS:  What's the question?

11                BY MR. MANN:

12         Q      You made the decision not to place

13   Mr. Felder in an FP1 position but in an FP2 position

14   because you could not find a comparator or a

15   comparative who was an FP1; is that correct?

16                MR. SHOAIBI:  Again, for the record, object

17   to the form of the question, and asked and answered.

18                You can answer it.

19                THE WITNESS:  I said no to that question.

20   As I mentioned before, we tried to determine the

21   appropriate position for Mr. Felder.  We did not make a

Page 32

1   decision not to put him in an FP1 position.

2               BY MR. MANN:

3       Q    What tools did you use to make that

4   decision?

5               MR. SHOAIBI:  Objection, asked and

6   answered.

7               You can answer it.

8               THE WITNESS:  What we tried to do was, you

9   know, using foreign service policy, using the court

10  order, using information we could develop from other

11  employees, tried to come up with the best equitable

12  level for Mr. Felder in the foreign service.

13      Q    What role did these tables play then in

14  your decision or in the decision?

15      A    For information that was used?

16      Q    I'm sorry?

17      A    They were information which was used.

18      Q    And the other information you used you said

19  was policy.  What policy was it that you used?

20      A    U.S. Department of State, Foreign Service

21  Policy.

Page 42

1    A    I'm sure he must have seen them.

2    Q    Now, this set of tables does not show the

3    date that the person who was promoted to an FP1

4    received the prior promotion to the FP2, does it?

5    A    No, I do not see that on this table.

6    Q    Likewise the employees who are shown as not

7    being promoted you cannot tell how long they have been

8    an FP2 from looking at this table; isn't that correct?

9    A    Well, the some cases, for instance, in 1999

10   there were ones that were not promoted.

11   Q    Okay.  Who are you referring to in 1999?

12   A    In 1997, for example.

13   Q    Who was the name?  T-W-E-E-N?

14   A    Yes.

15   Q    Tween?

16   A    Yes.

17   Q    That person was grandfathered in?  Is that

18   what you said?

19   A    Grandfathered in the foreign service when

20   it came into existence.  He had it shortly thereafter.

21   The foreign service started in 1983.

Page 43

1          Q      But you cannot tell from looking at this

2    chart when the individuals became FP2s; isn't that

3    correct?

4          A      No, just that what level they were.

5          Q      I beg your pardon?

6          A      The enter date in the foreign service.

7          Q      It indicates the date they entered the

8    foreign service and their grade at the time they

9    entered?  Is that what you're saying?

10          A      That's what it says.

11          Q      All right.

12                 Do you think that this period of time

13    between the employees' FP2 promotion and the FP1

14    promotion is a relevant factor?

15          A      Yes, I believe it could be considered a

16    relevant factor.

17          Q      Could it be a relevant factor in

18    determining whether Mr. Felder had any comparators?

19                 MR. SHOAIBI:  Objection to the form of the

20    question.

21                 BY MR. MANN:

Page 44

1      Q      You can answer.

2      A      Repeat the question.

3      Q      Do you think it would be relevant in terms

4  of whether there were on this table any comparatives or

5  comparators to Mr. Felder?

6              MR. SHOAIBI:  That's not the same question.

7              THE WITNESS:  I would say yes if somebody

8  was promoted or not promoted at the time they were in

9  the previous grades was relevant.

10             BY MR. MANN:

11     Q      Now, were you aware of a Ralph Iwamoto

12  memoranda dated August 15th to all IS employees on the

13  subject of the occupational series, the affect of the

14  occupational series upon promotion potential?

15             MR. SHOAIBI:  What year?

16             BY MR. MANN:

17     Q      August 15, 2003.  Are you aware of any such

18  memoranda?

19     A      If you have such a memorandum, I'm sure I

20  must have seen it in the past.

21     Q      I'm going to read you a paragraph from such

1    a memorandum that we expect Mr. Iwamoto to, in effect,

2    identify it.  It bears his name.  He will be the next

3    deponent.

