# ATTACHMENT 4



Exhibit Q

ATTACHMENT 4

# FOREIGN SERVICE PROMOTIONS AND NON/PROMOTIONS
# FP-2 TO FP-1
# BY YEAR

| YEAR | NAME | SERIES | GRADE/DATE ENTERED FOREIGN SERVICE |
|---|---|---|---|
| 1997 – Promoted: | Nichols, J. | 341 | FP-3 (1/9/83) |
| | Castleton, C. | 401 | FP-3 (9/10/89) |
| | Fernandez, P. | 401 | FP-2 (6/13/93) |
| | | | |
| Non-Promotions: | Garnett, W. | 401 | Retired @FP-2 |
| | Greene, G. | 401 | FP-5 (10/89) |
| | Groocock, C. | 401 | Retired @FP-2 |
| | Gutierrez, N. | 401 | FP-5 (1/9/83) |
| | Hawkes, P. | 401 | Retired @FP-2 |
| | Hoffman, E. | 401 | FP-4 (1/9/83) |
| | Mackley, J. | 401 | FP-3 (10/12/86) |
| | Perez-Ramos, O. | 401 | FP-4 (10/21/90) |
| | Sills, J. | 401 | FP-4 (10/16/83) |
| | Swenson, J. | 341 | FP-2 (1/9/83) |
| | Charpentier, H. | 801 | FP-3 (4/22/90) |
| | Bailey, D. | 414 | FP-3 (2/2/86) |
| | Hofmann, H. | 414 | FP-2 (1/9/83) |
| | Miyamoto, R. | 436 | Retired @ FP-2 |
| | Rush, D. | 436 | Retired @ FP-2 |
| | Tween, G. | 436 | FP-2 (3/16/83) |
| | Dulin, M. | 701 | FP-2 (8/91) |
| | Preston, K. | 701 | FP-4 (3/18/84) |
| | Smith, S. | 701 | FP-3 (1/9/83) |
| | Terrell, A. | 701 | FP-4 (4/22/90) |

INFORMATION PROVIDEDBY
FREIDA SKAGG AND DR.JOHN WYSS

| YEAR | NAME | SERIES | GRADE/DATE ENTERED FOREIGN SERVICE |
|---|---|---|---|
| **1998 – Promoted** | Gutierrez, N. | 401 | FP-5 (1/9/83) |
| Non –Promotions | Swenson, J. | 341 | See 1997 |
| | Sills, J. | 401 | " " |
| | Mackley, J. | 401 | " " |
| | Knez, Mark | 401 | FP-5 (10/23/88) |
| | Greene, G. | 401 | See 1997 |
| | Hawkes, P. | 401 | " " |
| | Hoffman, E. | 401 | " " |
| | Hofmann, H. | 401 | " " |
| | Perez-Ramos, O. | 401 | " " |
| | Charpentier, H. | 801 | " " |
| | Bailey, D. | 414 | " " |
| | Tween, G. | 436 | " " |
| | Dulin, M. | 701 | " " |
| | Preston, K. | 701 | " " |
| | Smith, S. | 701 | " " |
| | Terrell, Alan | 701 | " " |

| YEAR | NAME | SERIES | GRADE/DATE ENTERED FOREIGN SERSVICE |
|---|---|---|---|
| **1999- Promoted** | Bailey, D. | 414 | FP-3 (2/2/86) |
|  | Smith, S. | 701 | FP-3 (1/9/83) |
|  | Tween, G. | 436 | FP-2 (3/16/83) |
|  |  |  |  |
| **Non-Promotions** | Hofmann, H. | 414 | See 1997 |
|  | Swenson, J. | 341 | "           " |
|  | Greene, G.. | 401 | "           " |
|  | Hoffman, E. | 401 | "           " |
|  | Knez, M. | 401 | See 1998 |
|  | Mackley, J. | 401 | See 1997 |
|  | Perez-Ramos, O. | 401 | "           " |
|  | Quintero, E. | 401 | FP-3 (6/23/96) |
|  | Sills, J. | 401 | See 1997 |
|  | Tanaka, R. | 401 | FP-3 (9/28/97) |
|  | Dulin, M. | 701 | See 1997 |
|  | French, C. | 701 | FP-4 (10/23/88) |
|  | Preston, K. | 701 | See 1997 |
|  | Smith, S. | 701 | "           " |
|  | Terrell, A. | 701 | "           " |
|  | Charpentier, H. | 801 | "           " |

