

United States
Department of
Agriculture

Animal and Plant
Health Inspection
Service

Plant Protection
and Quarantine

300 Two Notch Road
Suite 10
Columbia, SC 29223

Phone: (803) 788-0506
Fax: (803) 788-7980

Federal Relay Service
Voice/TTY/ASCII/Spanish)
800-877-8339

January 17, 2003

Dr. John H. Wyss
USDA-APHIS-IS
Stop 3432
1400 Independence Avenue, S.W.
Washington, D.C. 20250-3432

Dear Dr. Wyss:

After careful consideration, I accept this position with International Services (IS), Foreign Services as APHIS Area Director, Seoul Korea, pending all issues being resolved pursuant to the court order dated February 4, 2002.

If you have any questions, please contact me at (803) 788-4610 or marvin.felder@aphis.usda.gov.

Sincerely,

Marvin Felder
State Plant Health Director

Cc: Kim D. Mann, Esquire.

APHIS Protecting American Agriculture

Equal Opportunity Employer