Exhibit S

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BARBARA K. FELDER, as Personal )
Representative of the Estate of )
Marvin Felder, Deceased )
)
Plaintiff, )
) Civil Action No.
v. ) 06-0910 (CKK)
)
MIKE JOHANNS, Secretary, )
U.S. Department of Agriculture )
)
Defendant. )

## DECLARATION OF ALESTER VAN SIMMONS

ALESTER VAN SIMMONS, being duly sworn, deposes and says:

1. My name is Alester Van Simmons. I am an employee of International Services ("IS"), a unit within Animal and Plant Health Inspection Service ("APHIS"), an agency of the U.S. Department of Agriculture. I have been employed at IS since 2003. Currently, I am an FP-3, Step 11. My official title is Officer in Charge, APHIS Attaché, stationed in Kingston, Jamaica.

2. Marvin Felder and I were co-plaintiffs in the race-based EEO discrimination lawsuit filed in the U.S. District Court in 2002 against IS for non-selection, initiated while we were both management-level employees of Plant Protection and Quarantine ("PPQ"), a sister unit of IS within APHIS/USDA. Following the successful conclusion of our EEO case, I was

transferred as a GS-12 Supervisor from USDA/APHIS/PPQ to USDA/APHIS/IS in 2003 into my present position as an FP-3 (following my paper promotion from an FP-4) in Kingston, Jamaica.

3. While I participated actively in the EEO litigation over the failure of IS to select Mr. Felder and me to management level positions in IS off the IS rosters, the fact is that Mr. Felder was the person who as a practical matter organized and initiated our joint EEO effort and took the lead in dealing with IS throughout the entire process. Thanks to his leadership, we were able to prevail in the long run in U.S. District Court.

4. My current supervisor in IS is the Area Director headquartered in Santo Domingo, Dominican Republic. Her name is Eloisa Jones, currently an FP-2. She is leaving her position in a few months, and her replacement as Area Director will be John L. Shaw. Mr. Shaw currently is an FP-1 and will report to the Area Director's office in the Dominican Republic as an FP-1.

5. My supervisor immediately preceding Eloisa Jones as Area Director was Carolyn Cohen, also the Area Director stationed in Santo Domingo, Dominican Republic. While Area Director here, Ms. Cohen was an FP-2. She left the Dominican Republic to become the Area Director in Santiago, Chile and was promoted to an FP-1 at the time of her transfer.

6. Area Directors in IS may be either an FP-1, FP-2, or FP-3. While IS might treat the Area Director position at any particular location as an FP-2 position, it routinely fills this position with FP-1s, FP-2s, and FP-3s. Generally, the duties of an Area Director are roughly the same regardless of location.

They do vary somewhat depending upon the number of countries under the Area Director and the types of programs operating in those countries.

7. Attached is a list of the Area Directors for IS in FY 2002, as reflected in the Agency's records. It shows the names of the Area Directors, their designated locations, and their FP levels in IS as of the time they held those positions in 2002.

8. Based upon my own experience, I have found that the general duties and prior experience of higher level field management employees in PPQ (GS-12, GS-13, and GS-14) and in IS (FP-3, FP-2, and FP-1) are essentially the same, except for the forms they fill out. Both deal extensively with foreign trade issues affecting animal and plants entering the United States. Much of the foreign trade experience of PPQ managers in foreign countries is gained in the field while on temporary duty assignments ("TDY") in foreign countries. While we were managers in PPQ, Mr. Felder and I received frequent foreign TDY assignments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 24, 2008.

*[signature]*
ALESTER VAN SIMMONS

Attachment

## AREA DIRECTORS

| NAME | LOCATION | GS LEVEL | FP LEVEL |
|---|---|---|---|
| 1. John Shaw | South America | 15 | 1 |
| 2. Carl W. Castleton | South America | 15 | 1 |
| 3. James Mackley | Asia/Pacific | 15 | 1 |
| 4. Robert Tanaka | Asia/Pacific | 15 | 1 |
| 5. Dale Maki | Asia/Pacific | 15 | 1 |
| 6. Dennis Hannapel | Asia/Pacific | 14 | 2 |
| 7. Mark E. Knez | North America | 14 | 2 |
| 8. Carolyn Cohen | North America | 14 | 2 |
| 9. Donald Wammer | South America | 13 | 3 |
| 10. Lou Vanechanos | South America | 14 | 3 |
| 11. Yvetta Perez-Marcano | North America | 13 | 3 |

4