**SCOPELITIS, GARVIN, LIGHT & HANSON**
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

INDIANAPOLIS
CHICAGO • WASHINGTON, D.C. • LOS ANGELES • KANSAS CITY • CHATTANOOGA
1850 M Street, N.W., Suite 280   Washington, D.C. 20036-5804
phone (202) 783-9222   fax (202) 783-9230
www.scopelitis.com

**KIM D. MANN**
Direct Dial: 202-551-9025
kmann@scopelitis.com

September 25, 2007

**VIA TELECOPIER**
**202-514-8780**

Alexander Shoaibi, Esquire
Assistant U.S. Attorney
501 Third Street, N.W., Rm E-4218
Washington, DC 20530

Re:   **Barbara Felder v. USDA/APHIS**

Dear Alex:

This will confirm several points we discussed during last week's mediation session before Judge Kay concerning the captioned proceeding. Please let me know if I am incorrect.

We have agreed that, even though the current discovery deadline is September 27, 2007, I will be permitted to take depositions on October 3 and 4, 2007, subject to any schedule change made necessary by the unavailability of the deponents or counsel.

I indicated to you I would like to take the depositions of four Agency representatives or former Agency representatives, Freida Skaggs, John Wyss, Ralph Iwamoto, and Ayoka Campbell. I have attached notices of their depositions. I would like to take Ms. Skaggs' deposition first, in the afternoon of October 3, beginning at 1:00 p.m. The order of the depositions of the remaining deponents is not important to me; we can schedule them consistent with their availability, despite the noticed times. I have requested the depositions be taken in my offices in downtown DC at the address shown above.

You explained to me you did not anticipate any problem with or objection to the depositions of Ms. Skaggs or Messrs. Wyss and Iwamoto. You reserved the right, however, to object to the deposition of Ms. Campbell, an attorney or former attorney in the Civil Rights Division of the General Counsel Office of USDA.

Alexander Shoaibi
September 25, 2007
Page 2

    Once I have more precise information about any of the numbers comprising the annuity component of our settlement offer, I will give them to you. In the meantime, perhaps you can take the above settlement offer, albeit in round figures, to your client as a concept for purposes of its consideration and our further discussion.

    Please let me know if you have any questions.

                                Sincerely,

                                Kim D. Mann

cc:    Ms. Barbra Felder

KDM/snp

SCOPELITIS, GARVIN, LIGHT & HANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. FELDER, as Personal Representative of the Estate of Marvin Felder, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, Secretary, UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 06-0910 (CKK) |

**NOTICE OF DEPOSITION**

To:  Alexander Shoaibi, Esquire
     Assistant U.S. Attorney
     501 Third Street, N.W., Rm E-4218
     Washington, DC 20530

PLEASE TAKE NOTICE that the undersigned, as counsel for plaintiff Barbara Felder, will take the deposition of John Wyss, an employee or former employee of the defendant, before a notary public or authorized officer on the 4th day of October 2007, beginning at 9:00 a.m., pursuant to Rule 30 of the Federal Rules of Civil Procedure. The deposition will take place at the offices of Scopelitis, Garvin, Light & Hanson, 1850 M Street, N.W., Suite 280, Washington, D.C. 20036. You are required to have the deponent present at that date, time, and place for oral examination at which time defendant's counsel is also invited to examine the deponent should he so desire.

_____
Kim D. Mann
Scopelitis, Garvin, Light & Hanson
1850 M Street, N.W., Suite 280
Washington, D.C. 20036
(202) 783-9222

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARBARA K. FELDER, as Personal Representative of the Estate of Marvin Felder, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, Secretary, UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 06-0910 (CKK) |

**NOTICE OF DEPOSITION**

To:   Alexander Shoaibi, Esquire
      Assistant U.S. Attorney
      501 Third Street, N.W., Rm E-4218
      Washington, DC 20530

PLEASE TAKE NOTICE that the undersigned, as counsel for plaintiff Barbara Felder, will take the deposition of Ralph Iwamoto, an employee or former employee of the defendant, before a notary public or authorized officer on the 4th day of October 2007, beginning at 11:00 a.m., pursuant to Rule 30 of the Federal Rules of Civil Procedure. The deposition will take place at the offices of Scopelitis, Garvin, Light & Hanson, 1850 M Street, N.W., Suite 280, Washington, D.C. 20036. You are required to have the deponent present at that date, time, and place for oral examination at which time defendant's counsel is also invited to examine the deponent should he so desire.

_____
Kim D. Mann
Scopelitis, Garvin, Light & Hanson
1850 M Street, N.W., Suite 280
Washington, D.C. 20036
(202) 783-9222

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. FELDER, as Personal Representative of the Estate of Marvin Felder, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, Secretary, UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 06-0910 (CKK) |

**NOTICE OF DEPOSITION**

To:   Alexander Shoaibi, Esquire
      Assistant U.S. Attorney
      501 Third Street, N.W., Rm E-4218
      Washington, DC 20530

PLEASE TAKE NOTICE that the undersigned, as counsel for plaintiff Barbara Felder, will take the deposition of Ayoka Campbell, an employee or former employee of the defendant, before a notary public or authorized officer on the 4th day of October 2007, beginning at 1:30 p.m., pursuant to Rule 30 of the Federal Rules of Civil Procedure. The deposition will take place at the offices of Scopelitis, Garvin, Light & Hanson, 1850 M Street, N.W., Suite 280, Washington, D.C. 20036. You are required to have the deponent present at that date, time, and place for oral examination at which time defendant's counsel is also invited to examine the deponent should he so desire.

_____
Kim D. Mann
Scopelitis, Garvin, Light & Hanson
1850 M Street, N.W., Suite 280
Washington, D.C. 20036
(202) 783-9222

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. FELDER, as Personal Representative of the Estate of Marvin Felder, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, Secretary, UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 06-0910 (CKK) |

## NOTICE OF DEPOSITION

To:  Alexander Shoaibi, Esquire
     Assistant U.S. Attorney
     501 Third Street, N.W., Rm E-4218
     Washington, DC 20530

PLEASE TAKE NOTICE that the undersigned, as counsel for plaintiff Barbara Felder, will take the deposition of Freida Skaggs, an employee of the defendant, before a notary public or authorized officer on the 3rd day of October 2007, beginning at 1:00 p.m., pursuant to Rule 30 of the Federal Rules of Civil Procedure. The deposition will take place at the offices of Scopelitis, Garvin, Light & Hanson, 1850 M Street, N.W., Suite 280, Washington, D.C. 20036. You are required to have the deponent present at that date, time, and place for oral examination at which time defendant's counsel is also invited to examine the deponent should he so desire.

_____
Kim D. Mann
Scopelitis, Garvin, Light & Hanson
1850 M Street, N.W., Suite 280
Washington, D.C.  20036
(202) 783-9222

Attorney for Plaintiff