IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. FELDER, as Personal Representative of the Estate of Marvin Felder, Deceased<br><br>Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, Secretary, U.S. Department of Agriculture<br><br>Defendant. | Civil Action No. 06-0910 (CKK) |

## ORDER

This matter comes before the Court on Defendant's Renewed Motion to Dismiss or for Summary Judgment. Upon consideration of the Renewed Motion, the opposition thereto, the relevant law, and the entire record herein, it is this _____ day of _____, 2008 hereby

ORDERED that the Motion is DENIED.

SO ORDERED.

_____
COLLEEN COLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE