IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. FELDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0910 (CKK) |
| ) | |
| MIKE JOHANNS, ) | |
| Secretary, Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR ONE WEEK EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO RENEWED MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Defendant, by counsel, moves for a one week extension of time to May 19, 2008 in which to file its reply to plaintiff's opposition to defendant's renewed motion to dismiss or for summary judgment. The requested extension of time is merited for the following reasons:

1. Since plaintiff's filing of her opposition to defendant's renewed dispositive motion, undersigned counsel has not been able to complete defendant's reply because of professional and personal conflicts, including his being out of town on previously scheduled leave from May 1 to May 4, 2008, his preparation of a substantial brief being filed on this date (May 7, 2008) in the Court of Appeals for the D.C. Circuit, and his being scheduled for emergency and unanticipated oral surgery to occur on May 8, 2008.  Undersigned counsel has been advised by his physician that he is likely to miss work on sick leave for both May 8 and 9, 2008.  Also, in addition to numerous responsibilities in other cases, undersigned counsel is assigned to emergency matters/TRO duty in the Civil Division of the U.S. Attorney's Office during the week of May 12-16, 2008.

2. This is defendant's first request for an extension of time to file its reply. Plaintiff already received a two week extension of time to file its opposition

3. Undersigned counsel consented to this request for extension of time.

4. Plaintiff will not be prejudiced by the requested extension of time, and granting the requested extension would be in the interests of justice.

5. Undersigned counsel apologizes to the Court for requesting additional time in light of the Court's April 10, 2008 minute order, which, upon granting plaintiff's motion for a two week extension of time, noted that no further extensions of time would be granted because the Court had given the parties the schedules they requested. Plaintiff, however, received two additional weeks to prepare her opposition, while defendant received no additional time (after filing/receipt of plaintiff's opposition) for the filing of its reply. Although defendant is in no way claiming an "entitlement" to additional time, it simply wants to make clear that it has not yet asked for any additional period of time for the preparation of defendant's reply.

Wherefore, defendant requests a one week extension of time to May 19, 2008 to file its reply brief in this case.

        Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served through the ECF system on plaintiff's counsel on this 7th day of May, 2008.

                                      _____//_____
                                      ASSISTANT UNITED STATES ATTORNEY