UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BARBARA FELDER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-910 (CKK) |
| ) | |
| **MIKE JOHANNS, Secretary, United States** ) | |
| **Department of Agriculture.** ) | |
| ) | |
| **Defendant.** | |

## ORDER

**UPON CONSIDERATION** of Defendant's consent motion for a one week enlargement of time to file its reply to plaintiff's opposition to defendant's dispositive motion, it is hereby

**ORDERED** that the motion is **GRANTED**. Defendant's reply shall be filed on or before May 19, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.