Page 1

1                IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF COLUMBIA

3

4    BARBARA FELDER, as Personal

5    Representative of the

6    estate of Marvin Felder,

7    deceased

8              Plaintiff,           C.A. No. 06-910 CKK

9         vs.

10   MIKE JOHANNS, Secretary of

11   the United States

12   Department of Agriculture,

13             Defendant.

14   _____/

15             The de bene esse telephonic deposition of

16   JOHN WYSS was held on Thursday, November 29, 2007,

17   commencing at 2:00 p.m. at the Law Offices of Scopelitis,

18   Garvin, Light & Hanson, 1850 M Street, N.W., Suite 280,

19   Washington, D.C. 20036, before Steven Poulakos, Notary Public in

20   and for the District of Columbia.

21   REPORTED BY:  Steven Poulakos

GOVERNMENT EXHIBIT

Page 2

```
 1    APPEARANCES:
 2         On behalf of Plaintiff:
 3         KIM D. MANN, ESQ.
 4         Scopelitis, Garvin, Light, Hanson & Feary
 5         1850 M Street, N.W.
 6         Suite 280
 7         Washington, D.C. 20036
 8         202-551-9025
 9         kmann@scopelitis.com
10         On behalf of DOA:
11         ALEXANDER D. SHOAIBI, ESQUIRE
12         Assistant United States Attorney
13         555 4th Street, N.W.
14         Washington, D.C. 20530
15         alexander.d.shoaibi@usdoj.gov
16         On behalf of USDA:
17         BRITT D.R. STUART
18         Office of the General Counsel
19         1400 Independance, S.W.
20         Rooom 3324
21         Washington, D.C. 20250-1400
```

```
 1   position.
 2       Q    What role did you play in that decision to
 3   place him in an FP-2 position rather than an FP1
 4   position?
 5            MR. SHOAIBI:  Again, objection to the form
 6   of the question.
 7            THE WITNESS:  As I said, there was never
 8   that we decided not to put him in the FP1.  We tried to
 9   put him in the correct position for him.  I think we
10   did.
11            BY MR. MANN:
12       Q    What role did you have to play in that
13   decision?
14       A    With the director of personnel and travel
15   and I prepared information for, among other employees
16   pay, I reviewed that --
17       Q    I'm sorry, I didn't hear what you said.
18   You said along with the director of what?
19       A    Personnel and travel.
20       Q    Of personnel and travel?
21       A    Yes.
```

Page 35

```
 1                BY MR. MANN:
 2         Q      Was the court order -- let me rephrase.
 3                Was the court order a factor in the
 4   decision to place Mr. Felder in an FP2 and not than an
 5   FP1 position?
 6                MR. SHOAIBI:  Objection to the form of the
 7   question.
 8                BY MR. MANN:
 9         Q      You may answer.
10         A      My understanding was, there was a court
11   ordered decision that Mr. Felder would be accepted into
12   the foreign service and we needed to look for the most
13   equitable role level for his entry.
14         Q      The most equitable level; is that what you
15   said?
16         A      Yes.
17         Q      You understood that Mr. Felder contended
18   that he should be placed not in an FP2 but in an FP1
19   position?  You understand that, don't you?
20                MR. SHOAIBI:  Objection to the form of the
21   question.  When are we talking about, in this lawsuit
```

```
 1   to that Ms. Skaggs had prepared?
 2        A      I don't remember if it's exactly these.
 3        Q      Is this the kind of information with
 4   respect to these employees that you reviewed?
 5        A      Yes.
 6        Q      Is this the information that you reviewed
 7   in connection with the decision to place Mr. Felder in
 8   the FP2 position?
 9        A      Yes.
10        Q      Is it your contention that this particular
11   set of tables shows that there were no comparators to
12   Mr. Felder?
13        A      (Witness reviewing document)
14        Q      Are you still looking at the tables in
15   order to answer my question?
16        A      Yes.
17        Q      Sorry.
18        A      What was the question again?
19               MR. MANN:  Could you -- I'm going to ask
20   the reporter to read it back, please.
21               (Whereupon the following portion of the
```

Page 46

1    when he entered IS or began working in IS in January of
2    '04; isn't that correct?
3         A    Yes.
4         Q    How many management level employees FP1,
5    FP2, FP3 have entered international services off the
6    roster between June of 1997 and December of 1998, if
7    you know?
8         A    I would have no idea.
9         Q    Any?
10        A    Between 1997 and when?
11        Q    June of -- between June of '97 and December
12   of 1998, approximately a year-and-a-half.
13        A    I was not involved at that time in
14   administrative aspects of the international services,
15   and I don't recall.
16        Q    In determining whether there were any
17   comparators to Mr. Felder, did you take into account
18   the length of service that Mr. Felder had with the
19   sister agency PPQ or plant protection and quarantine?
20        A    Repeat that question, please?
21        Q    Did you take into account the length of

1  service Mr. Felder had with the sister program or
2  agency PPQ or plant protection and quarantine?
3      A    Generally I don't think we looked at length
4  of service with the sister agency.  We looked at the
5  grade levels.
6      Q    Would it have made any difference that he
7  had served for over 15 years in a management level
8  position at PPQ?
9      A    I don't think that would have made any
10 difference because it would be based on his current
11 grade level.  Almost -- I'll tell you, almost
12 everybody, and probably everybody that entered the
13 foreign service had kind of either Veterinary service
14 or PPQ previously.
15     Q    Previously.
16          You're saying previously everybody would
17 have had some prior experience with -- what did you
18 say?
19     A    With veterinary services.
20     Q    With veterinary service or?
21          MR. SHOAIBI:    PPQ.

Page 50

```
 1   that meeting everything had been agreed to already and
 2   I don't believe anybody went back and relooked at it
 3   again at that time.
 4       Q    Now, you indicated that in deciding which
 5   position to place Mr. Felder in you looked at agency
 6   policy.  What form did that agency policy take?
 7            MR. SHOAIBI:  Objection.  I think that was
 8   asked and answered, but you can answer it again.
 9            THE WITNESS:  I think the only thing
10   relevant here would be the normal lateral entry policy
11   coming in as an FP3.
12            BY MR. MANN:
13       Q    If I wanted to look for those policies,
14   where would I find them?
15       A    The international services directive.
16       Q    Did you, in fact, consult that particular
17   directive?
18       A    I didn't consult it because I knew what it
19   said.
20       Q    What did it say, as you remember it, with
21   regard to Mr. Felder's situation?
```

```
 1      A     It didn't say anything specific to
 2  Mr. Felder's situation.  It just the lateral entry
 3  policy was to come in as an FP3.
 4      Q     Are you saying you found nothing relevant
 5  there to Mr. Felder's situation?
 6      A     The relevance would have been that if he
 7  had have come in as 1997 he should have come in as an
 8  FP3 level.
 9      Q     And I can find this in the APHIS IS
10  directive that you mentioned?
11      A     Yes, I believe so.
12      Q     Did it require or direct someone
13  responsible in this area to look for comparators?
14      A     No.
15      Q     But it did say that, from what you're
16  saying, that if Mr. Felder had come in in 1997 what
17  would have happened?  What should have happened.
18      A     He would have been selected, entered into
19  the service in 1997 he would have come in as an FP3.
20  If he had already been a GS-13 at that time, he would
21  have come in at a current level and at maximum of FP3.
```

Towson Reporting Co.  
410-828-4148

GORE BROTHERS  
410-837-3027

Whitman Reporting - Rockville  
301-279-7599