Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3

 4   BARBARA FELDER, as Personal

 5   Representative of the

 6   estate of Marvin Felder,

 7   deceased

 8          Plaintiff,            C.A. No. 06-910 CKK

 9      vs.

10   MIKE JOHANNS, Secretary of

11   the United States

12   Department of Agriculture,

13          Defendant.

14   _____/

15          The deposition of RALPH IWAMOTO was held

16   on Thursday, November 29, 2007, commencing at 3:42 p.m.

17   a.m. at the Law Offices of Scopelitis, Garvin, Light &

18   Hanson, 1850 M Street, N.W., Suite 280, Washington,

19   D.C. 20036, before Steven Poulakos, Notary Public in

20   and for the District of Columbia.

21    REPORTED BY:  Steven Poulakos
```

GOVERNMENT EXHIBIT

Page 2

```
 1    APPEARANCES:

 2        On behalf of Plaintiff:

 3            KIM D. MANN, ESQ.

 4            Scopelitis, Garvin, Light, Hanson & Feary

 5            1850 M Street, N.W.

 6            Suite 280

 7            Washington, D.C. 20036

 8            202-551-9025

 9            kmann@scopelitis.com

10        On behalf of DOA:

11            ALEXANDER D. SHOAIBI, ESQUIRE

12            Assistant United States Attorney

13            555 4th Street, N.W.

14            Washington, D.C. 20530

15            alexander.d.shoaibi@usdoj.gov

16        On behalf of USDA:

17            BRITT D.R. STUART

18            Office of the General Counsel

19            1400 Independance, S.W.

20            Rooom 3324

21            Washington, D.C. 20250-1400
```

Page 16

```
 1   instruction earlier.
 2              Now, are you able to answer my last
 3   question even though he, Mr. Shoaibi, objected?
 4        A     Could you explain your question?
 5        Q     Sure.  I wanted to know what role, if any,
 6   you played in the decision to assign Mr. Felder to an
 7   FP2 position and not an FP1 position?
 8              MR. SHOAIBI:  No objection to that
 9   question, by the way.
10              THE WITNESS:  Let me think about this.  I
11   was not involved in making the decision in assigning
12   Mr. Felder at any grade level in IS.
13              BY MR. MANN:
14        Q     Okay.  Do you know who did make the
15   decision?
16        A     No.  I left it to my administrative staff.
17        Q     And that would have included whom?
18        A     Dr. Wyss, Freida Skaggs and Beverley
19   Barber.
20        Q     And Beverley Barber?
21        A     Yes.
```