4             I'm going to read you the third paragraph

5    only to see whether this refreshes your recollection

6    about having seen the memo.

7             It says, this memo is to advise you that

8    this year all employees will be reviewed within their

9    perspective occupational series by intermediate foreign

10   service board.  What this means is that those

11   individuals currently occupying the agriculture 401

12   series will compete in their functional occupational

13   series 436, 414, and 701.  We will not have a competing

14   group consisting of only 401s.

15            Does that paragraph refresh your

16   recollection about having seen this memorandum dated

17   August 15, 2003?

18       A    Yes.

19       Q    You have seen it?

20       A    Yes.

21       Q    And Mr. Felder was placed in the 401 series

Page 46

```
 1    when he entered IS or began working in IS in January of

 2    '04; isn't that correct?

 3         A    Yes.

 4         Q    How many management level employees FP1,

 5    FP2, FP3 have entered international services off the

 6    roster between June of 1997 and December of 1998, if

 7    you know?

 8         A    I would have no idea.

 9         Q    Any?

10         A    Between 1997 and when?

11         Q    June of -- between June of '97 and December

12    of 1998, approximately a year-and-a-half.

13         A    I was not involved at that time in

14    administrative aspects of the international services,

15    and I don't recall.

16         Q    In determining whether there were any

17    comparators to Mr. Felder, did you take into account

18    the length of service that Mr. Felder had with the

19    sister agency PPQ or plant protection and quarantine?

20         A    Repeat that question, please?

21         Q    Did you take into account the length of
```

Towson Reporting Co.
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting - Rockville
301-279-7599

1   service Mr. Felder had with the sister program or

2   agency PPQ or plant protection and quarantine?

3       A      Generally I don't think we looked at length

4   of service with the sister agency.  We looked at the

5   grade levels.

6       Q      Would it have made any difference that he

7   had served for over 15 years in a management level

8   position at PPQ?

9       A      I don't think that would have made any

10  difference because it would be based on his current

11  grade level.  Almost -- I'll tell you, almost

12  everybody, and probably everybody that entered the

13  foreign service had kind of either Veterinary service

14  or PPQ previously.

15      Q      Previously.

16             You're saying previously everybody would

17  have had some prior experience with -- what did you

18  say?

19      A      With veterinary services.

20      Q      With veterinary service or?

21             MR. SHOAIBI:  PPQ.

Page 50

```
 1    that meeting everything had been agreed to already and

 2    I don't believe anybody went back and relooked at it

 3    again at that time.

 4         Q    Now, you indicated that in deciding which

 5    position to place Mr. Felder in you looked at agency

 6    policy.  What form did that agency policy take?

 7              MR. SHOAIBI:  Objection.  I think that was

 8    asked and answered, but you can answer it again.

 9              THE WITNESS:  I think the only thing

10    relevant here would be the normal lateral entry policy

11    coming in as an FP3.

12              BY MR. MANN:

13         Q    If I wanted to look for those policies,

14    where would I find them?

15         A    The international services directive.

16         Q    Did you, in fact, consult that particular

17    directive?

18         A    I didn't consult it because I knew what it

19    said.

20         Q    What did it say, as you remember it, with

21    regard to Mr. Felder's situation?
```

1      A      It didn't say anything specific to

2      Mr. Felder's situation.  It just the lateral entry

3      policy was to come in as an FP3.

4          Q      Are you saying you found nothing relevant

5      there to Mr. Felder's situation?

6          A      The relevance would have been that if he

7      had have come in as 1997 he should have come in as an

8      FP3 level.

9          Q      And I can find this in the APHIS IS

10     directive that you mentioned?

11         A      Yes, I believe so.

12         Q      Did it require or direct someone

13     responsible in this area to look for comparators?

14         A      No.

15         Q      But it did say that, from what you're

16     saying, that if Mr. Felder had come in in 1997 what

17     would have happened?  What should have happened.

18         A      He would have been selected, entered into

19     the service in 1997 he would have come in as an FP3.

20     If he had already been a GS-13 at that time, he would

21     have come in at a current level and at maximum of FP3.