| YEAR | NAME | SERIES | GRADE/DATE ENTERED FOREIGN SERSVICE |
|---|---|---|---|
| **2000- Promotions** | No FP-1 Promotions | | |
| Non-Promotions | Hofmann, H. | 414 | See 1997 |
| | Swenson, J. | 341 | " " |
| | Greene, G. | 401 | " " |
| | Hoffman, E. | 401 | " " |
| | Knez, M. | 401 | See 1998 |
| | Maki, D. | 401 | FP-6 (3/12/89) |
| | Mackley, J. | 401 | See 1997 |
| | Perez-Ramos, O. | 401 | " " |
| | Quintero, E. | 401 | See 1999 |
| | Sills, J. | 401 | See 1997 |
| | Sliter, K. | 401 | FP-3 (9/29/96) |
| | Stewart, J. | 401 | FP-3 (4/14/96) |
| | Tanaka, R. | 401 | See 1999 |
| | Dulin, M. | 701 | See 1997 |
| | French, C. | 701 | See 1999 |
| | Preston, K. | 701 | See 1997 |
| | Terrell, A. | 701 | " " |
| | Charpentier, H. | 801 | " " |

| YEAR | NAME | SERIES | GRADE/DATE ENTERED FOREIGN SERVICE |
|---|---|---|---|
| **2001 Promotions** | Mackley, J. | 401 | FP-3 (10/12/86) |
| | Maki, D. | 401 | FP-6 (3/12/89) |
| | Quintero, E. | 401 | FP-3 (6/23/96) |
| | Tanaka, R. | 401 | FP-3 (9/28/97) |
| | | | |
| Non-Promotions | Ashley, T. | 414 | FP-3 (9/25/88) |
| | Hofmann, H. | 414 | See 1997 |
| | Germaine, G. | 341 | FP-5 (1/24/93) |
| | Swenson, J. | 341 | See 1997 |
| | Greene, G. | 401 | " " |
| | Hannapel, D. | 401 | FP-5 (9/22/91) |
| | Hoffman, E. | 401 | See 1997 |
| | Knez, M. | 401 | See 1998 |
| | Perez-Ramos, O. | 401 | See 1997 |
| | Shaw, J. | 401 | FP-4 (3/7/93) |
| | Sills, J. | 401 | See 1997 |
| | Sliter, K. | 401 | See 2000 |
| | Stewart, J. | 401 | " " |
| | Boyle, T. | 701 | FP-4 (7/9/95) |
| | Dulin, M. | 701 | See 1997 |
| | French, C. | 701 | See 1999 |
| | Preston, K. | 701 | See 1997 |
| | Terrell, A. | 701 | " " |
| | Charpentier, H. | 801 | " " |

| YEAR | NAME | SERIES | GRADE/DATE ENTERED FOREIGN SERVICE |
|---|---|---|---|
| 2002 – Promotions | French, C. | 701 | FP-4 (10/23/88) |
| | Hoffman, E. | 401 | FP-4 (1/9/83) |
| | Sliter, K. | 701 | FP-3 (9/29/96) |
| | | | |
| Non-Promotions | Ashley, T. | 414 | See 2001 |
| | Hofmann, H. | 414 | See 1997 |
| | Germaine, G. | 341 | See 2001 |
| | Swenson, J. | 341 | See 1997 |
| | Greene, G. | 401 | See 1997 |
| | Hannapel, D. | 401 | See 2001 |
| | Knez, M | 401 | See 1998 |
| | Perez-Ramos, O. | 401 | See 1997 |
| | Shaw, J. | 401 | See 2001 |
| | Stewart, J. | 401 | See 2000 |
| | Boyle, T. | 701 | See 2001 |
| | Dulin, M. | 701 | See 1997 |
| | Preston, K. | 701 | "    " |
| | Terrell, A. | 701 | "    " |
| | Charpentier, H. | 801 | "    " |